IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY, )<br>also known as "SCOOTER LIBBY" )<br>) | Criminal No. 1:05-cr-00394-RBW-ALL<br><br>The Honorable Reggie B. Walton |

## MOTION FOR PRO HAC VICE ADMISSION OF JOSEPH A. TATE

Pursuant to Local Criminal Rule 44.1(d), Terri L. Bowman, Esquire, a member in good standing of the Bar of this Court, moves for the admission of Joseph A. Tate, Esquire, to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant I. Lewis Libby.

In support of this motion, attached is an affidavit of Joseph A. Tate, which certifies that Mr. Tate: (1) is a partner in the law firm of Dechert LLP and is resident in Dechert's Philadelphia office; (2) is a member in good standing in the courts of the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit; (3) has never been disciplined by any bar; and (4) has not sought to appear *pro hac vice* in this Court within the last two years.

WHEREFORE, good cause having been shown, it is respectfully requested that this Motion be granted.

Respectfully submitted,

/s/ Terri S. Bowman

Joseph A. Tate
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2350
Facsimile: (215) 994-2222

Terri L. Bowman (DC Bar No. 448932)
DECHERT LLP
1775 I Street, NW
Washington, DC 20006
Telephone: (202) 261-3326
Facsimile: (202) 261-3333

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:05-cr-00394-RBW-ALL |
| ) | |
| v. ) | The Honorable Reggie B. Walton |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "SCOOTER LIBBY" ) | |

AFFIDAVIT OF JOSEPH A. TATE
IN SUPPORT OF *PRO HAC VICE* MOTION

JOSEPH A. TATE, under oath, hereby deposes and says:

1. I am a partner in the law firm of Dechert LLP ("Dechert"), resident in Dechert's Philadelphia office, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania 19104, Phone: 215-994-2350.

2. I have been admitted to practice and remain in good standing in the following courts: the Commonwealth of Pennsylvania; the U.S. District Court for the Eastern District of Pennsylvania; and the U.S. Court of Appeals for the Third Circuit. I have never been suspended, disciplined or disbarred in any court or jurisdiction.

3. I have not moved for my admission to the U.S. District Court for the District of Columbia within the last two years.

4. I have represented I. Lewis Libby during the grand jury proceeding in this matter and I am familiar with the factual and legal issues in this case.

5.    I have associated myself for all purposes in this case with Ms. Terri L. Bowman, a lawyer in Dechert's Washington, D.C. office, who will continue to advise me concerning the rules of, and practice before, the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2005.

*/s/ Joseph A. Tate*
Joseph A. Tate

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:05-cr-00394-RBW-ALL |
| ) | |
| v. ) | The Honorable Reggie B. Walton |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "SCOOTER LIBBY" ) | |

### ORDER GRANTING PRO HAC VICE ADMISSION OF JOSEPH A. TATE

Upon consideration of the motion for the *pro hac vice* admission of Joseph A. Tate, sponsored by Terri L. Bowman, who is a member in good standing of the Bar of this Court, and the accompanying Affidavit of Joseph A. Tate, it is hereby

ORDERED that the motion is granted and Mr. Tate is admitted *pro hac vice*.

SO ORDERED

Dated: November ____, 2005

_____
Reggie B. Walton
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2005, a copy of the foregoing Motion for Pro Hac Vice Admission of Joseph A. Tate, and the accompanying Affidavit of Joseph A. Tate and proposed Order, were served on all counsel of record via the Electronic Case Filing System of the U.S. District Court for the District of Columbia.

*Terri L. Bowman*
Terri L. Bowman