IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> I. LEWIS LIBBY ) <br> ) <br> Defendant ) <br> ) | CRIM. NO. <br><br> 1-2005-cr-00394-RBW |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William H. Jeffress, Jr., Theordore V. Wells, Jr., and Alex Bourelly hereby enter their appearances for the defendant I. Lewis Libby.

/s/ Theordore V. Wells
Theordore V. Wells, Jr.
DC Bar No. 468934
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3089

/s/ William H. Jeffress, Jr.
William H. Jeffress, Jr.
DC Bar No. 041152
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751

Alex Bourelly
DC Bar No. 441422
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7743
Attorney for Defendants

DC01:429708.1