FILED

NOV    2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                  )
                                          )        Criminal No. 1:05-cr-00394-RBW-ALL
            v.                            )
                                          )        The Honorable Reggie B. Walton
                                          )
I. LEWIS LIBBY,                           )
also known as "SCOOTER LIBBY"             )
                                          )

ORDER GRANTING PRO HAC VICE ADMISSION OF JOSEPH A. TATE

Upon consideration of the motion for the *pro hac vice* admission of Joseph A. Tate,

sponsored by Terri L. Bowman, who is a member in good standing of the Bar of this Court, and

the accompanying Affidavit of Joseph A. Tate, it is hereby

ORDERED that the motion is granted and Mr. Tate is admitted *pro hac vice*.

SO ORDERED

Dated: November __/__, 2005

Reggie B. Walton
United States District Judge