IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | CRIMINAL NO. 05-394(RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
| also known as "SCOOTER LIBBY" ) | |

### GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

The United States of America, by undersigned counsel, hereby moves for entry of a protective order concerning materials to be provided by the government to defendant I. LEWIS LIBBY and his counsel in discovery. This motion is uncontested.

Respectfully submitted,

_Patrick Fitzgerald/pf_
Patrick J. Fitzgerald
Special Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2005, a copy of the government's Motion for Protective Order and Proposed Order was served on the following counsel by facsimile and first class mail to:

> William Jeffress, Esq.
> Alex Bourelly, Esq.
> Baker Botts
> The Warner
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-2400
> Facsimile: 202-585-1087
>
> Theodore V. Wells, Esq.
> Paul Weiss
> 1285 Avenue of the Americas
> New York, N.Y. 10019-6064
> Facsimile: 212-373-2217
>
> Joseph A. Tate, Esq.
> Dechert LLP
> 4000 Bell Atlantic Tower
> 1717 Arch Street
> Philadelphia, Pa. 19103-2793
> Facsimile: 215-994-2222

_____
PETER R. ZEIDENBERG
Deputy Special Counsel