IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL NO. 05-394(RBW)** |
| v.   ) | |
| ) | |
| **I. LEWIS LIBBY** ) | |
| also known as "**SCOOTER LIBBY**" ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT PURSUANT TO 18 U.S.C. SEC. (h)(8)(A) and (B)

The United States of America, by undersigned counsel, hereby moves the Court to exclude the period of time from November 3, 2005, through February 3, 2006, for purposes of the Speedy Trial Act, 18 U.S.C. Sec. 3161(h)(A) and (B). In support of this motion, the government relies upon the following representations, as well the representations made to the Court in open court on November 3, 2005 :

1. The evidence in this case will involve a significant amount of classified material. The government is working with the appropriate agencies to declassify this information so that it can be turned over to the defense. This declassification process is expected to take approximately 60 days.

2. In addition, the government is assisting defense counsel in obtaining the appropriate security clearances so that the government can disclose documents that have not yet been declassified. The process of obtaining security clearances is expected to take approximately 60 days.

3.   At the November 3, 2005, arraignment, the government orally moved the Court to exclude from the Speedy Trial calculations the time from arraignment until the next scheduled Court appearance for defendant, on February 3, 2006.  The defense stated at that time that it did not oppose this motion, and the Court stated on the record that such time would be excluded from the Speedy Trial Act calculation.

WHEREFORE, for all of these reasons, the government respectfully requests that the time between November 3, 2005 and February 3, 2006, be excluded from computation for purposes of the Speedy Trial Act, pursuant to 18 U.S.C. Sec. 3161(h)(8)(A) and (B).

Respectfully submitted,

*Patrick Fitzgerald/pf*

Patrick J. Fitzgerald
Special Counsel