UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
| also known as "Scooter Libby" ) | |

## O R D E R

Upon the government's motion, and for the reasons discussed at the hearing in open court on November 3, 2005, the Court finds that a significant amount of discovery material must be declassified before it can be disclosed to the defense. In addition, defense counsel must obtain security clearances prior to their receipt of any classified materials, and that this process is expected to take approximately 60 days. The Court also finds, therefore, that a failure to exclude the time between from November 3, 2005, and February 3, 2006, from the calculation under the Speedy Trial Act would deny counsel for the defendant a reasonable opportunity to adequately prepare for pretrial proceedings and for trial.

The ends of justice served by excluding the time from November 3, 2005, to February 3, 2006, outweigh the best interest of the public and the defendant in a speedy trial.

THEREFORE, IT IS ORDERED, that the time from November 3, 2005, through February 3, 2006 is excluded from the calculation under the Speedy Trial Act, pursuant to 18 U.S.C. Sec. 3161(h)(8)(A) and (B).

_____
Hon. REGGIE B. WALTON
United States District Court Judge


Patrick J. Fitzgerald, Esq.
Special Counsel
Bond Building
9th Floor
1400 New York Avenue, N.W.
Washington, D.C. 20005

William Jeffress, Esq.
Alex Bourelly, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, N.Y. 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa. 19103-2793
Facsimile: 215-994-2222

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2005, a copy of the government's Unopposed Motion to Exclude Time Under Speedy Trial Act was served on the following counsel by facsimile and first class mail to:

William Jeffress, Esq.
Alex Bourelly, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, N.Y. 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa. 19103-2793
Facsimile: 215-994-2222

PETER R. ZEIDENBERG
Deputy Special Counsel