IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL NO. 05-394** |
| v. ) | |
| ) | |
| **I. LEWIS LIBBY** ) | |
| **also known as "SCOOTER LIBBY"** ) | |

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
REGARDING CLASSIFIED INFORMATION

The United States of America respectfully moves this Court, pursuant to Section 3 of the

Classified Information Procedures Act, 18 U.S.C. app. (1994) ("CIPA"); the Security Procedures

established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States

for the Protection of Classified Information (reprinted following CIPA Section 9); Rules 16 and

57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the court; and

to protect the national security; to enter the attached Protective Order regarding the disclosure

and dissemination of classified national security information and documents, and in support

thereof states as follows:

I. LEWIS LIBBY has been indicted for Obstruction of Justice, 18 U.S.C. § 1503; False

Statements, 18 U.S.C. § 1001; and Perjury, 18 U.S.C. § 1623. During this case, the defendant

and his counsel will be provided access to certain United States government documents and

information which are classified at the "Confidential" and "Secret" levels and might include

information classified at the "Top Secret" levels, as well as information further controlled as

"Sensitive Compartmented Information." "Top Secret" information is information the

unauthorized disclosure of which reasonably could be expected to cause exceptionally grave damage to the national security. Exec. Order. 13292, §1.2(a)(1), 3 C.F.R. 13292 (2004). "Secret" information is information the unauthorized disclosure of which could be reasonably expected to cause serious damage to the national security. Id. at § 1.2(a)(2). "Confidential" information is information the disclosure of which could be reasonably expected to cause damage to the national security. Id. at §1.2(a)(3). Sensitive Compartmented Information (SCI) is classified information concerning or derived from intelligence sources, methods, or analytical processes which is required to be handled within formal limited access control systems established by the Director of Central Intelligence. Id. at §4.3. Accordingly, it is necessary that there be no disclosure or dissemination of classified documents or information except as provided by order of this court.

The Court is advised that the undersigned Special Counsel and the Deputy Special Counsels identified in paragraph 6 of the proposed Protective Order hold United States government security clearances which authorize them to have access to the classified information involved in this case. The Court is further advised that the persons listed in paragraph 5 of the proposed Protective Order are Department of Justice Security Officers who also hold "Top Secret Sensitive Compartmented Information" United States government security clearances and who also are authorized to have access to the classified information in this case.

The Court is further advised that, in connection with his previous employment by the United States government the defendant I. LEWIS LIBBY held "Top Secret" security clearances and had access to SCI, and that in that connection he has previously signed Classified Information Nondisclosure agreements and SCI Nondisclosure agreements, examples of which

are appended to the attached proposed Protective Order and referenced in Paragraph 7 of the

Order.  As a consequence of these Agreements, the defendant has a continuing obligation to the

United States government not to disclose to any unauthorized persons classified information he

possesses as a result of his previous employment by the United States government.

Wherefor, the government respectfully moves that the Court issue the attached protective

order.

The defense has no objection to this Motion.

Respectfully submitted,

Patrick J. Fitzgerald
Special Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of November, 2005, I caused true and correct copies of the Government's Motion for Protective Order Regarding Classified Information and Proposed Order Regarding Classified Information, to be served on the following parties by facsimile and first class mail:

William Jeffress, Esq.
Alex Bourelly, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187

By: _____
Kathleen M. Kedian
Deputy Special Counsel