UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CR. NO. 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
| also known as "Scooter Libby" ) | |
| ) | |

**DEFENDANT'S MOTION FOR EXPANDED ACCESS TO SECURE SPACE**

Defendant I. Lewis Libby, through his counsel, respectfully submits the following motion regarding secure area issues. Due to the nature of this case, much of the evidence and discovery will be classified, such that, as a practical matter, defense counsel will only be able to review those materials in a secure area. Counsel have been assigned a secure room in the federal courthouse for these purposes and have been working with Court Security Officer ("CSOs") Michael Macisso and Mary Cradlin to obtain the appropriate access to and equipment in this space.

It appears that any notes, analysis, and other derivative materials generated by counsel will have to be treated as classified and kept in the secure area, and that at least some of the anticipated motions will have to be prepared and kept in the secure area. It also appears that many of defense counsels' discussions with Mr. Libby, and perhaps with defense witnesses, consultants, experts, or other authorized persons, would have to occur in this secure area.

In light of those factors, after consultation with the CSOs and review of procedures used in similar cases, in order to adequately prepare for the defense of this case, defense counsel, their

DC01:430907.1

authorized employees, and Mr. Libby respectfully request they be allowed access at any time, including nights and weekends. In light of the security clearance process and the need for daily access, these authorized individuals should be issued a pass that will permit elevator and building access 24 hours per day, 7 days per week.

Respectfully submitted,

_____ /WHJ
Theodore V. Wells, Jr.
DC Bar No. 468934
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3089

_____
William H. Jeffress, Jr.
DC Bar No. 041152
Alex Bourelly
DC Bar No. 441422
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751

_____ /WHJ
Joseph A. Tate
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104

DC01:430907.1