UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>)<br>I. LEWIS LIBBY,                          )<br>     also known as "Scooter Libby"  ) | CR. NO 05-394 (RBW) |

## NOTICE OF FILING

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, SPECIAL COUNSEL, hereby respectfully submits a signed and notarized copy of the affidavit in support of a modified protective order which was previously filed with the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated:  November 18, 2005.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 18th day of November, 2005, I caused true and correct copies of the foregoing, to be served on the following parties by facsimile and first class mail:

Theodore J. Boutrous, Jr.
Thomas H. Dupree, Jr.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Facsimile: 202-530-9689

David A. Schulz
Jay Ward Brown
Thomas Curley
Levine Sullivan Koch & Schulz LLP
1050 17th Street, NW., Suite 800
Washington, D.C.
Facsimile: 202-861-9888

William Jeffress, Esq.
Alex Bourelly, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187

By: _____
Peter R. Zeidenberg
Deputy Special Counsel