UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )   ) ) |
| v. | ) CR. NO. 05-394 (RBW) ) ) |
| I. LEWIS LIBBY<br>    also known as "Scooter Libby" | ) ) ) ) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Cline hereby enters his appearance for the defendant I. Lewis Libby.

Respectfully submitted,

/s/ John D. Cline
John D. Cline
DC Bar No. 403824
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
415-875-5812

DC01:430987.1