IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO. 05-394** |
| v. | ) | |
| | ) | |
| **I. LEWIS LIBBY** | ) | |
| also known as **"SCOOTER LIBBY"** | ) | |

## GOVERNMENT'S MOTION FOR REVISED PROTECTIVE ORDER

The United States of America, by undersigned counsel, hereby moves for entry of a

revised protective order concerning materials to be provided by the government to defendant

I. LEWIS LIBBY and his counsel in discovery.  This motion is uncontested.

Respectfully submitted,

Patrick J. Fitzgerald
Special Counsel