

# Office of Special Counsel

*Patrick J. Fitzgerald*  *Chicago Office*: *Dirksen Federal Building*          *Washington Office*: *Bond Building*
*Special Counsel*                  *219 South Dearborn Street, Fifth Floor*          *1400 New York Avenue, Ninth Floor*
                                   *Chicago, Illinois 60604*                         *Washington, DC NW 20530*
                                   *(312) 353-5300*                                  *(202) 514-1187*

*Please address all correspondence to the Washington Office*

NOV 2 2 2005

The Honorable Reggie B. Walton
United States District Court
 for the District of Columbia
3rd Street & Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton:

     Pursuant to the hearing on Friday, November 18, 2005, the Office of Special Counsel is filing two revised protective orders, one governing classified information and the other governing grand jury testimony and documents containing personal privacy information. The protective order governing classified information reflects the changes agreed upon at Friday's hearing. Regarding the other protective order, we circulated a proposal based upon the discussion at last Friday's conference. After some further suggestions from counsel for the media entities, and counsel for Libby, to which all parties have agreed, we propose the following revised protective order on consent of all parties

Very truly yours,

PATRICK J. FITZGERALD   w/permission
Special Counsel

cc:
William H. Jeffress, Jr., Counsel for Lewis Libby
Theodore J. Boutrous, Jr., Counsel for Dow Jones
Jay Ward Brown, Counsel for AP and CNN