UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## ORDER

Currently before the Court is the defendant's Motion for Expanded Access to Secure Space. In order to adequately prepare for the defense in this case, it is clear to the Court that defense counsel, their authorized employees, and Mr. Libby will require access, outside of normal business hours, to the Secure Area designated as such by the Court Security Officer, which is located at the E. Barrett Prettyman Courthouse. Accordingly, it is hereby this 18th day of November, 2005,

ORDERED that the defendant's Motion is **GRANTED**. It is further

ORDERED that the following individuals shall be granted access to the E. Barrett Prettyman Courthouse 24 hours a day/7 days per week: Alex Bourelly, Esq., James Brochin, Esq., David Brown, Esq., John Cline, Esq., Elizabeth Eaton, Esq., Benjamin Fitzpatrick, Esq., William H. Jeffress, Jr., Esq., I. Lewis Libby, K.C. Maxwell, Esq., Anna Schall, Joseph Tate, Esq., Alexandra Walsh, Esq., and Theodore V. Wells, Jr., Esq. It is further

ORDERED that any defense witnesses, consultants, experts, or other defense attorneys shall also be granted the same access to the Secure Area contingent upon their receipt of the

requisite security clearances, and in accordance with any procedures established by the Court Security Officer. The name of any such individual shall be forward to this Court, which will then notify the United States Marshall for the District of Columbia that the individual should receive the same access discussed herein. It is further

**ORDERED** that the Court shall be promptly notified if any of the aforementioned individuals, or any individuals who are subsequently granted access to the Courthouse outside of normal business hours, no longer require such access because they are no longer associated with this action.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge