IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff<br><br>     v.<br><br>I. LEWIS LIBBY<br><br>           Defendant. | Criminal No. 05-0394 (RBW) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James L. Brochin hereby enters his appearance for the defendant I. Lewis Libby.

_____
James L. Brochin
D.C. Bar No. 455456
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000