UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> I. LEWIS LIBBY ) <br>     also known as "Scooter Libby" ) <br> ) | CR. NO. 05-394 (RBW) |

### DEFENDANT'S MOTION FOR THE ADMISSION *PRO HAC VICE* OF K.C. MAXWELL

Defendant respectfully moves for the admission *pro hac vice* of K.C. Maxwell, Esq., a member in good standing of the Bar of the State of California and the bar of the State of New Mexico.

Respectfully submitted,

William Jeffress
DC Bar No. 041152
Baker Botts
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
202-639-7751

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CR. NO. 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
|    also known as "Scooter Libby" ) | |
| ) | |

K.C. MAXWELL, being duly sworn, deposes and says:

    1.    I am an associate at the law firm of Jones Day located at 555 California Street, 26th Floor, San Francisco, California 94104, (415) 875-5798. I am participating in the defense of I. Lewis Libby in the instant matter. I submit this affidavit in support of Defendant's Motion for my admission *pro hac vice*.

    2.    I am admitted to the following bars:

        State of New Mexico (1996, currently inactive)
        State of California (2001)
        United States District Court, District of New Mexico (1998)
        United States District Court, Northern District of California (2001)

    3.    I certify that I have not been disciplined by any bar.

    4.    I have never been admitted *pro hac vice* in the United States District Court, District of Columbia.

DC01:430987.1

*[signature: K.C. Maxwell]*
K.C. Maxwell
Jones Day
555 California, 26th Floor
San Francisco, CA 94104
(415) 875-5798

Sworn to me this 23rd day of November, 2005

*[signature]*
NOTARY PUBLIC

YUMI BENNETT
Commission # 1475638
Notary Public - California
San Francisco County
My Comm. Expires Apr 3, 2008

DC01:430987.1