UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

### ORDER

Currently before the Court is the defendant's Motion for the Admission <u>Pro Hac Vice</u> of K.C. Maxwell. It is hereby this 30th day of November, 2005,

**ORDERED** that the defendant's motion is **GRANTED.**

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge