IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | CRIM. NO. |
| v. ) | |
| ) | 1-2005-cr-00394-RBW |
| I. LEWIS LIBBY ) | |
| ) | |
| Defendant ) | |
| ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra M. Walsh hereby enters her appearance for the defendant I. Lewis Libby.

*/s/ Alexandra M. Walsh*
Alexandra M. Walsh
DC Bar No. 490484
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7946

Attorney for Defendant

DC01:433866.1