UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The parties are scheduled to appear before this Court for a status conference on February 3, 2006. In advance of that status conference, the parties shall, by January 20, 2006, file a joint status report detailing the status of discovery in this case. This status report shall include the following:

(1) Whether all discovery has been provided to the defendant. If all discovery has not been provided, how much additional discovery needs to be provided and a date by which all discovery will be produced.

(2) The status of the defendant's review of the discovery material and the date on which he anticipates having fully reviewed the material provided by the government.

(3) Whether the defendant has submitted any discovery requests to the government which the government has not responded to or which the government has concluded it is not obligated to provide.

**SO ORDERED** this 13th day of January, 2006.

REGGIE B. WALTON
United States District Judge