FILED WITH THE
COURT SECURITY OFFICER
CSO: Macisso
DATE: 1/23/06

FILED

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>)<br>I. LEWIS LIBBY                       )<br>    also known as "Scooter Libby"  )<br>) | CR. NO. 05-394 (RBW) |

**MEMORANDUM CONCERNING USE, RELEVANCE, AND
ADMISSIBILITY OF CLASSIFIED DOCUMENTS AND INFORMATION
LISTED IN DEFENDANT'S FIRST CIPA § 5 NOTICE**