FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

FILED
JAN 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY )
    also known as "Scooter Libby" )
)

**DEFENDANT'S FIRST CIPA § 5 NOTICE**