UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## ORDER

To facilitate the expeditious resolution of pretrial motions and matters relating to classified information, it is hereby this 24th day of January, 2006,

**ORDERED** that within fourteen days of the date of service of a pretrial motion the party opposing that motion shall serve and file a memorandum of points and authorities in opposition. Within five days after service of the memorandum in opposition, the moving party may serve and file a reply memorandum. It is further

**ORDERED** that the government shall file a motion pursuant to § 6 of the Classified Information Procedures Act, 18 U.S.C. App. III (2000), within fourteen days of the date of service of any § 5 notice.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge