IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | Case No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY              ) | |
|     also known as "SCOOTER LIBBY" ) | |
| ) | |
| ) | |

**Government's Request for Pre-trial Conference Under Section 2 of the Classified Information Procedures Act**

The United States of America, by and through the Special Counsel, respectfully moves this Court, pursuant to Section 2 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3, to hold a pretrial conference to consider matters relating to classified information that may arise in connection with the above-captioned prosecution, and in support thereof submits the attached memorandum of law to apprise the Court of the applicability of CIPA to issues involving classified information which may arise before and during the trial of this case.

Respectfully submitted,

Patrick J. Fitzgerald
Special Counsel