UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

**FILED**

JAN 2 7 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

### ORDER

In light of Government's Request for Pretrial Conference Under Section 2 of the Classified Information Procedures Act ("CIPA"), it is this 27th day of January, 2006, hereby

**ORDERED** that pursuant to section 2 of the CIPA, an in camera pretrial conference shall be held immediately following the February 3, 2006 status conference. It is further

**ORDERED** that a nonclassified transcript of this proceeding will be made available for public viewing as soon as it becomes available.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge