UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.           )<br>)<br>)<br>I. LEWIS LIBBY, )<br>   also known as "Scooter Libby," )<br>   Defendant. ) | CR. NO. 05-394 (RBW) |

**PROPOSED ORDER**

Upon consideration of the defendant's Motion to Compel Discovery of Rule 16 and *Brady* Material in the Possession of Other Agencies, and of the government's response thereto, it is hereby

ORDERED that the Office of Special Counsel shall disclose to the defendant the following documents within the government's possession, custody or control, and information that is known or that by the exercise of reasonable diligence may become known to the Office of Special Counsel:

1. All of Mr. Libby's notes for the period May 6, 2003 through March 24, 2004, to the extent not already produced.

2. All documents provided to Mr. Libby in connection with his morning intelligence briefing during the period May 6, 2003 through March 24, 2004, including the President's Daily Brief ("PDB"), in its entirety, and additional materials provided for the Vice President and Mr. Libby with the PDB.

3. All documents relating to inquiries made during or in connection with Mr. Libby's morning intelligence briefing for the period May 6, 2003 through March 24, 2004, and all documents provided to Mr. Libby as a result of those inquiries.

4. Any assessment done of the damage (if any) caused by the disclosure of Valerie Wilson's status as a CIA employee.

5. All documents, regardless of when created, relating to whether Valerie Wilson's status as a CIA employee, or any aspect of that status, was classified at any time between May 6, 2003 and July 14, 2003.

As used in this Order, the term "documents" includes all written or recorded materials of any kind, all e-mails and electronically stored information, and all video or audio recordings. In addition, as used in this Order, the term "government" includes the Department of Justice, the Central Intelligence Agency, and the Office of the Vice President.


Dated: _____          _____
                                    HON. REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

William H. Jeffress, Jr., Esq.
Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350