IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY )<br>)<br>Defendant )<br>) | CRIM. NO.<br><br>1-2005-cr-00394-RBW |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra M. Walsh hereby enters her appearance for the defendant I. Lewis Libby.

*Alexandra M. Walsh*
Alexandra M. Walsh
DC Bar No. 490484
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7946

Attorney for Defendant

DC01:433866.1