# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby," | ) | |
|     Defendant. | ) | |

## MOTION TO EXCEED PAGE LIMITS

Defendant I. Lewis Libby, through his attorneys, respectfully moves this Court for permission to file a consolidated reply brief in support of both the Motion of I. Lewis Libby to Compel Discovery of Information Regarding News Reporters and Organizations and the Motion of I. Lewis Libby To Compel Discovery of Rule 16 and *Brady* Material in the Possession of Other Agencies in excess of the 25 page limit established by Local Criminal Rule 47(e).

The defendant has consolidated his replies into a single brief, and seeks permission pursuant to file a brief that is 30 pages in length. The government has advised that it has no objection to our motion.

For the foregoing reason, I. Lewis Libby respectfully requests that the Court issue the attached order.

Dated: February 21, 2006                         Respectfully submitted,


/s/ Theodore V. Wells, Jr.                       /s/ William H. Jeffress, Jr.
Theodore V. Wells, Jr.                           William H. Jeffress, Jr.
(DC Bar No. 468934)                              (DC Bar No. 041152)
James L. Brochin                                 Alex Bourelly
(DC Bar No. 455456)                              (DC Bar No. 441422)
Paul, Weiss, Rifkind, Wharton                    Baker Botts LLP
 & Garrison LLP                                  1299 Pennsylvania Ave., NW
1285 Avenue of the Americas                      Washington, DC  20004
New York, NY  10019-6064                         (202) 639-7751
(212) 373-3089


/s/ Joseph A. Tate                               /s/ John D. Cline
Joseph A. Tate                                   John D. Cline
Dechert LLP                                      (D.C. Bar No. 403824)
2929 Arch Street                                 Jones Day
Cira Centre                                      555 California Street, 26th Floor
Philadelphia, PA  19104                          San Francisco, CA  94104
                                                 Tel:  (415) 626-3939
                                                 Fax:  (415) 875-5700