UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby," | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

Upon consideration of the defendant's Motion to Exceed Page Limits, it is hereby

ORDERED that Defendant I. Lewis Libby may file a consolidated reply brief up to 30 pages in length.


Dated: _____           _____
                                    HON. REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

William H. Jeffress, Jr., Esq.
Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350