UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby," )
    Defendant. )

### PROPOSED ORDER

Upon consideration of the defendant's Motion to Seal the Affidavit of Theodore V. Wells, Jr. In Support of the Motion of I. Lewis Libby to Compel Discovery of Information Regarding News Reporters and Organizations and the accompanying exhibits, it is hereby

ORDERED that the Affidavit of Theodore V. Wells, Jr. In Support of the Motion of I. Lewis Libby to Compel Discovery of Information Regarding News Reporters and Organizations and its accompanying exhibits be placed under seal in the Court files.

Dated: February 21, 2006

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William H. Jeffress, Jr., Esq.
Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7700

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104
(215) 994-2350