UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby," )
    Defendant. )

### PROPOSED ORDER

Upon consideration of the defendant's Motion to Exceed Page Limits, it is hereby

ORDERED that Defendant I. Lewis Libby may file a consolidated reply brief up to 30 pages in length.

Dated: Feb 22, 2006

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE