UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-394 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **I. LEWIS LIBBY,** | : | |
| a/k/a "Scooter Libby" | : | |
| | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL DISCOVERY**

The United States of America, by and through Special Counsel, hereby respectfully requests this Court to permit it to file under seal a very brief (two page) Sur-reply to Defendant's Renewed Motion to Compel Discovery in order to address a factual matter protected by grand jury secrecy. The government has consulted with the defense and they have no objection to this motion.

Respectfully submitted,

  s/s  Peter R. Zeidenberg
PETER R. ZEIDENBERG
Deputy Special Counsel
1400 New York Avenue, N.W.
Washington, D.C., 2005
(202)514-2042
Peter.zeidenberg@usdoj.gov

Dated: February 23, 2006