UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | **FILED** |
| I. LEWIS LIBBY, ) | FEB 2 3 2006 |
| also known as "Scooter Libby" ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Government's Motion for Leave to File Sur-Reply to Defendant's Reply in Support of His Motion to Compel Discovery, it is hereby

ORDERED that the Government may file a Sur-reply.

Dated: February 23, 2006

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700