UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.              )     CR. NO. 05-394 (RBW)<br>)<br>)<br>I. LEWIS LIBBY                    )<br>    also known as "Scooter Libby"  )<br>    Defendant.                    ) | |

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Defendant I. Lewis Libby, through his attorneys, respectfully moves this Court for leave to supplement the record in advance of oral argument on February 24, 2006. Defendant wishes to introduce the attached letter from Kathleen M. Kedian, Deputy Special Counsel, to Mr. Libby's lawyers, dated February 21, 2006.

Deputy Special Counsel Kedian's letter sets forth the reasons why the Office of Special Counsel is refusing to produce, upon defendant's request, the 2003 referral letter from the CIA to the Department of Justice. Among other reasons, it states that the referral letter contains "communications between the CIA [] and the Department of Justice" that are protected from disclosure by attorney-client privilege. The defense asserts that such unequivocal recognition of a relationship between the CIA and the Department of Justice is highly probative of the argument set forth in defendant's Motion of I. Lewis Libby to Compel Discovery of Rule 16 and *Brady* Material in the Possession of Other Agencies and, therefore, the defense expects to refer to

Deputy Special Counsel Kedian's letter during oral argument of this motion on February 24, 2006.

The government has informed the defense that it does not take a position on this motion.

For this reason, the defendant respectfully moves the Court to sign the attached order.

Dated: February 24, 2006                              Respectfully submitted,


_____                             _____
Theodore V. Wells, Jr.                                William H. Jeffress, Jr.
(DC Bar No. 468934)                                   (DC Bar No. 041152)
James L. Brochin                                      Alex Bourelly
(DC Bar No. 455456)                                   (DC Bar No. 441422)
Paul, Weiss, Rifkind, Wharton                         Baker Botts LLP
 & Garrison LLP                                       1299 Pennsylvania Ave., NW
1285 Avenue of the Americas                           Washington, DC 20004
New York, NY 10019-6064                               (202) 639-7751
(212) 373-3089

_____                             _____
Joseph A. Tate                                        John D. Cline
Dechert LLP                                           (D.C. Bar No. 403824)
2929 Arch Street                                      Jones Day
Cira Centre                                           555 California Street, 26th Floor
Philadelphia, PA 19104                                San Francisco, CA 94104
                                                      Tel: (415) 626-3939