# ATTACHMENT



# Office of Special Counsel

*Patrick J. Fitzgerald*  
*Special Counsel*

*Chicago Office:* Dirksen Federal Building  
219 South Dearborn Street, Fifth Floor  
Chicago, Illinois 60604  
(312) 353-5300

*Washington Office:* Bond Building  
1400 New York Avenue, Ninth Floor  
Washington, DC 20530  
(202) 514-1187

*Please address all correspondence to the Washington Office*

**Via Telefax & Regular Mail**   February 21, 2006

John D. Cline, Esq.  
JONES DAY  
555 California Street  
San Francisco, CA 94104

Theodore V. Wells, Esq.  
PAUL WEISS LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064

William Jeffress, Esq.  
BAKER BOTTS  
The Warner  
1299 Pennsylvania Avenue, N.W.  
Washington, DC 20004-2400

Joseph A. Tate, Esq.  
DECHERT LLP  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19103

Re: <u>United States v. I. Lewis Libby</u>

Dear Counsel:

The following information is in response to your request for "all documents relating to the CIA's criminal referral to the Department of Justice concerning the disclosure of Mrs. Wilson's affiliation with the CIA." After consultation with the CIA, we advise that we view any such documents in our possession as not discoverable. The documents remain classified and contain information compiled for law enforcement purposes that is neither material to the preparation of the defense, nor exculpatory as to Mr. Libby. In addition, the documents are protected from disclosure because they contain inter-agency, pre-decisional preliminary evaluations and recommendations of government officials covered by the deliberative process privilege. Moreover, the documents also contain legal analysis and opinion prepared by a CIA attorney, as well as communications between the CIA attorney and the Department of Justice, that are protected from disclosure by attorney-client communications privilege and the attorney work product privilege.

Should you have any questions or comments regarding any of the foregoing, or should you wish to discuss this matter generally, please do not hesitate to call me at the number listed above.

Very truly yours,

Kathleen M. Kedian  
Deputy Special Counsel