UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY | ) | |
| also known as "Scooter Libby" | ) | |
| Defendant. | ) | |

**<u>PROPOSED ORDER</u>**

Upon consideration of the Defendant's Motion for Leave to Supplement the Record, it is hereby

ORDERED that defendant be permitted to supplement the record and refer to the attached letter, dated February 21, 2006, from Deputy Special Counsel Kathleen M. Kedian to Mr. Libby's lawyers in open court.

Dated: _____          _____
                                                                    Hon. Reggie B. Walton

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350