UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        )
                                 )
                                 )
    v.                           )   Criminal No. 05-394 (RBW)
                                 )
I. LEWIS LIBBY,                  )
                                 )
            Defendant.           )
_____)

### ORDER

Currently before the Court is the Motion of I. Lewis Libby to Disclose the Government's Ex Parte Affidavit or, in the Alternative, to Strike the Affidavit, and to Bar Further Ex Parte Submissions Without Particularized Showing of Exceptional Circumstances. For the reasons set forth during the February 24, 2006 motions hearing, it is hereby this 27th day February, 2006,

**ORDERED** the defendant's motion is **DENIED**.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

1