UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-394 (RBW) |
| I. LEWIS LIBBY, | ) |
| Defendant. | ) |

### ORDER

On February 24, 2006, this Court authorized the parties to serve subpoenas to either news reporters and/or news organizations pursuant to Federal Rule of Criminal Produce 17(c). This order is issued consistent with that ruling. Accordingly, it is hereby this 27th day of February, 2006,

**ORDERED** that either party may serve subpoenas to either news reporters and/or new organizations pursuant to Fed. R. Crim. P. 17(c) and need not seek further leave of this Court before doing so. It is further

**ORDERED** that any witness or news organization served with a Rule 17(c) subpoena pursuant to this Order shall produce the designated items in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 on April 7, 2006 at 2:30 p.m. It is further

**ORDERED** that any witness seeking to quash or modify a Rule 17(c) subpoena issued pursuant to this Order must file a motion to quash or modify the subpoena by 2:30 p.m. on April

1

7, 2006. Any opposition to the motion to quash or modify shall be filed by April 14, 2006, and any reply thereto shall be filed by April 18, 2006. It is further

**ORDERED** that this Court will hear argument on any motion to quash or modify on April 21, 2006, at 2:30 p.m. It is further

**ORDERED** that the party serving a Rule 17(c) subpoena shall provide the witness served with such a subpoena a copy of this Order along with the subpoena.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge