UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CR. NO 05-394 (RBW) |
| v.    ) | |
| ) | |
| I. LEWIS LIBBY,    ) | |
|     also known as "Scooter Libby"    ) | |

### GOVERNMENT'S PROPOSED REDACTED AFFIDAVIT

Pursuant to this Court's request made in open court on February 24, 2006, that the government propose further redactions to its affidavit previously submitted on February 22, 2006 so that the affidavit could be made public, the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, Special Counsel, respectfully submits the enclosed affidavit with the proposed redactions as noted.

The government believes that the additional redactions are necessary to protect grand jury secrecy and uncharged individuals whose privacy should be protected. With the additional redactions to this affidavit, the government does not object to the affidavit being unsealed and made public. We note, however, that Exhibit B to the original affidavit should remain under seal, as it contains sensitive and confidential grand jury material.

Respectfully submitted,

PATRICK J. FITZGERALD
Special Counsel

By: _/s/ Peter Zeidenberg_
PETER R. ZEIDENBERG
Deputy Special Counsel

Dated: March 1, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 1st day of March, 2006, I caused true and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187

By: _____
Peter R. Zeidenberg
Deputy Special Counsel