UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|     also known as "Scooter Libby" ) | |

## MOTION TO UNSEAL GOVERNMENT'S FILING OF MARCH 3, 2006

The government hereby moves to unseal the "Government's Response to Court Orders of February 23 and February 27, 2006," filed March 3, 2006. After review by appropriate officials, a consensus was reached that the filing need not remain under seal.

        Respectfully submitted,

          /s/ Patrick Fitzgerald
        PATRICK J. FITZGERALD
        Special Counsel
        Office of the United States Attorney
        Northern District of Illinois
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300

Dated:   March 6, 2006.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of March, 2006, I caused true and correct copies of the foregoing to be served on the following parties by electronic mail and first class mail:

>William Jeffress, Esq.
>Baker Botts
>The Warner
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004-2400
>Facsimile: 202-585-1087
>
>Theodore V. Wells, Esq.
>Paul Weiss
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Facsimile: 212-373-2217
>
>Joseph A. Tate, Esq.
>Dechert LLP
>4000 Bell Atlantic Tower
>1717 Arch Street
>Philadelphia, PA 19103-2793
>Facsimile: 215-994-2222
>
>John D. Cline, Esq.
>Jones Day
>555 California Street
>San Francisco, CA 94104
>Facsimile: 415-875-5700

>Patrick J. Fitzgerald
>Special Counsel
>U.S. Department of Justice
>10th & Constitution Ave., NW
>Washington, D.C.  20530
>202-514-1187
>
>By:   /s/ Kathleen Kedian
>       Kathleen M. Kedian
>       Deputy Special Counsel