UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR  7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the government's Motion to Unseal Government's Filing of March 3, 2006, it is hereby this 7th day of March, 2006,

**ORDERED** that the government's motion is **GRANTED**. It is further

**ORDERED** that the government's filing entitled "Government's Response to Court Orders of February 23 and February 27, 2006" shall be unsealed.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge