# EXHIBIT A



# Office of Special Counsel

| | | |
|---|---|---|
| Patrick J. Fitzgerald<br>Special Counsel | Chicago Office: Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604<br>(312) 353-5300 | Washington Office: Bond Building<br>1400 New York Avenue, Ninth Floor<br>Washington, DC 20530<br>(202) 514-1187 |

*Please address all correspondence to the Washington Office*

**Via Telefax & Regular Mail**                    February 21, 2006

John D. Cline, Esq.                    Theodore V. Wells, Esq.
JONES DAY                              PAUL WEISS LLP
555 California Street                  1285 Avenue of the Americas
San Francisco, CA 94104               New York, NY 10019-6064

William Jeffress, Esq.                Joseph A. Tate, Esq.
BAKER BOTTS                           DECHERT LLP
The Warner                            Cira Centre
1299 Pennsylvania Avenue, N.W.        2929 Arch Street
Washington, DC 20004-2400            Philadelphia, PA 19103

Re:  United States v. I. Lewis Libby

Dear Counsel:

The following information is in response to your request for "all documents relating to the CIA's criminal referral to the Department of Justice concerning the disclosure of Mrs. Wilson's affiliation with the CIA." After consultation with the CIA, we advise that we view any such documents in our possession as not discoverable. The documents remain classified and contain information compiled for law enforcement purposes that is neither material to the preparation of the defense, nor exculpatory as to Mr. Libby. In addition, the documents are protected from disclosure because they contain inter-agency, pre-decisional preliminary evaluations and recommendations of government officials covered by the deliberative process privilege. Moreover, the documents also contain legal analysis and opinion prepared by a CIA attorney, as well as communications between the CIA attorney and the Department of Justice, that are protected from disclosure by attorney-client communications privilege and the attorney work product privilege.

Should you have any questions or comments regarding any of the foregoing, or should you wish to discuss this matter generally, please do not hesitate to call me at the number listed above.

Very truly yours,

Kathleen M. Kedian
Deputy Special Counsel

# EXHIBIT B

Declassified and Approved
for Release, 10 April 2004

## Bin Ladin Determined To Strike in US



*Clandestine, foreign government, and media reports indicate Bin Ladin since 1997 has wanted to conduct terrorist attacks in the US.* Bin Ladin implied in US television interviews in 1997 and 1998 that his followers would follow the example of World Trade Center bomber Ramzi Yousef and "bring the fighting to America."

> After US missile strikes on his base in Afghanistan in 1998, Bin Ladin told followers he wanted to retaliate in Washington, according to a ████████████ service.

> An Egyptian Islamic Jihad (EIJ) operative told an██████ service at the same time that Bin Ladin was planning to exploit the operative's access to the US to mount a terrorist strike.

*The millennium plotting in Canada in 1999 may have been part of Bin Ladin's first serious attempt to implement a terrorist strike in the US.* Convicted plotter Ahmed Ressam has told the FBI that he conceived the idea to attack Los Angeles International Airport himself, but that Bin Ladin lieutenant Abu Zubaydah encouraged him and helped facilitate the operation. Ressam also said that in 1998 Abu Zubaydah was planning his own US attack.

> Ressam says Bin Ladin was aware of the Los Angeles operation.

*Although Bin Ladin has not succeeded, his attacks against the US Embassies in Kenya and Tanzania in 1998 demonstrate that he prepares operations years in advance and is not deterred by setbacks.* Bin Ladin associates surveilled our Embassies in Nairobi and Dar es Salaam as early as 1993, and some members of the Nairobi cell planning the bombings were arrested and deported in 1997.

*Al-Qa'ida members—including some who are US citizens—have resided in or traveled to the US for years, and the group apparently maintains a support structure that could aid attacks.* Two al-Qa'ida members found guilty in the conspiracy to bomb our Embassies in East Africa were US citizens, and a senior EIJ member lived in California in the mid-1990s.

> A clandestine source said in 1998 that a Bin Ladin cell in New York was recruiting Muslim-American youth for attacks.

*We have not been able to corroborate some of the more sensational threat reporting, such as that from a* ████████████ *service in 1998 saying that Bin Ladin wanted to hijack a US aircraft to gain the release of "Blind Shaykh" 'Umar 'Abd al-Rahman and other US-held extremists.*

*continued*

*For the President Only*
6 August 2001



Declassified and Approved
for Release, 10 April 2004

Declassified and Approved
for Release, 10 April 2004

— Nevertheless, FBI information since that time indicates patterns of suspicious activity in this country consistent with preparations for hijackings or other types of attacks, including recent surveillance of federal buildings in New York.

The FBI is conducting approximately 70 full field investigations throughout the US that it considers Bin Ladin–related. CIA and the FBI are investigating a call to our Embassy in the UAE in May saying that a group of Bin Ladin supporters was in the US planning attacks with explosives.



Declassified and Approved
for Release, 10 April 2004