UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
    Defendant. )
)

## ORDER

Currently before the Court is the defendants' Motion to Compel Discovery of Rule 16 and Brady Material in the Possession of Other Agencies. For the reasons set forth in the accompanying Memorandum Opinion and consistent with the rulings made therein, it is hereby this 10th day of March, 2006,

**ORDERED** that the government shall produce to the defendant either (1) redacted versions of the documents provided to the defendant during his morning intelligence briefing that were also viewed by the Vice President or (2) topic overviews of the subject matter contained in those documents. It is further

**ORDERED** that the government shall produce to the defendant a topic index of any inquiries reflecting additional information the defendant requested during his morning intelligence briefings. It is further

**ORDERED** that the production being ordered by the Court shall be limited to only the following time periods: June 7 through July 14, 2003, October 12 - 16, 2003, November 24 - 28,

2003, March 3 - 7, 2004, and March 22- 26, 2004. It is further

**ORDERED** that if either the White House or the Central Intelligence Agency deems it appropriate to assert any privilege with regard to these documents, such a motion asserting a privilege shall be filed by March 24, 2006. The defendant's opposition to such motion shall be filed by April 7, 2006, and any reply thereto shall be filed by April 14, 2006.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge