UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kathleen M. Kedian hereby enters her appearance for the United States.

*/s/ Kathleen M. Kedian*
Kathleen M. Kedian
DC Bar No. 473579
Office of Special Counsel
United States Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20005
(202) 514-1187

Attorney for the United States