UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|   also known as "Scooter Libby" ) | |

**<u>NOTICE OF PROPOSED CONSENT ORDER</u>**

The United States hereby submits, with the agreement of defense counsel, the attached Proposed Consent Order.

                                                         /s/
                              Kathleen M. Kedian
                              DC Bar No. 473579
                              Office of Special Counsel
                              United States Department of Justice
                              1400 New York Ave., N.W.
                              Washington, D.C. 20005
                              (202) 514-1187

                              Attorney for the United States