IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.  05-394 |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY | ) | |
| also known as "SCOOTER LIBBY" | ) | |

PROPOSED CONSENT ORDER

This matter comes before the court upon the Government's Motion for Clarification and
to Adjust Schedule for Asserting Privilege.  The Court having reviewed the Government's
motion and the declaration in support thereof, and otherwise being fully advised, and upon
consent of the parties, it is hereby

**ORDERED** that the Government may produce to defendant pursuant to this Court's
March 10, 2006 Order ("the March 10 Order") redacted documents or topic overviews related to
the defendant's morning intelligence briefings, without regard to whether such materials were
provided to or reviewed by the Vice President.  It is further

**ORDERED** that materials produced pursuant to the March 10 Order may only be
examined by defendant and four of his attorneys (Messrs. Wells, Jeffress, and Cline and Ms.
Maxwell), that examination of such materials may only take place in the SCIF designated by the
Court Security Officer, and that the copying of such materials is prohibited.  It is further

**ORDERED** that the production of materials pursuant to the March 10 Order is for
purposes of discovery only, and neither the production of such materials in classified discovery
pursuant to the March 10 Order, nor the failure to assert any privilege with respect to any

materials produced pursuant to the March 10 Order, constitutes a waiver of any claim of

privilege, including executive privilege, with respect to the disclosure of such documents or

information at trial or other public proceedings in this case, or to any third parties.  It is further

       **ORDERED** that on or before May 17, 2006, the Government will produce to the defense

materials for the period June 7 through July 14, 2003 that fall within the March 10 Order, or

assert any claim of privilege with respect to such materials.  It is further

       **ORDERED** that on or before June 13, 2006, the Government will produce to the defense

any remaining documents that fall within the March 10 Order, or assert any claim of privilege

with respect to such materials.


SO ORDERED this _____day of March, 2006.


_____
Reggie B. Walton
UNITED STATES DISTRICT JUDGE


Respectfully Submitted:                     Seen and Agreed To:


_____/s/_____               _____/s/_____
Patrick J. Fitzgerald                   Theodore V. Wells, Jr. Esq.
Special Counsel                     William H. Jeffress, Jr. Esq.
                                 John D. Cline, Esq.
                                 Joseph Tate, Esq.
                                 Counsel for Defendant