FILED WITH THE
COURT SECURITY OFFICER
CSO: Marisso
DATE: 3/29/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394(RBW)
)
)
I. LEWIS LIBBY, )
   also known as "Scooter Libby." )
)

FILED
MAR 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MEMORANDUM CONCERNING USE, RELEVANCE, AND
ADMISSIBILITY OF CLASSIFIED DOCUMENTS AND INFORMATION
LISTED IN DEFENDANT'S SECOND CIPA § 5 NOTICE**