FILED WITH THE
COURT SECURITY OFFICER
CSO: Macisso
DATE: 3/29/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 05-394 (RBW) |
| | ) |
| I. LEWIS LIBBY, | ) |
| also known as "Scooter Libby." | ) |

**DEFENDANT'S SECOND CIPA § 5 NOTICE**