UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

## MOTION FOR SUPPLEMENTAL PROTECTIVE ORDERS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, SPECIAL COUNSEL, hereby moves this Court, for entry of a Supplemental Protective Order Regarding Non-Classified and Declassified Documents, and a Supplemental Protective Order for Classified Documents. These Orders would supplement the terms of the General Protective Order and the Protective Order Regarding Classified Information entered by the Court on November 23, 2005. In support of the Supplemental Protective Orders, the government submits the attached affidavit of Patrick J. Fitzgerald. This motion is uncontested.

Respectfully submitted,

　　　/s/
PATRICK J. FITZGERALD
Special Counsel

Office of Special Counsel
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
202-514-1187

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 30th day of March, 2006, I caused true and correct copies of the foregoing to be served on the following parties by electronic mail:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

    Patrick J. Fitzgerald
    Special Counsel
    U.S. Department of Justice
    1400 New York Ave., N.W.
    Washington, D.C.  20530
    202-514-1187

    By:      /s/
    Kathleen M. Kedian
    Deputy Special Counsel