UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

..................................................................

UNITED STATES OF AMERICA       :
                               :
                               :
            v.                 :       CR. NO. 05-394 (RBW)
                               :
I. LEWIS LIBBY,                :
        a/k/a "Scooter Libby"  :
                               :

..................................................................

PATRICK J. FITZGERALD, being duly sworn, deposes and says:

1. I am the United States Attorney for the Northern District of Illinois. For purposes of the instant matter, I serve in the capacity as "Special Counsel." I submit this affidavit in support of the Government's Motion for Supplemental Protective Orders, which is uncontested.

2. During the course of discovery, issues have arisen with respect to the production of documents that may be protected by executive privilege. The parties have engaged in discussions and negotiations to deal with these issues through a proposed protective order that would facilitate the flow of discovery to the defendant, while also ensuring protection for privileged and potentially privileged documents.

3. The proposed Supplemental Protective Order for Non-Classified and Declassified Documents and the proposed Supplemental Protective Order for Classified Documents are the result of those discussions and negotiations and have been agreed to by the parties.

_____
Patrick J. Fitzgerald
Special Counsel

Sworn to before me this
30th day of March 2006.

_____
Notary Public

OFFICIAL SEAL
MARGARET R CUSACK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04-23-06