

# Office of Special Counsel

---

*Patrick J. Fitzgerald*  **Chicago Office:** *Dirksen Federal Building*        **Washington**        *Office: Bond Federal Building*
*Special Counsel*                         *219 South Dearborn Street, Fifth Floor*                  *1400 New York Avenue, Ninth Floor*
                                          *Chicago, Illinois 60604*                                 *Washington, DC  20530*
                                          *(312) 353-5300*                                          *(202) 514-1187*

*Please address all correspondence to the Washington Office*

April 11, 2006

Honorable Reggie B. Walton
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:    United States v. I. Lewis Libby, Cr. No. 05-394 (RBW)

Dear Judge Walton:

      We are writing to correct a sentence from the Government's Response to Defendant's Third Motion to Compel Discovery, filed on April 5, 2006. The sentence, which is the second sentence of the second paragraph on page 23, reads, "Defendant understood that he was to tell Miller, among other things, that a key judgment of the NIE held that Iraq was 'vigorously trying to procure' uranium." That sentence should read, "Defendant understood that he was to tell Miller, among other things, some of the key judgments of the NIE, and that the NIE stated that Iraq was 'vigorously trying to procure' uranium."

                            Respectfully Submitted,

                            PATRICK J. FITZGERALD
                            Special Counsel

cc:    William Jeffress, Esquire
        Theodore V. Wells, Esquire
        Joseph A. Tate, Esquire
        John D. Cline, Esquire