UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby," | ) | |
|     Defendant. | ) | |

**MOTION TO EXTEND TIME TO FILE *EX PARTE* DECLARATION**

Defendant I. Lewis Libby, through his attorneys, respectfully moves this Court for an extension of time to file an *Ex Parte* Declaration detailing Mr. Libby's defenses in accordance with the Court's April 5, 2006 Order.

Since receiving the Government's Response to Defendant's Third Motion to Compel on April 5, 2006, the defense has been focused on drafting Mr. Libby's Reply Memorandum of Law in Support of the Third Motion to Compel, which was filed on April 12. The defense is now in the process of preparing its responses to both the Court's Order to Show Cause and to the expected Motions to Quash the Rule 17(c) subpoenas issued to the press. These responses are respectively due April 21, 2006 and April 25, 2006. In light of these upcoming filings, the defense requests this extension to file the *Ex Parte* Declaration detailing Mr. Libby's defenses in order to ensure it has sufficient time to adequately focus on that important pleading. The defense has not previously requested an extension, and were the Court to grant this extension, it would not impact any of the current deadlines in this case.

The defense has conferred with the government, and the government has advised that it has no objection to our filing the submission on April 28, 2006.

For the foregoing reason, I. Lewis Libby respectfully requests that the Court issue the attached order.

Dated: April 14, 2006                                       Respectfully submitted,

/s/ Theodore V. Wells, Jr.                                  /s/ William H. Jeffress, Jr.
Theodore V. Wells, Jr.                                      William H. Jeffress, Jr.
(DC Bar No. 468934)                                         (DC Bar No. 041152)
James L. Brochin                                            Alex Bourelly
(DC Bar No. 455456)                                         (DC Bar No. 441422)
Paul, Weiss, Rifkind, Wharton                               Baker Botts LLP
 & Garrison LLP                                             1299 Pennsylvania Ave., NW
1285 Avenue of the Americas                                 Washington, DC 20004
New York, NY 10019-6064                                     (202) 639-7751
(212) 373-3089

/s/ Joseph A. Tate                                          /s/ John D. Cline
Joseph A. Tate                                              John D. Cline
Dechert LLP                                                 (D.C. Bar No. 403824)
2929 Arch Street                                            Jones Day
Cira Centre                                                 555 California Street, 26th Floor
Philadelphia, PA 19104                                      San Francisco, CA 94104
                                                            Tel: (415) 626-3939
                                                            Fax: (415) 875-5700