UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby," )
    Defendant. )

### PROPOSED ORDER

Upon consideration of the defendant's Motion to Extend Time to File the *Ex Parte* Declaration, it is hereby

ORDERED that Defendant I. Lewis Libby may file the submission on April 28, 2006.

Dated: April 18, 2006

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE