UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

**<u>NOTICE OF FILING</u>**

The government hereby notifies counsel for defendant I. Lewis Libby of the filing of a Proposed Order which was filed with the Court on April 20, 2006.

                                                Respectfully submitted,
                                                Patrick J. Fitzgerald
                                                Special Counsel
                                                U.S. Department of Justice
                                                1400 New York Ave., N.W.
                                                Washington, D.C.  20530
                                                202-514-1187

                        By:        /s/       
                                          Debra Riggs Bonamici
                                          Deputy Special Counsel

Dated:   April 20, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

## ORDER

Upon consideration of the government's Motion for Clarification of the Opinion of April 5, 2006 Concerning *Ex Parte* Submissions Under CIPA Section 4, or in the Alternative, Motion for Reconsideration, it is hereby ORDERED that:

The government may file *ex parte* submissions in limited circumstances to seek a ruling on discoverability, subject to the Court's review of whether such an *ex parte* procedure is appropriate on a filing-by-filing basis.

Dated: _____          _____
                                                    HON. REGGIE B. WALTON
                                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 20th day of April, 2006, I caused true and correct copies of the foregoing notice and proposed order to be served on the following parties by electronic mail:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C.  20530
202-514-1187
By: _____/s/_____
 Debra Riggs Bonamici
 Deputy Special Counsel