UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                 )<br>        v.                              )<br>                                                  )<br>I. LEWIS LIBBY,                    )<br>    also known as "Scooter Libby"    ) | CR. NO 05-394 (RBW) |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT'S SEALED APRIL 12, 2006 FILING IN SUPPORT OF THIRD MOTION OF I. LEWIS LIBBY TO COMPEL DISCOVERY

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, SPECIAL COUNSEL, hereby moves this Court for permission to file a surreply to respond to an assertion made in the sealed declaration filed by the defense on April 12, 2006 in support of the Third Motion of I. Lewis Libby to Compel Discovery.

Respectfully submitted,

        /s/
PATRICK J. FITZGERALD
Special Counsel

Office of Special Counsel
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
202-514-1187

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

## **ORDER**

Upon consideration of the Government's Motion to File Surreply to Defendant's Sealed April 12, 2006 Filing in Support of Third Motion of I. Lewis Libby to Compel Discovery, it is hereby

ORDERED that the government's motion is GRANTED.

Dated: _____          _____
                                  HON. REGGIE B. WALTON
                                  UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 20th day of April, 2006, I caused true and correct copies of the foregoing to be served on the following parties by electronic mail:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

                                                 Patrick J. Fitzgerald
                                                 Special Counsel
                                                 U.S. Department of Justice
                                                 1400 New York Ave., N.W.
                                                 Washington, D.C.  20530
                                                 202-514-1187

                                               By: _____/s/_____
                                                Kathleen M. Kedian
                                                Deputy Special Counsel