UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

### GOVERNMENT'S MOTION TO SEAL THE AFFIDAVIT OF PATRICK J. FITZGERALD SUBMITTED AS SURREPLY TO DEFENDANT'S SEALED APRIL 12, 2006 FILING IN SUPPORT OF THIRD MOTION OF I. LEWIS LIBBY TO COMPEL DISCOVERY

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, SPECIAL COUNSEL, hereby moves this Court for an order sealing the Affidavit Submitted as Surreply to Defendant's Sealed April 12, 2006 Filing in Support of Third Motion of I. Lewis Libby to Compel Discovery, on the grounds that the Affidavit is a response to the sealed filing by the defense which referred to information governed by the Protective Order entered by this Court on November 23, 2005.

Respectfully submitted,

_____
PATRICK J. FITZGERALD
Special Counsel

Office of Special Counsel
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
202-514-1187

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## **ORDER**

Upon consideration of the Motion to Seal the Affidavit of Patrick J. Fitzgerald Submitted as Surreply to Defendant's Sealed April 12, 2006 Filing in Support of the Third Motion of I. Lewis Libby to Compel Discovery, it is hereby

ORDERED that the Affidavit of Patrick J. Fitzgerald Submitted as Surreply to Defendant's Sealed April 12, 2006 Filing in Support of the Third Motion of I. Lewis Libby to Compel Discovery be SEALED.

Dated: _____           _____
                                       HON. REGGIE B. WALTON
                                       UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 20th day of April, 2006, I caused true and correct copies of the foregoing to be served on the following parties by electronic mail:

>William Jeffress, Esq.
>Baker Botts
>The Warner
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004-2400
>Facsimile: 202-585-1087
>
>Theodore V. Wells, Esq.
>Paul Weiss
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Facsimile: 212-373-2217
>
>Joseph A. Tate, Esq.
>Dechert LLP
>4000 Bell Atlantic Tower
>1717 Arch Street
>Philadelphia, PA 19103-2793
>Facsimile: 215-994-2222
>
>John D. Cline, Esq.
>Jones Day
>555 California Street
>San Francisco, CA 94104
>Facsimile: 415-875-5700

>>Patrick J. Fitzgerald
>>Special Counsel
>>U.S. Department of Justice
>>1400 New York Ave., N.W.
>>Washington, D.C.  20530
>>202-514-1187
>>
>>By: _____/s/_____
>> Kathleen M. Kedian
>> Deputy Special Counsel