UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )

## ORDER

Upon consideration of the parties' joint status report, it is hereby this 21st day of April, 2006,

**ORDERED** that the defendant shall file a further interim Section 5 notice pursuant to the Classified Information Procedures Act ("CIPA") by July 17, 2006, and a final CIPA Section 5 notice shall be filed by August 15, 2006. It is further

**ORDERED** that the government shall file a CIPA Section 6(b) notice of the classified information at issue by August 29, 2006. It is further

**ORDERED** that the government shall file an omnibus response brief to the defendant's use, relevance, and admissibility arguments by September 12, 2006, and the defendant shall file his reply by September 18, 2006. It is further

**ORDERED** that hearings to determine the use, relevance, or admissibility of the classified information at issue pursuant to CIPA Section 6(a) will commence on September 20,

1

2006, and continue everyday thereafter until completed. It is further

**ORDERED** that hearings to pursuant to Section 6(c) will commence on October 10, 2006, and continue everyday thereafter until completed. It is further

**ORDERED** that the government's declassification team must be present during all Section 6(c) proceedings.

**SO ORDERED.**

                                                     /s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge