# EXHIBIT G

FOCUS - 17 of 17 DOCUMENTS

Copyright 2006 Voxant, Inc.
All Rights Reserved.
Copyright 2006 MSNBC
All Rights Reserved.
MSNBC

**SHOW:** HARDBALL 5:00 PM EST

**April** 6, 2006 Thursday

**TRANSCRIPT:** 040601cb.461

**SECTION:** NEWS; Domestic

**LENGTH:** 7668  words

**HEADLINE:** HARDBALL for April 6, 2006

**BYLINE:** Chris Matthews, David Shuster, David Gregory

**GUESTS:** John Kerry, Jon Meacham, Dick Sauber, Rosie O`Donnell

**HIGHLIGHT:**

Scooter **Libby** testifies Bush authorized leaks of classified information.

**BODY:**

CHRIS MATTHEWS, MSNBC ANCHOR: The president said he didn`t know of anyone in his administration who leaked classified information in this CIA leak case. Today, prosecutors released testimony from Scooter **Libby** that it was Bush himself who authorized selective leaks of classified intelligence to undercut Joe Wilson and his fact-finding trip to Africa -- Bush himself. Let`s play HARDBALL.

Good evening, I`m Chris Matthews. Welcome to HARDBALL. A huge development in the CIA leak case today as President Bush is now reported to be a central figure in the investigation. In pretrial documents, filed last night by special prosecutor Patrick Fitzgerald, in the case against Vice President Cheney`s former chief-of-staff Scooter **Libby,** we now know that **Libby** testified he was authorized to leak information by Vice President Cheney and President Bush himself.

It`s not clear how the authorization to **Libby** would be helpful to him given that he is charged with lying to investigators about his conversations with reporters. More on this in a moment and later, we`ll talk to Senator John Kerry about the leak case and his exit strategy for Iraq, which could bring our troops home by May 15th. But first, the dark political clouds of the CIA leak case is a big P.R. problem now for the White House. And today`s news puts the president in the middle of a storm. HARDBALL`s David Shuster reports.

(BEGIN VIDEOTAPE)

DAVID SHUSTER, HARDBALL CORRESPONDENT (voice-over): It`s the first indication that President Bush himself authorized leaks of classified information, despite his own denials and complaints about leaks three years ago.

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: I don`t know of anybody in my administration who leaked classified information. If somebody did leak classified information, I`d like to know it and we`ll take the appropriate action.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

SHUSTER: According to the latest documents filed by CIA leak prosecutor Patrick Fitzgerald, Vice President Cheney`s chief-of-staff Scooter **Libby** testified he was authorized to leak classified information related to an administration critic because **Libby** had received, quote, "approval from the president through the vice president."

At the time Ambassador Joe Wilson had just written a column undercutting the president`s pre-war State of the Union claim that Iraq sought nuclear materials from Niger and Wilson`s column in July of 2003 put the administration in full damage control mode.

From the beginning of Patrick Fitzgerald`s leak investigation, the questions have revolved around disclosures about Wilson`s wife, CIA operative Valerie **Plame.** Her identity was first publicly disclosed by columnist Robert Novak and then "Time" magazine reporter Matt Cooper. Prosecutors developed evidence that both Scooter **Libby** and presidential adviser Karl Rove disclosed **Plame**`s identity to reporters. And last far, Scooter **Libby** was indicted not with leaking or mishandling classified information, but with lying to the grand jury.

PATRICK FITZGERALD, U.S. SPECIAL PROSECUTOR: We have when someone charges obstruction of justice, is the umpire gets sand thrown in his eyes. He`s trying to figure out what happened and somebody blocked their view.

SHUSTER: In their documents today, prosecutors said one key issue at **Libby**`s trial will relate to a meeting **Libby** had with "New York Times" reporter Judy Miller.

**Libby** testified that going into that July meeting in 2003, he had been, quote, "specifically authorized to disclose key judgments of the classified national intelligence estimate because it was thought that the NIE was `pretty definitive` against what Ambassador Wilson had said and that the vice president thought it was `very important` for the key judgments of the NIE to come out. Defendant **Libby** further testified that he had at first advised the vice president he could not have this conversation with reporter Miller because of the classified nature of the NIE. Defendant **Libby** testified that the vice president later advised him that the president had authorized **Libby** to disclose the relevant portions of the NIE."

**Libby** is charged, among other things, with lying about his conversation with Miller. But the references today to the classified materials could be explosive politically. In July of 2003, as part of their effort at damage control over the Iraq nuclear claims, the White House eventually declassified most of the national intelligence estimate.

But until recently, the administration kept a one-page summary secret. That summary referred to a dispute within the administration over Saddam Hussein`s efforts to procure aluminum tubes. The summary noted that some government agencies thought the tubes might be for nuclear weapons but that the State Department Bureau of Intelligence and Research and the Energy Department, quote, "believed that the tubes more likely are intended for conventional weapons."

Despite this dispute and just months after reading about it, the president made two now controversial claims in his State of the Union.

BUSH: The British government has learned that Saddam Hussein recently sought significant quantities of uranium from Africa. Our intelligence sources tell us that he has attempted to purchase high strength aluminum tubes suitable for nuclear weapons production.

SHUSTER: The White House retracted the first sentence, blaming the CIA for putting the uranium from Africa claim into the speech. But the second sentence about the tubes only got attention recently when it was disclosed the president himself had been told about the tubes dispute months before the speech. Leading up to the Iraq war, the administration made other controversial claims.

DICK CHENEY, VICE PRESIDENT OF THE UNITED STATES: He is in fact actively and aggressively seeking to acquire nuclear weapons.

BUSH: We cannot wait for the final proof, the smoking gun that could come in the form of a mushroom cloud.

SHUSTER: While the allegation that the administration cherry picked intelligence is not new, the documents today revealed the administration also cherry picked the classified information leaked to reporters.

On top of Scooter **Libby**`s authorization to disclose information that might undercut White House critics, **Libby** testified the president and vice president authorized him and other officials to speak to and give classified information to "Washington Post" reporter Bob Woodward.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

At the time, Woodward was collecting information for his book, "Plan of Attack," which detailed the run-up to the Iraq war.

(END VIDEOTAPE)

SHUSTER: Prosecutor Patrick Fitzgerald has not charged anybody with leaking classified information or improper disclosures. And there is no evidence the president or vice president face any legal jeopardy, but the P.R. ramifications are different.

The White House has repeatedly denounced leaks of classified information and now we know thanks to Scooter **Libby,** that leaks were authorized by both the vice president and president. I'm David Shuster for HARDBALL in Washington.

(END VIDEOTAPE)

MATTHEWS: Thank you, David Shuster. David Gregory is chief White House correspondent for NBC News. David, thank you for joining us.

First thing here, it has to do with the war in Iraq and the case made for the war in Iraq. We now learn according to these court documents that Scooter **Libby,** the vice president's chief of staff, said that the president authorized the vice president to authorize him to selectively leak, to cherry pick information from the national intelligence estimates that said there was a good case that Saddam was trying to develop a nuclear program and the evidence was the aluminum tubes.

That was countered in the overall report in the national intelligence estimates by the State Department and the Energy Department, the president never said to leak the whole story, just leak the argument from the pro-war side. Is the president now exposed to someone who didn't tell the whole truth to the American people in defending the war after the fact?

DAVID GREGORY, NBC NEWS CHIEF WHITE HOUSE CORRESPONDENT: Well, a couple of points here, Chris. The White House -- White House officials making the point today that nowhere in this filing does it indicate that the president or the vice president was in any way -- were in any way behind leaking Valerie **Plame's** name.

And it also makes the point, White House officials do, that when we talk about leaking classified information, it may sound like parsing information to a lot of people but the reality is once the president makes a decision to authorize the release of information, it's no longer classified, it's instantly declassified.

So in our description of that, it's important to make that distinction. The question that you're raising is still an important one, which is, why did the White House move forward in this way? White House officials say look, it was important to get information about the NIE, the national intelligence estimate, the basis of the claims against Iraq pursuing weapons of mass destruction, to counter Joe Wilson's claim.

Remember, Joe Wilson says essentially, the White House is lying about the case for war, the proof being the 16 words about uranium in Niger in the State of the Union, so the White House feels at the very top levels, at the presidential level, that his charges have to be rebutted.

The way they go about doing that, to try and discredit, to debunk his allegations is by leaking these portions that they want out there from the NIE. That raises questions, why they did it in this way. We know later, Chris, that ultimately they do release the entire NIE publicly.

They talk about it and then they face questions about what's in the entire document, which are also some questions raised about the -- you know, basically how good a case there was about Saddam pursuing weapons.

MATTHEWS: But David, I think objectively that argument the White House is putting out to you and others reporters doesn't hold up because it says that the president by the very fact of authorizing a leak is declassifying.

If he felt he was within his rights to do so, why would he tell the vice president to tell his chief of staff to go under cover, use a separating identity like former Hill staffer, to leak the information?

If he was within his rights to do what he claims -- what he now is exposed as having done, why didn't he do it openly? Why didn't he put out a White House press release and say here's some elements from the national intelligence estimates that shoot down the arguments of Joe Wilson? Why didn't he do it that way?

GREGORY: Well, I think it does raise the question about whether they were more concerned about the political ramifications of being tagged as releasing classified information, rather than what their stated purpose was, which was simply to clean up the record here and to try to convince the public, no, no, there was a basis for the president saying what he said in the State of the Union. So I can't answer that question, but I think it's one that certainly critics of the White House, including many Democrats, are asking today.

And just on its face, you do have to ask why didn't they do then what they do later? Was this rolling disclosure here, because later on, they do put out the NIE as there's more heat on the White House.

MATTHEWS: Check me on this. It seems like the evidence now says that in June of 2003, the vice-president told Scooter **Libby** about the identity of Valerie **Plame** as an undercover agent of the CIA. On June 6 to June 8 -- somewhere in there -- after the article appeared by Ambassador Joe Wilson in the "New York Times," the vice-president said the president authorized him to authorize Scooter **Libby** as chief of staff to put out the information that undercut the case of Joe Wilson by saying there was, in fact, evidence of aluminum tubes that were being used by Saddam Hussein to develop a nuclear weapons program.

Also we know from Scooter **Libby**'s testimony, his filing in court, something very important, that the vice-president was, quote, "concerned that the trip by Joe Wilson wasn't really legitimate, it was a junket put together by his wife.

GREGORY: Right.

MATTHEWS: So all that evidence does suggest that Scooter **Libby** was checking with the vice-president point by point, being informed by the vice-president, not only of the evidence but of the point of view of the vice-president throughout. And now are we to believe that the vice- president's chief of staff acted completely on his own when he outed the identity of Valerie Wilson to reporters, which is also on the record?

GREGORY: Right. Let's go back -- first of all, we're talking about July 2003. That's when Wilson writes the op-ed in the "New York Times" and then of course later, I believe July 14, is when Bob Novak's column comes out in the "Washington Post."

So the point here is that Wilson alleges that the trip was set up essentially by the vice-president, that Cheney knew that he was going and knew of his findings. So the vice-president did have a personal interest in saying, Whoa, that was not the case. And in fact, that was not the case, that the vice-president ordered him to go or arranged the trip. And there's a big controversy about whether he was ultimately briefed on the results.

But the bottom -- so that's an important fact. But the question you raise is another one that's going to remain unanswered, at least in our session here, which is, Can you really separate this desire to discredit Joe Wilson by raising the question about his wife sending him -- his wife works at the CIA -- from what the president and vice-president were involved in here, which is disclosing selected portions of intelligence data to support a claim made by the president about Saddam Hussein seeking uranium in Niger that he did in the State of the Union.

The White House certainly is making the argument that they are miles apart. And certainly there are other people with much different views.

MATTHEWS: What we're reporting tonight, and what we've been reporting for the last couple of years, is miles apart from the original story we got back in 2003.

Thank you very much, David Gregory.

When we return, Senator John Kerry responds to the news that Scooter **Libby** testified that President Bush authorized him to disclose classified information on Iraq to undercut Joe Wilson.

And on Monday, April 17, I'll co-moderate the mayoral debate in New Orleans down there. Hurricane Katrina nearly destroyed that city and the mayor's race is one of the biggest steps towards rebuilding New Orleans. It's exclusive live coverage you'll see right here on MSNBC and MSNBC.com.

You're watching HARDBALL.

MATTHEWS: Welcome back to HARDBALL.

Following today's CIA leak disclosure, I interviewed Senator John Kerry in his Capitol office about the big developments today in the CIA leak case.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

(BEGIN VIDEOTAPE)

MATTHEWS: Senator Kerry, thanks for having us here.

Let me ask you about this big development today. Scooter **Libby,** the former chief of staff to the vice-president, he testified to federal authorities that he was authorized by his boss, the vice-president, in July of 2003, and told by his boss, the vice-president, that the president authorized him specifically to leak national intelligence information that made the case for the war in Iraq. What do you make of that?

SEN. JOHN KERRY (D) MASSACHUSETTS: Well, if it's true, it proves that the buck doesn't stop anywhere in this administration. It also proves that the president has a funny sense of having an investigation, when he says we're going to get to the bottom of it and I'll fire the person who authorized it, if he indeed authorized it. Kind of tricky.

MATTHEWS: So the president, September 30 of that year, two months after this happened, according to Scooter **Libby,** the president said that no one has leaked any information about national security in this administration and if they did I'll catch him.

KERRY: That's correct. And he said if he'd catch him, evidently he's been looking for himself for the last two years. This is serious. If the president of the United States is authorizing the leaks of classified material in order to destroy people who oppose his point of view or go after them, then something is really unbelievably wrong with both their standards as well as the lack of accountability in this administration.

And their word is now even less meaningless than it was a few hours ago, if that's true.

MATTHEWS: What Scooter **Libby** said in the filing -- and NBC has it -- that he was told by the vice-president under the authority of the president to particularly leak materials within the National Intelligence Estimates of the fall of 2002, that said there had been aluminum tubes discovered, which argued that there was in fact a development going on of nuclear weapons in Iraq, and that he was told to release that information, without releasing the covering documents which included the information which had the intelligence community members questioning that case.

KERRY: That's correct.

MATTHEWS: Is the president -- was the president at that time, should I say, being straight with the American people about WMD in Iraq?

KERRY: No.

MATTHEWS: The American people have thought for a while now that the president was wrong, that there was no WMD there; it was a mistake he made. Does it now look like it wasn't a mistake he made, it was a failure to tell the whole truth as he got it?

KERRY: If the president indeed authorized the leak of information that was selective, that only made the case, and he specifically left out that information that was to the contrary, then the president engaged in the very activity that they have denied all along, which is misleading Americans about the case for the war.

MATTHEWS: How serious is that?

KERRY: It's about as serious as it gets.

MATTHEWS: Do you think if the American voter had this information at hand in 2004, they would have made a different decision?

KERRY: Look --

MATTHEWS: I'm dead serious here, Senator, because the issue of this campaign was whether the president was leading us in the right direction with regard to protecting our security. If it turns out that he wasn't -- in the words you used or others will use -- that he was selective in cherry-picking information which made his case, even though he had full access to all the information and selectively chose what to leak, was he talking straight to the American people about the cause for war?

KERRY: No, wasn't talking straight. As we know, he wasn't talking straight in the State of the Union message, in which he had some, I think, 14 or 16 words that talked about nuclear materials that they knew did not exist.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

So this is now another instance and it is compounded by the examples of the vice president and the president and others, linking Saddam Hussein to 9/11, when there was no evidence at all that he had anything to do with 9/11. We even had that discussion in the presidential debate.

The bottom line is, and, you know, I think that Americans now see that Iraq is broken, our policy is broken, that the president has not changed course. And I think on that and a host other issues, from immigration to health care to the -- I mean, to their loss of jobs overseas, I think Americans are deeply concerned about the direction of the country.

MATTHEWS: Scooter **Libby** says that he was operating under the authority of the president when he leaked information in July of 2003, which was incomplete information and he knew it was incomplete and the president knew it was incomplete. Does that constitute false testimony to the American people?

KERRY: It certainly constitutes misleading the American people. When you say testimony, you get into all kinds of legalities. The bottom line is, I`ve said it any number of times in the course of the presidential campaign and since, that they misled America about how we went to war and this is one more example, concrete example, very clear, of exactly how they misled America.

MATTHEWS: Let`s talk about the timing of this and we all remember this. It was in July 6th that Joseph Wilson, the former ambassador who had been sent down there by the CIA to the government of Niger to check out the story which appeared mysteriously in an Italian newspaper, that there had been a deal by Saddam Hussein to purchase nuclear materials, uranium yellow cake, from the government of Niger.

Within two days -- the vice president of the United States -- said the president of the United States wanted Scooter **Libby** to leak to Judy Miller, someone he had been working with on stories, had written stories that were supportive of the war, in effect, if not in intent, to tell her -- this is a specific determination by the president.

You tell Scooter to go tell Judy that there was a real case for these aluminum tubes being material for use in developing a nuclear weapon. You tell her this. This is the conversation we`re getting recounted under oath from Scooter **Libby.** Pretty high drama here, isn`t it?

KERRY: Well ...

MATTHEWS: I mean, it tells you that the president himself was in charge of this operation, he wasn`t some, you know, faded backroom guy getting orders from the vice president, but he was, in fact, calling the shots particularly and making the case for the war after the fact.

KERRY: It says all of that and more because it also says that when the president stood up in front of American people and said, this is against the law, and we`re going to investigate and find out who do it and when I find out who did it, I`ll fire them, he knew he was the one who did it. He was not telling the truth to the American people that day.

MATTHEWS: Let me ask you -- I want to go to break in a minute, and have to come back for a couple of minutes about your plan about how to get out of Iraq effectively and honorably.

Let me ask you about this new poll. We just saw a "Time" magazine poll this week that has been consistent, consistent since the election you lost to the president. Every time that "Time" magazine has polled since the 2004 election, the president`s disapproval number has, in every case, gone downward in the subsequent polling. What does that tell you reading the future, since trends tend to continue, about this fall and the results of these election this fall?

KERRY: Well, Chris, I`m very wary of polls, I always have been. And I`m going to be consistent. You know, if I was up, I`ll tell you I`m wary. If I was down, I`ll tell you I`m wary. Because they`re snapshots and they capture certain things.

It indicates that today there is a great deal of dissatisfaction, but we have a lot of time to go between now and November. I think the important thing is that we tell the truth to the American people. That`s what I`m trying to do on Iraq.

I think the policy in Iraq is broken, I think the president is stubbornly proceeding down a course where our soldiers are continuing to be maimed and killed, and it`s wrong, and I think there is a better course.

And I think Americans understand, that whether it`s their health care, their jobs, their schools, their communities, their commute, the traffic, the cost of energy, energy independence -- you name the issue, I believe Americans understand we can be doing better than we`re doing today, period.

MATTHEWS: All right. We`ll be right back with Senator John Kerry of Massachusetts.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

MATTHEWS: We`re back with Senator John Kerry of Massachusetts. Senator, you have a plan now, pretty hard, about how we can deal with getting out of Iraq.

KERRY: Right. Well, it`s time to get tough, Chris. The policy is broken and, you know, when you go down to the Vietnam War memorial, and you take a look at it, you see that almost half the names that are on that wall were added after our leaders knew that the policy wasn`t working.

That`s immoral, and I believe it`s immoral today for us to pursue a policy where our kids are dying, losing their limbs, going to Bethesda, Walter Reed, a lifetime of being impaired, because Iraqi politicians won`t compromise, and haven`t since the election was held.

And our administration, in my judgment, is just diddling and fiddling around. You know, a quick visit by the secretary of state is not sustained and deep diplomacy. You need to have a conference, bringing together all of the parties in the region, and we must leverage a change here, and we`ve got to put it to them hard.

Either you get a government by May 15th or we`re withdrawing our troops, and when you get a government, we`re withdrawing our troops at the end of the year, because that`s the only way for Iraq to stand up for it`s self. Our soldiers have done their job.

MATTHEWS: Do you believe that the Iraqis will respond to that kind of ultimatum?

KERRY: They have to, I think, if the president of the United States gives it to them. They`re not going to respond to me giving it to them. But if the president said to them, look, we`re fed up with this, we gave you an election, you`ve had your referendums, we`ve spent our treasure, we put our lives on the line and you`re not even deciding.

Well, your future, your livelihood, your safety, your security is on the line and we`re serious. You put a government together or we`re not going to stay here and protect -- we`ll protect our interests, we`ll put our troops over the horizon, we will fight al Qaeda, we will protect our interests in the region, but we`re not going to sit here in the middle of a civil war.

This has changed from what it was a year ago, Chris. A year ago, they said for us, we`re fighting foreign jihadists. This is now the third war: first against Saddam Hussein and weapons of mass destruction, second against foreign jihadists, now we`re in a civil war.

Our troops can`t resolve this civil war and if they`re not going to have a government that comes together to try to do it, we have to get our troops out of the way. It`s that simple.

MATTHEWS: If they heal, and if they put together a unity government, what then?

KERRY: Then you agree with them as to the rate of transition by which our troops will still withdraw, but at a rate where we`re training them to stand up on their own, but they understand there`s a date. They only understand deadlines. They have to have a deadline for the transfer for the provisional government, they have to have a deadline for the election and the referendum. I say it is time for a deadline because the entire nature of this war has changed and our policy has been so ineffective, it demands it.

MATTHEWS: The president`s policy has been in another direction. The president has said other presidents beyond me, my successors will have to deal with the number of troops we still have in that country. Is he sending them the opposite signal, we`re going to be here, we`re going to have permanent bases here, you don`t have to worry?

KERRY: I believe that`s the wrong signal and yes they have never been willing to say we will not have permanent bases. I think it is critical for the United States to announce that. We can protect our interests in the region. We will be stronger against Iran if we`re out of Iraq. We will be stronger with respect to what Putin is doing in Russia today if we regain our moral authority in the region.

We must change this policy and the time is now and it`s immoral to allow our kids to be killed while these guys are frittering around, playing their political games. We wouldn`t tolerate it here, we wouldn`t tolerate it anywhere else. It shouldn`t be done.

MATTHEWS: Does Hillary Clinton have the prohibitive lock on the Democratic nomination for 2008?

KERRY: That`s all for the future. When that starts, the people in the party will make that decision. You know, I`m an expert about front runners and I never accept whatever conventional wisdom is and I don`t accept it today.

She's very strong, she's certainly the front runner, I like her, she's a great person. But I'm not even sure she's running and I'm not sure she's sure she's running. Let's wait and see where we all wind up after 2006, which is really what we ought to be focused on now. We need to win some seats in the House and Senate, I think that's everybody's primary focus and I intend to keep mine there.

MATTHEWS: Thank you. Senator John Kerry of Massachusetts.

(END VIDEOTAPE)

MATTHEWS: When we return, the role of religion in American public life and politics. What did the founding fathers want us to be doing and is there too much or too little religion in government today? Some surprising news on that front. Plus, more on Scooter **Libby**'s testimony that President Bush authorized him to leak classified information. You're watching HARDBALL on MSNBC.

(STOCK MARKET REPORT)

MATTHEWS: Welcome back to HARDBALL. Religion promises to play a big role in the upcoming elections. Jon Meacham, managing editor of "Newsweek" magazine writes about it in his new book "American Gospel: God, the Founding Fathers and the Making of a Nation."

First, Jon, I want to ask you about this leak development today. What do you make of the fact that the president of the United States has been fingered by Scooter **Libby** himself as the one who authorized the leaking of information that would undercut Joe Wilson by showing stuff from the national intelligence estimates that would make the president's case and knock down Joe Wilson's argument?

JON MEACHAM, MANAGING EDITOR, NEWSWEEK: Well I think it's one of the most significant stories of the Bush administration. This goes straight to the heart of how the president thinks, how he makes decisions and how he fights a partisan game. He likes to appear as though he's sort of above the press and doesn't pay much attention to those of us who toil away both on television and in print. But obviously, he does pay attention. And I think this is as serious a story about how he operates that I can remember. And I'll be very, very interested to hear what he himself has to say about it.

MATTHEWS: Does this undermine his argument, although he made a mistake about WMD, there were none in Iraq, that he wasn't dishonest, he told the whole truth all along or does it say he gave us the truth he wanted us to hear from the national intelligence estimates, but held back the information that there was a dispute, especially from state and energy, that these aluminum tubes were in fact going to be used for a nuclear development program?

MEACHAM: Right. I think we'll have to -- I think that's the question that has to be put to him. What I do think is that the president has failed in many ways to acknowledge that there was anything wrong in the march to war, in making the case for the invasion of Iraq.

And this clearly shows the example you just mentioned and the fact that the president was willing to use classified information apparently to take on a partisan point and a partisan battle in Washington in those very difficult months in the summer of 2003 when things seemed to be falling apart about the rationale for war, I think is quite serious.

I go back again and again to the question I think it was John Dickerson of "Time" magazine at a time, asked when he said, "Mr. President, is there anything you'd do differently, is there any mistake you made?" And the president said no.

And that's always struck me. I'm a parent, but not a parent of a child who is old enough to be serving. If I were a parent of a child serving and I knew all this now, I would put that question to the president again. Is there anything you would do differently, sir?

MATTHEWS: Let me ask you about your book. You're a hell of a writer and you have this new book out, "American Gospel," rMD+IN_rMDNM_that's just out now. What does it tell you? Can it look into the future? I know it's about the past and our legacy, about the religion and politics, does it tell you where we're headed?

MEACHAM: Absolutely. As Shakespeare said, the past is prologue. Remember the days of old, remember the years of many generations. Absolutely. Everything in history is of interest, I think, because of what it tells us about how we live now and what might happen next. I think what I was struck by when I went back and read a lot of 18th century documents and some the 17th century documents, about how the founders struggled with religion and public life, how relevant those documents seemed, the language itself.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

George Washington, who believed that he couldn't ascribe the victory of the American forces to anything but the hand of providence, yet he wouldn't kneel the prey, he didn't take communion, he worried about the separation of church and state. He wrote a famous letter to the Hebrew congregation at Newport, Rhode Island, saying that the American government will give to bigotry no sanctions, to persecution no assistance.

And on the other end, you had some very, very devout founders, John Jay, the first chief justice, who was a warden of Trinity Church Wall Street. We had another statesman who wrote a retort to Thomas Paine's tract, "The Age of Reason," called "The Age of Revelation."

So you had devout Christians fighting devout secularists, and then you had what I think most of us are, which is somewhere in between, a big broad sensible center, James Madison, Thomas Jefferson, I think, who really were frying to figure out how do you let religion shape the country without strangling it.

MATTHEWS: Do presidents have to attest to a belief in God to be elected?

MEACHAM: I think so. I think -- I don't necessarily think it's right, but I think it would be very hard for an avowed, vocal atheist, even an avowed agnostic, to be elected president for this reason. I think voters would look at that and say, if he -- and 80 percent of the country believes it's -- says it's partly Christian, believes some part of Christianity, 90 percent believe in God.

We are a largely religious country, let's be clear. We're not a Christian nation, but we are a largely religious country, a country full of religious people. I think voters would look at someone who said, look, I just can't buy that, but evenly I'll fight for your right to believe in it, I think people would look at that and say if he doesn't share my values -- if he or she doesn't share my values on that, I don't think he or she shares my values on other things as well.

MATTHEWS: But we have had presidents who don't believe in God but won't say so.

MEACHAM: I think that's certainly true. I think that's certainly true. We've also ...

MATTHEWS: Thank you. We've got to cut it off, but the name of the book is "American Gospel." What a book. I'm sure this is going to be another success for Jon Meacham, another important book on politics, public life and values.

Up next, much more on Scooter **Libby**'s sworn testimony that President Bush authorized him to leak classified information with the attorney for one of the reporters at the center of the CIA leak case.

This is HARDBALL only on MSNBC.

MATTHEWS: Welcome back to HARDBALL.

Court papers released today show that Scooter **Libby** told a grand jury that President Bush authorized him to leak classified intelligence related to the Iraq war. For more on what that means for **Libby**'s defense and the ongoing investigation of the CIA leak matter, we turn to Dick Sauber, who represents "Time" reporter Matt Cooper in the CIA probe.

First question, as a legal question, why would Scooter **Libby,** loyal in so many other regards it seems to me, finger the president as the one who authorized some of these leaks?

DICK SAUBER, ATTORNEY FOR MATT COOPER: That's a good question. I don't know the answer. The only thing that occurs to me is that when he got into the grand jury and started to talk about the information that he probably handed to Judy Miller, he realized that some of it was highly classified and he needed to come up with an explanation.

MATTHEWS: You mean it was paper?

SAUBER: It wasn't paper. It was he had -- he took the classified document with him to the meeting apparently, read from it or quoted from it, and at some point, he realized that may be a criminal violation, and he needed to come up with an explanation as he sat there in the middle of the criminal investigation as to why he had been authorized to leak it and it wasn't a crime.

MATTHEWS: Let if he ask you, if you put it all together -- and I'm trying to sort it all through its proper weighting here. First of all, we know from previous disclosures that the vice president himself, June 12th, 2003, told his chief of staff who Valerie **Plame** was. She was a CIA operative, she played a role in his going on that trip.

We know that sometime between July 6th and 8th -- that was the difference between the time that Ambassador Wilson wrote his column for the "New York Times" and the vice president's chief of staff was sent on a mission to talk to Judy Miller of the "New York Times."

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

The purpose of that meeting was to undercut Joe Wilson`s argument that there was, in fact, no nuclear deal. He was -- in fact, to argue there weren`t aluminum tubes discovered that were evidence of a deal.

Are we to believe with all this back and forth between the president and the vice president and Scooter **Libby** that they weren`t engaged in this issue? That Scooter **Libby**`s defense, which is I was too busy with bigger things, would hold up?

SAUBER: I don`t want to sound too self-serving, but it validates what my client wrote -- validates what my client wrote at the time, that there was a war on Wilson that included the highest members of the administration, it was orchestrated, it was organized and these people apparently were talking about it, and going about it in a fairly direct and focused way.

It does, I think, undermine Mr. **Libby**`s claim that he was too busy with other things to remember what he had said to whom and under what circumstance, because it appears now that he was busy on this very subject, so I`m not really sure ...

MATTHEWS: Seven conversations in evidence right now that showed his knowledge of Valerie **Plame**`s CIA identity, and he claims he heard about it from Tim Russert after all of those conversations.

SAUBER: I don`t think that`s going to be a particularly fruitful line of defense, but I do think this introduction of the president into the equation ...

MATTHEWS: Yes, is he serving up a big one for the prosecutors?

SAUBER: I think it`s going to make the trial extremely interesting.

MATTHEWS: I think so too. It`s already getting that way. Anyway, thank you, Dick Sauber.

Up next, Rosie O`Donnell on gay marriage, President Bush and Karl Rove. This is HARDBALL only on MSNBC.

MATTHEWS: Welcome back to HARDBALL.

She`s been an actress and a daytime talk show host. Now Rosie O`Donnell has a new cause. In -- actually, I always keep saying that. In 2004, she started Rosie`s Family Cruises, a place for gay families to find support, friendship and advice. Now, a documentary airing tonight on HBO chronicles this first-ever gay family cruise. It`s called "All Aboard! Rosie`s Family Cruise." Let`s take a look.

(BEGIN VIDEO CLIP)

ROSIE O`DONNELL, "ALL ABOARD! ROSIE`S FAMILY CRUISE": When you go off in the Bahamas, did you hear that there were protesters?

UNIDENTIFIED MALE: Yes.

O`DONNELL: What did you think about that?

UNIDENTIFIED MALE: Well, what the heck were they protesting against?

O`DONNELL: Against gay people in families.

UNIDENTIFIED MALE: Sucks.

O`DONNELL: Well, that`s not exactly the right kind of language, but if you were to say what defines your family, what makes up your family? What makes your family good?

UNIDENTIFIED MALE: I guess it`s the love.

O`DONNELL: You guess it`s the love?

(END VIDEO CLIP)

MATTHEWS: I asked Rosie O`Donnell about this documentary.

(BEGIN VIDEOTAPE)

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

O`DONNELL: It`s a documentary done by the people at HBO and they came on board the virgin voyage of the our family vacations cruise which we set out to have a place where gay parents and children could come together and have a kind of wonderful vacation where their lives would be mirrored back to them in other people`s families.

MATTHEWS: Well, how do you -- why do you have to have your own cruise? I remember being on a safari once in Africa and there was a gay crowd there with us. They were joining in the merriment in this large group of people. Why do gay couples have to have a separate cruise?

O`DONNELL: Well, it`s hard for kids, it`s like, especially. We did it mostly for the children, you know, to have to constantly explain to other kids they have two mommies or two daddies and then to have the judgment of that. That`s a tough thing when you are six or seven years old.

And, you know, sadly, not a lot of people who don`t have gay members in their family educate their kids about what that is, or that it`s a possibility that two mommies and children can make up a family or two daddies. And we wanted a place where people could feel free to be who they are without any constraints.

You know, a lot of the people that came from the Midwest had never met another gay family ever, in their life. So, you know, if you watch the movie, I think you will see there is a definite need in terms of what it freed inside of the passengers.

MATTHEWS: You know, in terms of ethnic prejudice, I always think the best thing you can do in a restaurant if there`s a black couple and most people are white is don`t stare, don`t leer. Make people feel at home simply by not doing anything weird. With gay couples, when you go out to dinner, do people still stare in a menacing way or even a curious way?

O`DONNELL: Well, you know, they stare at us, because I`m famous and I think that for our family it is much more difficult to be the child of a celebrity than the child of a gay person. You know, we live in New York, and on our street where we live, there are other gay families.

But for some of these people, it`s harrowing. You know, they have been threatened with violence and they talk about this in the documentary. You know, they have had -- been pulled over by police officers, two dads in the car with a baby, and asked why are you kidnapping this kid? What are you -- you know, there is a lot of stuff that people have to deal with being in a gay family that, sadly, or happily, we are protected from because of my fame.

MATTHEWS: You know, I was up at the Human Rights Campaign in Philadelphia. They had a big regional meeting up there and I spoke. And then Barney Frank spoke, and he was, of course, a towering figure in that community, your community, the gay and lesbian community.

And he said to people in the room -- it was rather inspiring. He said, be patient, times are changing, acceptance is coming. Don`t get frustrated. Do you believe that?

O`DONNELL: Yes, I have to believe that, because, you know, this country is founded on the principle that every man is created equal, right? Every person`s life is just as valuable as the next. It`s the tenet of democracy. And, you know, Rosa Parks refused to go to the back of the bus and it wasn`t the next day that all the laws were changed for blacks in America. So, you know, it`s going to be slow progress, but it is progress.

What is upsetting to me is that now Florida used to be the only state with legislation that actually prohibited gay people from adopting, even the foster children they raised, and now it is on the ballot initiative in Ohio as well, to prevent gay people from adopting. And I think that is sad, especially noting that there are 117,000 kids available for adoption today in the nation`s foster care system.

MATTHEWS: Well, let`s talk about the electoral situation. In terms of popular belief and prejudice if you will, or openness, the numbers are definitely shifting. On gay marriage in February, 2004 -- and I`m sure you know these numbers -- 63 percent of Americans told the Pew Foundation, the pollsters, they oppose gay marriage.

That number is down to 51 percent. It`s getting close. And even on adoption, it is almost even Steven on that question now. Do you believe that those numbers are accurate?

O`DONNELL: It`s hard to know, it`s hard to say. But, you know, I think when you ask people one on one, you know, everyone has a gay person in their family. It takes two straight people to make a gay person. So, you know, everyone knows a gay person. I mean, there isn`t one family in America that doesn`t have a gay relative somewhere.

HARDBALL for April 6, 2006 MSNBC April 6, 2006 Thursday

So, although I believe progress is being made, I do believe that Karl Rove and the current administration used the marriage issue as a political wedge. And they knew it would be divisive, and Karl Rove actually has been quoted as saying that it`s the gift that keeps on giving, gay marriage. So, you know, I think that they used it in order to provoke people and to be divisive, which is, you know, a sad state of where the administration is.

MATTHEWS: Well, I`m looking at a group of states that have voted against marriage here -- gay marriage: Arkansas, Georgia, Kentucky, Michigan, Mississippi, Montana, North Dakota, Oklahoma, Ohio, Utah and Oregon.

And among those states are red states, but also three blue states -- Michigan, Ohio and Oregon. Do you worry at all? I know -- I`m sure you worry about politics generally, but do you worry that this issue will be used again in 2008 against whoever the Democrats nominate?

O`DONNELL: Yes, I think it`s going to be used, you know, forever until we actually get the equality, you know, that is promised in the Constitution. I mean, I really do. And there are 1,400 laws, as you know, that you are not federally protected by if you`re a gay couple, and that you don`t -- are not entitled to.

And, you know, frankly, we are tax paying citizens and we`re just as equal under the laws of this country to everything that the other person is. So, you know, to me, I don`t know if I believe the stats, but I do believe that it will be used forever. And this movie, I hope people will tune in to see that we are not so different than you, you know.

(END VIDEOTAPE)

MATTHEWS: Thank you, Rosie O`Donnell.

Tomorrow night, we`ll have much more on the CIA leak case, and don`t forget, the HARDBALL "Hotshots" will be here tomorrow. Right no, it`s time for the "ABRAMS REPORT."

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

**LOAD-DATE:** April 6, 2006

# EXHIBIT H

1 of 1 DOCUMENT

Copyright 2006 The Washington Post
The Washington Post

April 8, 2006 Saturday
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 1187 words

**HEADLINE:** Disclosures Are Called Unrelated To Plame Case;
Libby's Lawyer Rebuts Special Prosecutor's Filing

**BYLINE:** R. Jeffrey Smith and Jim VandeHei, Washington Post Staff Writers

**BODY:**

The revelation of former White House official I. Lewis "Scooter" Libby's involvement in authorized disclosures of sensitive intelligence information does not undermine Libby's contention that he innocently forgot about conversations he may have had with reporters regarding covert CIA operative Valerie Plame, Libby's attorney said yesterday.

The lawyer, William Jeffress, was responding to allegations by Special Counsel Patrick J. Fitzgerald in a court filing Wednesday that President Bush authorized Libby to disclose classified intelligence information on Iraq to a reporter. That was done, Fitzgerald alleged, because an angry White House was seeking to discredit Plame's husband, former ambassador Joseph C. Wilson IV, who claimed in a July 2003 newspaper article that the administration had deliberately distorted intelligence about Iraq.

Libby, Vice President Cheney's former chief of staff, was indicted last October on charges of perjury and obstruction of justice for allegedly lying to a grand jury and investigators about his conversations with reporters that mentioned Plame's name. Jeffress argued that the information in Fitzgerald's filing is irrelevant to Libby's defense: that he forgot about those conversations as he dealt with crucial national security issues.

Jeffress said Fitzgerald's revelation about Libby's disclosure of information from a CIA National Intelligence Estimate "is a complete sidelight" to his accusation that Libby deliberately lied. "It's got nothing to do with Wilson's wife," Jeffress said in a brief interview, adding that Libby continues to expect to be exonerated at trial.

Fitzgerald said in Wednesday's court papers that Libby secretly divulged sensitive information to reporters drawn from the previously classified NIE about Iraq -- and that Cheney told him Bush had declassified the information and authorized the effort.

Fitzgerald's filing was meant specifically to undermine Libby's claim that the issue of the CIAp's employment of Plame was of "peripheral" interest to Libby at the time. He said in the filing that leaks regarding Plame were meant to embarrass Wilson by suggesting his wife had organized a CIA-sponsored trip by Wilson to probe Iraq's alleged purchase of nuclear material -- in short, to suggest his trip resulted from nepotism.

Fitzgerald argued, in essence, that the White House effort to rebut Wilson's criticism was so intense, and so preoccupying, that Libby could not have forgotten what he said about Plame. Fitzgerald also noted that Plame's employment was specifically raised as a relevant matter by Cheney, who had directed Libby to disclose information from the NIE.

Lawyers who have been closely following the case offered contrasting views of the impact Fitzgerald's allegations would have on Libby's defense.

Republican lawyer and former federal prosecutor Joseph E. diGenova said "it is not material in any way to what he charged, which is perjury." But Richard A. Sauber, a lawyer who represents Time magazine's Matthew Cooper, one of

Disclosures Are Called Unrelated To Plame Case; Libby's Lawyer Rebu

the reporters who wrote about Plame after talking to Libby, said "the whole thing undercuts Libby's defense that he was too busy on other things" to recall the Plame matter.

"You cannot say that it is unimportant and something you forgot" when the president and vice president were directly involved in a related issue, Sauber said.

The filing also posed challenges yesterday for White House spokesman Scott McClellan, who struggled to reconcile conflicting statements he made about whether and when the government had declassified the sensitive intelligence information at issue.

According to Fitzgerald, Libby testified before a grand jury that President Bush and Cheney authorized the release of that information shortly before Libby's meeting with New York Times reporter Judith Miller on July 8, 2003. The information was drawn from the October 2002 National Intelligence Estimate prepared by the CIA about Iraq's interest in weapons of mass destruction.

But 10 days later, McClellan told reporters at the White House that the estimate had been "officially declassified today" -- July 18, 2003 -- making no mention of the earlier declassification that Libby described in his sworn testimony. If that statement was correct, reporters pointed out, then the material was still classified at the time Libby disclosed it.

McClellan yesterday declined to give a detailed explanation for the contradiction, explaining that the White House never comments on pending investigations. But he also tried to clarify his 2003 remarks to reporters, stating that what he meant on July 18 of that year when he said the material had been declassified that day was that it was "officially released" that day.

"I think that's what I was referring to at the time," he said.

McClellan said he would not comment directly on the report that Bush declassified intelligence data to rebut a war critic, but he insisted the president has the constitutional right to do so. He also said the White House draws a distinction between leaking classified information that jeopardizes U.S. sources, methods and lives and disclosing sensitive information "when it is in the public interest."

One former administration official, who spoke on the condition of anonymity because he was discussing political strategy, said rebutting Wilson and other critics was an obsession of Cheney, Libby and many others then inside the Bush White House. Other officials said there were frequent discussions about declassifying information to buttress the Bush argument for war. In several cases, this resulted in release of such information, but only after it went through the usual declassification process.

The declassification divulged by Fitzgerald was unusual, the prosecutor said. Libby testified that he understood that only three officials -- Bush, Cheney and Libby -- knew about it. No one outside the White House was consulted.

Libby also leaked information from the National Intelligence Estimate to Bob Woodward of The Washington Post prior to the date that the White House said it was officially declassified. In sworn testimony, Woodward told Fitzgerald that on June 27, 2003 -- 11 days before the Libby-Miller conversation -- Libby told him about the CIA estimate and an Iraqi effort to obtain "yellowcake" uranium in Africa, according to a statement Woodward released on Nov. 14, 2005.

In an interview, Woodward said his notes, which were not released publicly but were shown to Fitzgerald, included Libby using the word "vigorous" to describe the Iraqi effort. Libby used similar language when he provided the NIE information Bush declassified to Miller at their July 8, 2003, meeting, according to Fitzgerald's filing.

The precise status of the information at the time Libby provided it to Woodward is unclear because of conflicting accounts of the declassification process provided by Libby and McClellan. Fitzgerald's court filing does not provide the date when Bush and Cheney -- who have both been interviewed by the special prosecutor -- said they authorized Libby's disclosures.

**LOAD-DATE:** April 8, 2006

# EXHIBIT I

2 of 2 DOCUMENTS

Copyright 2006 Cable News Network
All Rights Reserved.

CNN

**SHOW:** YOUR WORLD TODAY 12:00 PM EST

**April 6, 2006 Thursday**

**TRANSCRIPT:** 040601CN.V10

**SECTION:** NEWS; International

**LENGTH:** 7263  words

**HEADLINE:** Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologizes Before House of Representatives; Pakistan and U.S. in Nuclear Talks

**BYLINE:** Hala Gorani, Jim Clancy, Aneesh Raman, Daryn Kagan, Jim Boulden, Jim Bittermann, David Ensor, Gary Tuchman, Kelli Arena

**GUESTS:** Jeffrey Toobin, Shaukat Aziz, Neil Shubin

**HIGHLIGHT:**

The city of Najaf in Iraq is under curfew after the bombing of a shrine. Scooter Libby has alleged that President Bush was the man who authorized the leaking of the name of a CIA operative and the wife of a former ambassador. A look at the impact of the jobs law controversy in France on Prime Minister Dominique de Villepin.

**BODY:**

JIM CLANCY, CNN INTERNATIONAL ANCHOR: A car bomb rocks the city of Najaf in southern Iraq. Now the wait to see if the Shia Muslims respond.

HALA GORANI, CNN INTERNATIONAL CORRESPONDENT: The leaders of Ireland and the U.K. try to re-energize a northern Ireland peace process once again disrupted by violence.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: It is swifter, higher, stronger.

(END VIDEO CLIP)

CLANCY: As China prepares for the Olympics, many of its people are speaking in tongues.

GORANI: It is 7:00 p.m. in Najaf, Iraq, 5:00 p.m. in Dublin.

I'm Hala Gorani.

CLANCY: I'm Jim Clancy. And this is YOUR WORLD TODAY.

GORANI: And we begin in Iraq, where the city of Najaf is under curfew after a bombing near the holiest Shiite shrine in Islam, as police try to keep anger there from spilling on to the streets.

There is good news on another front in the war against the insurgency.

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

Aneesh Raman joins us now from Baghdad with details.

Fears, presumably, Aneesh, that this will ignite sectarian tensions further.

ANEESH RAMAN, CNN CORRESPONDENT: Ignite sectarian tensions, Hala, and in doing so ignite fury among Iraq's Shia militias. But this, as you say, a day that saw both a push back against the insurgency as well as that insurgent attack that continues to try to bring Iraq into a civil war.

(BEGIN VIDEOTAPE)

RAMAN (voice over): A major catch. That's how the U.S. military is describing the capture last month of Abu Ayman, the head of an insurgent group with close ties to Abu Musab al-Zarqawi. Abu Ayman is also the principal suspect in the kidnapping of Italian journalist Giuliana Sgrena last year and is thought to be behind some of the deadliest attacks against coalition and Iraqi forces.

With Abu Ayman in custody, the military is now pushing him for new intelligence, hoping, even expecting he'll cooperate

UNIDENTIFIED MALE: There's a lack of specific quality inside the Zarqawi network. And that quality is loyalty. They tend to provide actual intelligence against their network and their leadership.

RAMAN: Intelligence that is desperately needed as the insurgency continues to try and force a civil war.

On Thursday, a car bomb detonated just outside Iraq's holiest Shia shrine in Iraq's holiest Shia city of Najaf. Nearly a dozen people killed, most worshipping at the Imam Ali Shrine. The anger here will undoubtedly spread further to the country's Shia militias, who are, by many accounts, the biggest threat to a stable Iraq.

UNIDENTIFIED MALE: The people of Iraq and the government of Iraq have to get to the point where the only people carrying weapons are the people supposed to be carrying weapons as part of the Iraqi security force.

RAMAN: But with allegiance mixed and Iraqi security forces still not at full strength, Shia militia leaders say scenes like this are why they must protect themselves.

(END VIDEOTAPE)

RAMAN: But Hala, to disband the militias, you need a government. Now, nearly four months after election day, there is no Iraqi government formed, and many are saying that that power vacuum is helping to destabilize this country -- Hala.

GORANI: All right. Aneesh Raman, live in Baghdad -- Jim.

CLANCY: A major story breaking now out of Washington right now. According to court papers that were filed by prosecutors, I. Lewis Libby, Scooter Libby, who was a key man in the office of Vice President Dick Cheney, has alleged that U.S. President George W. Bush was the man who authorized the leaking of the name of a CIA operative and the wife of a former ambassador.

Now, that former CIA operator, Valerie Plame, was unmasked to journalists. There were accusations that this was done deliberately as payback because her husband had leaked -- had not leaked, but had challenged assertions by the Bush administration in the lead-up to the war in Iraq. Those related to efforts by Iraq, allegations that Iraq was trying to obtain nuclear material from Niger, and trying to buy yellow cake uranium from that source.

That was discounted by Valerie Plame's husband, and as a result of that challenge to the Bush administration at that period in time, it was said that her name was leaked out. This has caused a furor on Capitol Hill and among some people in the intelligence community. But at one period in time, President Bush addressed his cabinet and said that they were going to make an effort to find out who might have authorized that or who might have leaked out that information. But he said, you know how these things go on Capitol Hill, I don't know whether we'll ever find who is responsible.

What a turnaround, a stunning turnaround now as we are learning that one of the prosecutors has filed papers in that case saying that I. Lewis Libby, Scooter Libby, of Dick Cheney's office, saying there, alleging that it was the president himself that authorized the leaking of the fact that Valerie Plame was an operative with the CIA.

There are going to be major repercussions from this case. Once again, this is according to The Associated Press, saying that before his indictment, Libby was testifying to the grand jury, and saying that Cheney told him to pass on the information, and that it was Bush who authorized the leak.

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

Now, that is according to the court papers. There was a conversation between Libby and "The New York Times" reporter Judith Miller in that case, but Miller never reported on it.

It is not clear, then, what the line or trail was of that leak coming out. But, of course, it is against the law to leak out a CIA operative -- is, in fact, that, working for the CIA. That is what has made this case so serious.

But while many people were pointing a finger at senior aides to President Bush, no one had ever asserted that it might have been the president himself that authorized the leak. That is exactly what these papers are saying today.

We are going to be getting you some reaction, of course, from Capitol Hill as this bombshell drops and we assess just what the damage and the reaction is -- Hala.

GORANI: Absolutely following this story.

Now, moving to international news and a deadline in northern Ireland to close the chapter or close the book, the prime ministers of Britain and Ireland have announced a plan to recall northern Ireland's assembly in Belfast on May 15th. British Prime Minister Tony Blair and his Irish counterpart, Bertie Ahern, brokered the 1998 peace accord that called for a power-sharing agreement. Now, the body would have until late November to choose an actual administration led by democratic unionists and Sinn Fein or be dissolved.

(BEGIN VIDEO CLIP)

TONY BLAIR, BRITISH PRIME MINISTER: There can be no room for compromise or ambiguity on the commitment only to exclusively peaceful and democratic means. Political arguments are the only means of persuasion. That was set out clearly in the Belfast speech and remains. On the other hand, there can be no way forward that does not recognize the legitimate aspiration... (END VIDEO CLIP)

DARYN KAGAN, CNN ANCHOR: We're going to the House floor. This is Representative Cynthia McKinney, Democrat of Georgia, on the floor of the House. She's accused of striking an officer after he tried to stop her from entering a House office building back on March 29.

A grand jury is looking into possible criminal charges. McKinney claims this is a racial issue.

Let's listen in.

UNIDENTIFIED MALE: The gentlemen from Iowa is recognized.

UNIDENTIFIED MALE: Mr. Speaker, I ask unanimously consent that all members may have five legislative days in which to revise and extend the remarks on House Resolution 376, which the House is about to consider.

UNIDENTIFIED MALE: Without objection...

KAGAN: Those comments were short. We missed a bit of them. So we're going to re-rack the tape and listen back.

Once again, Representative Cynthia McKinney on the House floor just moments ago.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Without objection, she is recognized for one minute.

REP. CYNTHIA MCKINNEY (D), GEORGIA: Thank you, Mr. Speaker.

I come before this body to personally express again my sincere regret about the encounter with the Capitol Hill Police. I appreciate my colleagues who are standing with me who love this institution and who love this country.

There should not have been any physical contact in this incident. I have always supported law enforcement and will be voting for HR756, expressing my gratitude and appreciate to the professionalism and dedication of the men and women of the U.S. Capitol Police.

I am sorry that this misunderstanding happened at all, and I regret its escalation. And I apologize.

Thank you, Mr. Speaker.

UNIDENTIFIED MALE: The gentleman from Iowa is recognized.

(END VIDEO CLIP)

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

KAGAN: Well, another apology from Cynthia McKinney. Those words sounding closer to the statement that she made right after the incident took place on March 29th, when she said she was sorry for any misunderstanding or confrontation that happened there.

Once again, as we understand it, Cynthia McKinney was trying to go inside of this House office building. She has a different hairstyle, she wasn't wearing her pin. The Capitol Hill Police officer did not recognize her, and what has gone from there has, as she said, escalated.

Let's bring in Jeffrey Toobin here.

Jeffrey, this seems like it's kind of going full circle, because first we heard an apology, then we heard allegations from Cynthia McKinney that this was a racial incident. Now it seems as a grand jury is actually investigating the incident, she's back to apology.

JEFFREY TOOBIN, CNN SR. LEGAL ANALYST: Well, you've got to know when to hold and know when to fold, Daryn. You know, her position has been weak from the beginning, because she's never really said what happened.

In her now famous interview with Soledad O'Brien yesterday, she simply would not say what happened. And the only version of the facts that are out there is that she really behaved inappropriately and perhaps criminally with this police officer.

So, I think she's recognizing the writing on the wall, that contrition, rather than defiance, is the way to try to get out of this trouble. And it's no guarantee that will be good enough.

KAGAN: So there is a grand jury that has subpoenaed two Capitol Hill aides that witnessed the confrontation. How serious possibly in terms of crime, Jeff, are we talking about?

TOOBIN: Oh, it's definitely serious. I mean, this is potentially a felony. It's not a jail felony, but it's certainly potentially a felony.

Hitting a police officer is a serious crime, even if the officer is not injured. So, you know, she's looking at potential felony charges. And that -- that concentrates the mind. And obviously she seems to be investing her legal strategy and political strategy on the fly.

KAGAN: As she goes. All right. Well, we'll be watching to see if the apology did the trick or if any charges come out of this.

Jeff, thanks for being available like that. We appreciate it.

And we'll go ahead and rejoin CNN International in progress.

(JOINED IN PROGRESS)

JIM BOULDEN, CNN INTERNATIONAL CORRESPONDENT: ... in pounds stolen from a bank in Belfast. There's punishment beatings, there's reprisals, and most people think that the murder of Denis Donaldson was a reprisal for his time as a British spy. And these things continue to go on. And both prime ministers said we cannot let people who do this in order to stop the peace process, cannot let them win. We must get the two parties together, put beyond their differences, try to focus on the similarities. And the similarities are that both sides have said that they want a democratic process and that they want local government.

The problem is, they just don't like to sit with each other in government. They've tried it twice before. In the eight years since the Good Friday agreement, we have only had two years of local power- sharing in this -- in this province in northern Ireland.

It's just become so difficult. That's why the two governments have said, look, here's your headline. Get together in mid-May, try to has out an agreement, but we're going to give you a deadline, we're not going to let it go on year in and year out.

CLANCY: All right. Jim Boulden there reporting to us from Belfast in northern Ireland.

And this programming note for international viewers. Coming up here on CNN, Jim interviewed Ireland's prime minister, Bertie Ahern. You can hear interview at 21:00 hours Greenwich Mean Time.

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

GORANI: Now, prosecutors told the jury in the sentencing trial of Zacarias Moussaoui that it's time for them to "hear the voices" of September 11th victims. Prosecutors are asking the jury to give Moussaoui the death penalty for his part in those attacks. The defense says Moussaoui is delusional and will ask the jury to give him life in prison without possibility of parole.

The first prosecution witness to take the stand was former New York major Rudolph Giuliani.

We will bring you a live report from Washington as soon as the court breaks for lunch. And that's going to happen in the next half hour.

You're with YOUR WORLD TODAY. Stay with us. A lot more ahead after a short break.

CLANCY: Hello, everyone, and welcome back to YOUR WORLD TODAY here on CNN International.

GORANI: Now, we're going to take you to France. The embattled prime minister there says he will press on with the fight over a youth jobs law that has drawn millions of protesters to the streets. But there is growing speculation that the uproar could cause Dominique de Villepin is job.

CLANCY: President Jacques Chirac promising there are going to be changes in that employment measure, compromises, if you will. Government officials are meeting with labor leaders over possible amendments. GORANI: Now, the measure became law on Sunday, but the government has urged employers just not to implement those laws until changes have been made. Trade unions say they are giving the government until April 15th to repeal the law.

Millions of protesters have demonstrated against that jobs legislation over the past two weeks. On Thursday, students blocked a shipment of airplane parts and disrupted traffic at train stations in Paris and northern France.

CLANCY: Now, the labor leaders say that they don't want it modified. They want it pulled entirely. The law at the heart of all of this is aimed on one side, they say, at boosting employment by making it easier for employers to hire and fire young workers. It allows those employers to fire workers under the age of 26 during the first two years o the job without stating a reason.

GORANI: As the uproar grows steadily louder, some observers say the prime minister has been -- is not only at risk of losing his job, but that he's been sidelined by those who have supported him the most up until now.

CLANCY: And have the rug pulled out from under him. Negotiations going on with the interior minister instead of with the prime minister.

Jim Bitterman gives us now a look at the impact of the jobs law controversy on the man, Dominique de Villepin.

(BEGIN VIDEOTAPE)

JIM BITTERMANN, CNN INTERNATIONAL CORRESPONDENT (voice over): Even while their leaders were in talks with the politicians, French students were out on hit-and-run raids, blocking railroad tracks and roads to keep up the pressure on the government. None of the disruption was very serious, but it was a clear reminder that students and unions want the repeal of a controversial employment law by April 17th.

The beleaguered prime minister, Dominique de Villepin, and several members of his cabinet insist they will continue in office and continue the battle to reduce youth unemployment, now running at some 22 percent. De Villepin's approval rating has sunk to 28 percent, but asked if he submitted his resignation to President Jacques Chirac, he put it this way...

DOMINIQUE DE VILLEPIN, FRENCH PRIME MINISTER (through translator): The president has given me a mission, and I will carry out that mission to the very end. All the rest is pure speculation and fantasy.

BITTERMANN: He added it depended on the whole population to ensure that France remains a country of hope and ambition.

The finance minister said that so far the protests have caused no real economic damage, but there's a clear worry about the country's image. An image that the foreign minister told CNN might be misunderstood.

PHILIPPE DOUSTE-BLAZY, FRENCH FOREIGN MINISTER (through translator): Every time there is reform in France, there is political discussion. The French are, by definition, very outspoken and very turbulent. We always have been and will always be. But all of this is unfolding in a good humor way.

BITTERMANN (on camera): The good humor in recent events is perhaps a matter of perspective. But it's difficult to deny they're as serious politically as the government faces mounting and direct questions about its continued existence.

Jim Bittermann, CNN, Paris.

(END VIDEOTAPE)

CLANCY: We're going to take a short break. When we come back, a check of world markets.

GORANI: Higher oil prices send Wall Street lower, as they often do. We'll get a live update.

That and more after this.

CLANCY: Welcome back.

We want to make an important **correction** to our earlier reporting on those court papers, complicated (INAUDIBLE) that were filed relating to Scooter Libby's testimony to a grand jury. We erroneously reported that the court filing said the president gave permission to leak the name of CIA operative Valerie Plame to reporters. That wasn't the case. In fact, the court filing said the leak concerned sensitive information, intelligence information about Iraq.

Now, for more on this story, let's go up to CNN's David Ensor. He's been covering this leak investigation since the beginning.

And frankly, David, I got it wrong there trying to read this story on short notice and sort it out. What does -- what do the court papers actually say?

DAVID ENSOR, CNN NATIONAL SECURITY CORRESPONDENT: What is actually going on, Jim, is a struggle between the defendant, who is I. Lewis Libby, Scooter Libby, the former chief of staff of the vice president, and the prosecutor over how much information the defense can get declassified to use in the case.

Mr. Libby wants access to PDBs, presidential intelligence documents that he gets every day. He wants access to quite a few of them in order to show something about Mr. Libby's pace of work and so forth and help defend himself against the charge that he may have concealed information about this case from a grand jury.

What -- what the most recent document and the one that we're talking about here is the government's response to the defendant, Mr. Libby's request for an effort to get these documents out. And in it -- and I'm going to quote here -- the government says that "The vice president thought" -- Vice President Cheney -- "thought that it was very important for the key judgments of the NIE" -- and that's the National Intelligence Estimate about Iraq's weapons of mass destruction -- "to come out. The defendant further testified that he had first advised the vice president that he could not have this conversation with reporter Miller" -- that would be Judy Miller of "The New York Times" -- "because of the classified nature of the NIE. The defendant testified that the vice president later advised him that the president had authorized the defendant to discuss the relevant portions of the NIE."

So what's involved here, Jim, is that this document from the government says that the vice president informed Mr. Libby that the president himself had authorized Mr. Libby to leak certain information or give out certain information that came out of this document, this National Intelligence Estimate, on what the intelligence community thought Iraq had in the way of weapons of mass destruction. So, it had nothing to do with Valerie Plame-Wilson's name. It was simply about this matter of intelligence in the lead-up to the war.

And in that matter, the president, according to this document, authorized Mr. Libby to give out some information to Judy Miller. And by the way, he is legally entitled to do so.

If the president decides to declassify information, he has that legal right. So, it's not about a law being broken here, and it's not about Valerie Plame-Wilson's name. But it does show us the first evidence that the president himself wanted some of this information put out in the media.

CLANCY: Well, at the time, if you go back to that period in time, there was a clamor from not only the media, but from a lot of Americans that wanted more information, more details about what were, up to that point, rather vague statements at times by diplomats trying to assess just what was the threat there. So this was seen -- would this be normal business in Washington, really?

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

ENSOR: I'm afraid so, yes. And, you know, after all, the -- Ambassador Wilson -- Ambassador Wilson being Valerie Plame-Wilson's husband -- had put out a piece in which he said -- in which he attacked the administration for suggesting Iraq was going after uranium in Africa. The administration wanted to highlight certain parts of this until then classified document that suggested that Iraq was aggressively pursuing some aspects of a nuclear weapons program, was looking for ways of getting uranium.

And so, they wanted to have that evidence out there to help their care in the run-up to war. Selective leaking authorized at the highest level, that's -- I'm afraid that is business as usual in Washington. It's been practiced by Republicans and Democrats alike.

CLANCY: All right. David Ensor, can't thank you enough. I'm glad you straightened all of that out. A rather complicated way that you have to understand what is going on and what is being said precisely in the grand jury.

David, as always, thank you very much.

And a final apology to you. We had been obviously erroneous earlier and we do apologize for that -- Hala.

All right. We're going to take a break somebody told me. So let's do it.

CLANCY: Welcome back to YOUR WORLD TODAY. I'm Jim Clancy.

GORANI: I'm Hala Gorani. Here's some of the top stories we're following for you this hour.

The U.S. military says a key insurgent leader in Iraq has been captured. It says Mohammed Hila Hammad Obeidi was detained last month, but the news was delayed until DNA testing confirmed his identity. Now, Obeidi is said to have strong ties with the head of al Qaeda in Iraq, Abu Musab al Zarqawi. He's also accused of masterminding several kidnappings, including that of the Italian journalist Giuliana Sgrena.

CLANCY: Police in the Iraqi city of Najaf imposing a curfew after a car bombing killed at least ten people and wounded dozens of others. The bomb going off near the Imam Ali mosque, the holiest shrine in Shia Islam. The attack raising fears once again of further sectarian violence in Iraq.

GORANI: Also in the headlines around the world, the prime ministers of Britain and Ireland have announced a plan to recall Northern Ireland's assembly on May 15th. British Prime Minister Tony Blair, his counterpart Bertie Ahearn, brokered the 1998 peace accord that called for a power sharing government there. The body would have until late November to choose an administration.

CLANCY: A new study says child pornography is one of the fastest grows businesses on the Internet. It's a multibillion dollar industry, but only a handful of countries have laws strong enough to really be considered able to fight that crime. The studies by two centers for missing and exploited children found more than half of 184 interpole countries have no laws on child pornography. The five countries with strongest laws are Australia, Belgium, France, South Africa and the United States. The centers says legislation should include a definition of child pornography, criminal penalties that cover Internet use and distribution, as well as reporting requirements for Internet service providers.

GORANI: Well, the president of the International Center for Missing and Exploited says the problem is exploding.

(BEGIN VIDEO CLIP)

ERNIE ALLEN, CHILD ADVOCATE: Child pornography today is a $20 billion industry, and it's growing. And, so, what we have done is enlisted the involvement of the major credit card companies, major banks, the Internet industry leaders in a financial coalition, the goal of which is to eradicate commercial child pornography by 2008. We're going to follow the money, we're going to identify these illegal sites, we're going to work with the financial industry to stop the payments and shut it down. We've got to take the profitability out of this insidious practice.

(END VIDEO CLIP)

CLANCY: The Internet is considered the perfect hunting ground for child predators and pornographers. How can you protect your children from the people that want to exploit them?

Our Gary Tuchman went to search for some answers.

(BEGIN VIDEOTAPE)

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

GARY TUCHMAN, CNN CORRESPONDENT, (voice over): We tell our children to respect their teachers. In Delaware, though, police allege this teacher, Rachel Holt, had sex with a 13-year-old student 28 times during one week this past March.

We tell our children to be courteous to adults. Carlie Brucia's trust may have cost her her life.

ANGELA LAKIN, CARLIE BRUCIA'S AUNT: It's hard to describe the pain that is felt without having to feel so much loss.

TUCHMAN: We tell our children the Internet is a wonderful teaching tool, but perhaps we aren't putting enough emphasis on this opinion.

CHIEF JIM MURRAY, PEACHTREE CITY, GA. POLICE: The Internet was the best thing they every invented for child molesters.

TUCHMAN: Jim Murray is the chief of the Peachtree City, Georgia, Police Department, which has started an aggressive Internet task force for predators.

Don't talk to strangers is age old advice in the real world, but it's the same advice in the cyber space world.

MURRAY: By the time you say to your 13-year-old daughter, I'm going to go in and make you a peanut butter and jelly sandwich, and by the time you bring it back, a pedophile could contact your child and steal their innocence away that quickly.

TUCHMAN: We watched the task force in action.

CAPTAIN ROSANNA DUBB (ph): Do you want to chat?

TUCHMAN: Captain Rosanna Dubb (ph) goes into a chat room and says she's a 14-year-old girl named "GA Peach." Adult men swarm to the site, including a man who calls himself "hotguy" from Texas. He asks if she's single.

(on camera): Are you single? I mean, obviously, you're 14, right?

TUCHMAN: He keeps asking her what she would like to do and then he types this.

DUBB: All right. Here we go. He says he's going to lift my shirt.

TUCHMAN: The officer plays along. It's the only way to catch most of these people.

DUBB: He says rub yourself and I'm going to say "Oh, kewl."

TUCHMAN: And with those comments, police say "hotguy" has committed a crime.

MURRAY: He could be arrested. He could get up to 10 years in the state penitentiary.

TUCHMAN: Every time she logs on to a new chat site as "GA Peach," men are talking to her within seconds.

(on camera): This guy is 28 and you've said you're 14, tells you that he likes kinky, dominate girls.

DUBB: Correct.

MURRAY: We've had as many as 15, 16, 17 hits at one time trying to have a conversation with what they think is a 14-year-old child.

TUCHMAN (voice-over): Police arrest many of these people after face-to-face rendezvous are set up. So when it comes to the Internet, this advice.

MURRAY: Put it in a room where it's in a family room and only allow your children on it when you are there. Get blocking devices so you can block places you don't want your children to go. And get tracking software so you can go back and check every conversation that your child has.

TUCHMAN: Tell your child never to give personal information over the net and to stay out of chat rooms. Banning the Internet is an option for some. But for those who don't do that, the chief says you should bluntly tell your children the Internet is fertile ground for predator.

Gary Tuchman, CNN, Peachtree City, Georgia.

(END VIDEOTAPE)

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

GORANI: Now, that's a question many parents have. Because computers are everywhere. They're not only in the common areas, they're also in kids' rooms, and you may be asking yourself the question, how safe your children are when they use that. Let's ask the question, then, to you, at ywt@CNN.com.

CLANCY: Are you concerned about your child's vulnerability on the Internet? Share with us, what are you doing about it, are your thoughts? And share them with all of our viewers who -- we're going to read some of these out on the air here. And...

GORANI: It will really be interesting to see throughout the world if there are regional differences, you know. What people think in Europe versus what they think in the U.S. Ywt@cnn.com.

CLANCY: All the experts saying this is not a U.S. problem, this is not a developed country problem. This kind of a problem can come up anywhere, unhappily.

GORANI: Absolutely.

CLANCY: All right, the U.S. has proposed a landmark plan to share civilian nuclear technology with India. But Pakistan has obviously been left out of this nuclear equation, and it has real concerns about it. A little bit earlier today, we brought that matter up, along with some other issues with Pakistan's prime minister Shaukat Aziz.

(BEGIN VIDEOTAPE)

SHAUKAT AZIZ, PAKISTANI PRIME MINISTER: Islamabad feels that this initiative can be enveloped in a nuclear estranged regime which allows reduction -- production of fissile material for all of South Asia, India and Pakistan.

As you know, both countries' energy needs are growing. Pakistan's company is growing at 6 to 8 percent a year. Our energy needs are very acute. And we believe that if we can have more avenues of peaceful production of nuclear energy under IAEA safeguards and guidelines to meet our growing electricity needs, that will be good for Pakistan and good for the region.

We believe a nuclear restraint regime around this whole issue will help control production of fissile material in South Asia and lead to lowering of tensions and peace.

CLANCY: U.S. Secretary of State Condoleezza Rice talked to U.S. lawmakers about the deal with India. Let's listen for a moment to what she had to say.

(BEGIN VIDEO CLIP)

CONDOLEEZZA RICE, U.S. SECRETARY OF STATE: The initiative that we are before you and asking for legislation to amend the Atomic Energy Act of 1954 will advance international security, enhance energy security, further environmental protection and increase business opportunities for both our countries.

(END VIDEO CLIP)

CLANCY: Now, in that statement, of course, there is no mention of Pakistan. If the U.S. goes through with a bilateral deal between New Dehli and Washington, what effect does Pakistan see it having in the region? AZIZ: Well, as I said, we think Pakistan's needs are very similar, and we would like this opportunity to be used to come up with a nuclear restraint environment, which will be helpful for containing production of fissile material. And, we have made this position clear to the U.S. administration and we hope that as things progress, we will continue our discussions.

CLANCY: But Mr. Bush, I think, has made it clear that Pakistan is not going to get the same kind of a package deal that is being offered to India, is being decided by lawmakers right. And I'm wondering if Pakistan has rethought some of the reasons for that. A.Q. Khan, the nuclear scientist, a Pakistani, who is said to have proliferated nuclear technology to North Korea, Libya and Iran, has yet to be questioned by anyone outside Pakistan. The U.S. wants to talk with him. Why not?

AZIZ: Well, the A.Q. Khan episode is pretty much over from our perspective. We have shared whatever information we could with all stakeholders. We think that was an individual act. Since then, Pakistan has strengthened its whole nuclear regime.

We have a very effective command and control and export control system, and Pakistan's nuclear program is very open in the sense that the part which relates to the electricity production -- we are already into producing electricity

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

through nuclear power, and we want to expand that to meet our growing needs. But we consider the A.Q. Khan chapter as closed.

CLANCY: Nuclear experts do not. They believe that besides the three countries that I just mentioned, that there is a fourth set of nuclear technology that was advanced from A.Q. Khan to another party. Is there any information on that?

AZIZ: There is no such information, and I think that these are all speculations. We have interrogated and investigated this matter from all its dimensions...

CLANCY: Why not let the CIA talk to A.Q. Khan?

AZIZ: ... and we think the whole issue is closed.

CLANCY: Why not let the CIA then talk to A.Q. Khan?

AZIZ: Well,, we think that we are very capable of investigating matters and talking to our own citizens, and we do not see any further need to do that.

(END VIDEOTAPE)

VERJEE: All right. And that was the Pakistani prime minister there.

Now moving to this story, U.S. jurors heard some emotional testimony, to say the least, in the sentencing phase of the Zacarias Moussaoui trial just outside Washington. They've already found him guilty of conspiring in the September 11th attacks. Now the decision is, will he die or will he be sentenced to life in prison?

Kelli Arena joins us with more on what to expect from this testimony and what we've heard already -- Kelli.

KELLI ARENA, CNN CORRESPONDENT: You know, I have been covering this story for four-and-a-half years, and I know, I mean, I know what they're going to say, but still, your stomach just gets into a knot as you're listening and watching video again as what happened on September 11th.

Rudy Giuliani, the former mayor of New York City, was asked to describe the scene that day. He said, I'm not sure that I can describe it. It was a horror. It was the worst thing I've ever seen in my life. There were fires, there were body parts, hands and legs everywhere, injured people bleeding, crying, unbelievable.

During this testimony, Zacarias Moussaoui was interesting to watch. There were times when he would nod in agreement with the prosecutor, when they talked about the losses that New York City suffered in times of personnel, and equipment and buildings, and the list was endless. And other times he would smile to himself and laugh. And then, alternately, he looked very bored and was yawning and was putting his head in his hands.

The jury was very stonefaced through a lot of this testimony. During some video of people jumping out of the World Trade Center buildings, they had put their hands over their mouths watching. But besides that, very nonemotional, very stonefaced.

Victim's family members, though, were in the courtroom, many of them brought to tears. Just before we took this break, Giuliani was talking about bodies that had vaporized. About half of the families never got any remains, not a hand, nothing to bury, and that really did seem to upset the family members that were in there, everyone in that courtroom.

Of course, what the government is trying to do is get Moussaoui sentenced to death. His defense team argued earlier in its opening statements that he is a schizophrenic, that he had a very troubled childhood, that there are certain mitigating factors that may warrant life in prison.

As a matter of fact, I was in the elevator with one of the victim's family members, and two of the defense lawyers. And she turned around and said to them, you know, I want you to know that we understand that you are doing your job, we don't hate you, and it's important that you know that. And there was a very emotional response from both of those defense attorneys. You know, it's just unbelievably disturbing, this whole day. Very disturbing.

GORANI: Kelli, a quick question of the death penalty. Some victims families actually say they don't think Zacarias Moussaoui should be put to death. What are the reasons, some of the reasons they have for that, in the face of all this gut-wrenching testimony and all these memories of 9/11 resurfacing again? ARENA: Well, lots of different reasons. Some believe that that would just make him a martyr for the cause, and they don't want to see that happen. Others just don't believe in it as a matter of principle. Others will say that he should not be the focus. One family member I heard

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

this morning saying that he's just an al Qaeda wannabe, and that the focus really should be on making sure that the United States is secure and safe.

Then again, you have people who think that he should be put to death, that he deserves the death penalty. So it really does run the gamut. Check out what society things and you've got a representation of society. There are nearly 3,000 people that died in these attacks. And so you're going to hear just about every opinion there is to hear on the matter.

GORANI: All right, live from Alexandria, Virginia, Kelli Arena. Thanks very much, Kelli.

We have a lot more ahead here on YOUR WORLD TODAY. We're going to switch gears. It happened long -- and I mean long -- ago.

CLANCY: That's right,, a fish decided to try its chances on land. We'll talk about landing this fossil when we come back.

GORANI: Welcome back to YOUR WORLD TODAY.

CLANCY: Now scientists have reeled in a catch that fills in an evolutionary gap between water and land mammals.

GORANI: Now a 375-million-year-old fish with almost a full set of fingers. The fossil has the fins and scales of fish, but the crocodile-like skull, neck and ribs of a land animal. The creature is being hailed as an evolutionary breakthrough, revealing the transition between fish and land vertebrae.

CLANCY: Now probably incorrectly, now This has been called a half fish, half amphibian fossil. It was found in Canadian territory almost 1,000 kilometers north of the Arctic Circle. It's almost perfectly preserved. Scientists, to say the least, are excited.

GORANI: So what does this mean for science, for the debate over evolution? We are joined by the professor at the University of Chicago, who helped led the team of scientists behind this astounding find.

Neil Shubin chairs the biology department there.

Professor Shubin, welcome. Thanks for being us.

Tell us exactly what we found. So e have an animal that was found, and parts of the skeleton of the fossil of this animal prove that it navigated on land.

NEIL SHUBIN, UNIVERSITY OF CHICAGO: Yes, what we found is a very remarkable fossil. The fossil is a creature that blurs the distinction between a fish that lived in water and an animal that was able to crawl around on land.

Like a fish, it had scales on its back. It had fin webbing. So you'd recognize true fins on it.

But remarkably, when you take that fin webbing off and you look inside it, what you find are bones that compare directly to our upper arm, our forearm, even wrist.

And when you look even in more detail, what you find is that the thing was able to do a funny sort of fish-like pushup.

GORANI: All right, a fishlike pushup, it's called Titaalik Rosae (ph). Am I pronouncing it correctly?

SHUBIN: That's correct. You've got it.

GORANI: Great. First try.

So tell us, Do we know that this is the link, or do we think it's one of the potential missing links?

SHUBIN: It's very close to the link. I mean, there's no doubt that this creature with its flat head, with its eyes on top, with its early neck, with its ribs, with its limb-like fins, is very, very close, if not directly there on the transition between fish and land- living animal.

GORANI: So really a crucial discovery?

SHUBIN: It is. I mean, when you think about this, what we're dealing with is one of the major events of the history of life on Earth, the shift of life from water to land. And what we have is an important new window on that transition, and what it tells us is the sequence of stages by which life evolved to walk on land.

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

Now this is not some indirect branch in the history of branch, some esoteric thing. This is part of a major trunk, because basically what evolved here are all animals with limbs, including amphibians, reptiles, birds and mammals, including us.

GORANI: Evolution, when you look at it, there's always -- evolutionary trends will respond to needs that creatures need to fulfill, need to meet. Right? What was it, then, in this case, do you think that created this shift that this water-based animal slowly evolved into an animal that could walk on land?

SHUBIN: Yes, that's a good question. Really, what I think is driving this is a couple of things. The first is, these little streams that we find these fossils in, the ancient streams, I should say, are very hostile environments.

Almost everything is a predator. You have giant predators, maybe 10 to 15 feet long with giant fangs. So, I think one reason why fish evolved to live in the shallows or even partially on land is to get away from these large fish that would eat them.

The other thing that would be good for them on land, is there's lots of new food. Some of the earliest kind of insects are on land, so big, juicy bites to eat. So you're getting away from the predators and you're actually getting towards ...

GORANI: A good meal.

SHUBIN: Exactly.

GORANI: Professor Shubin, one quick, last question. What does it tell us about our own human evolution? Anything?

SHUBIN: Yes, when you're looking at this fish, you're look looking at -- and you're looking at the wrist of this fish, when you're looking at the ribs of this fish, when you looking at the necks of this fish, you're seeing the early evolutionary stages of our wrists, our necks, our ribs. This is a real deep part of our evolutionary past. That part of our past, when we were fish.

GORANI: Did you give it a name? This was -- we have the scientific name, Tiktaalik roseae. Does visit a first name?

SHUBIN: No, we were too excited at the time to even think that way.

GORANI: You have to come up with one. All right, thank you very much, Professor Neil Shubin of the University of Chicago for joining us here and YOUR WORLD TODAY.

SHUBIN: Thank you.

CLANCY: I don't know about him. I mean, I looked at that fossil closely. I don't look a thing like him.

GORANI: All right. Absolutely.

CLANCY: YOUR WORLD TODAY continues after a short break.

GORANI: And when we come back, we'll open the "Inbox." We'll share some of your e-mails. Stay with us.

CLANCY: All right, it's time to open up our "Inbox," Hala.

GORANI: Now, our question was, and there we are, "Are you concerned about child's vulnerability on the Internet?

Remigiuaz in Poland says, "The truth is, nobody is safe online nowadays, even adults."

CLANCY: Now, we get this in from Paul in Romania. He writes: "All governments should require all porn sites to end with the suffix .xxx so that filtering software can filter out all of these objectionable sites." GORANI: Curtis from California writes: "The advice to place your computer in a public part of hour home, monitor your children, and setting strict rules with your children is not just good advice, it's vital."

CLANCY: That is very important information, to put it in a common area where the parents can be there and see what's going on all the time.

GORANI: And this reminder, you can always go to our Web site for more on the news stories you see on CNN. CNN.com/international

Najaf Under Curfew After Bombing Near Shrine; Cynthia McKinney Apologize

CLANCY: You can also logon to watch a selection of free video, right on your desktop. And depending on where you live, you can subscribe to our new Pipeline broadband service to view live news events or browse our video archive and watch the news when you want to.

GORANI: Well, we're going to have a lot more ahead in the coming hour. For viewers in the United States, "LIVE FROM" is next.

CLANCY: Also, right here, YOUR WORLD TODAY continues.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** April 7, 2006

**EXHIBIT J**



# Media Monitoring Suite

Log In|http://www.tveyes.comTranscript

## Transcript

---

**MSNBC -- MSNBC News Live**

**MSNBC 4/6/2006 11:48:45 AM:** ...leave and be the first solo evening news cbs anchor. there. all said and done. >> we're getting a word of a development in the c.i.a. leak probe case. >> david shuster standing by in washington, d.c. what's this all about? >> there's another court filing today in the case against scooter libby charged with lying to the grand jury about conversations with reporters and conversations with which skroart lib allegedly leaked the identity of c.i.a. operative valerie plame. and in the latest, we have information from the testimony of skroart lib. here's the blockbuster. according to the prosecution document, skro skroart lib testified he was scooter libby said he was authorized to disclose the information because he was authorized by vice-president dick cheney and president bush. the direct quote is, scooter libby received approval from the president through the vice-president to reveal national intelligence estimates concerning saddam hussein. went on to testify that the authorization to disclose classified information from the vice-president and president was unique in his recollection. the essential scene here is that prosecutors are trying to show that scooter libby received information from other officials. scooter libby testified that he received classified information and received information from reporters. and what libby is trying to do is not so much argue about his memory of testimony, memory of conversations with reporters, libby, at least, based on the grand jury testimony was trying to show that this was common knowledge, that there were a number of administration officials who knew that valerie plame, the c.i.a.



Click thumbnail to play

operative, the wife of an administration critic, there were a number of administration officials talking about her and therefore he didn't think it was such a big deal. today we find out that when scooter libby testified about a conversation with vice-president dick cheney how to respond to the revelations by jill wilson, that vice-president cheney said go ahead and give information to reporters about the nature of joe wilson's trip to nye ger and by the way, it's ok to give information about his wife. and according to libby's testimony, vice-president dick cheney said take portions of another classified document and al you may give that to reporters. libby's testimony indicates that he then told the vice-president, no, i can't do that because th information is classified. and libby ten they have had that the vice-president -- then testified, that vice-president said to him no, you can go ahead and give it because i authorized it and i received authority from the president to disclose this classified information....

Copyright ©1999 - 2006 TVEyes, Inc. All rights reserved.
Questions, comments, or suggestions? Send us feedback.
Privacy Policy