UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

### ORDER

Upon consideration of the Motion to Seal the Affidavit of Patrick J. Fitzgerald Submitted as Surreply to Defendant's Sealed April 12, 2006 Filing in Support of the Third Motion of I. Lewis Libby to Compel Discovery, it is hereby

ORDERED that the Affidavit of Patrick J. Fitzgerald Submitted as Surreply to Defendant's Sealed April 12, 2006 Filing in Support of the Third Motion of I. Lewis Libby to Compel Discovery be SEALED.

Dated: 4/21/06

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE