UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

### ORDER

Upon consideration of the Government's Motion to File Surreply to Defendant's Sealed April 12, 2006 Filing in Support of Third Motion of I. Lewis Libby to Compel Discovery, it is hereby

ORDERED that the government's motion is GRANTED.

Dated: April 21, 2006

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE