UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,         )
                                  )
                                  )
    v.                            )   Criminal No. 05-394 (RBW)
                                  )
I. LEWIS LIBBY,                   )
                                  )
            Defendant.            )

### ORDER

Currently before the Court is the Motion of I. Lewis Libby to Dismiss the Indictment. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby this 27th day of April, 2006,

**ORDERED** that the defendant's motion to dismiss is **DENIED**.

**SO ORDERED.**

Reggie B. Walton
United States District Court