UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-394 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **I. LEWIS LIBBY,** | : | |
| a/k/a "Scooter Libby" | : | |

### GOVERNMENT'S NOTICE OF EX PARTE PRODUCTION

The United States of America, by and through Special Counsel, hereby notifies defense counsel that it is this day, April 28, 2006, delivering a copy of the CIA's criminal referral letter, and accompanying documents, to the Court for its inspection, as requested by the Court in its April 25, 2006 communication with Special Counsel and defense counsel.

Respectfully submitted,

/s/
PATRICK J. FITZGERALD
Special Counsel

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on this 28th day of April, 2006, I caused true and correct copies of the foregoing to be served on the following parties by first class mail and electronically:

> William Jeffress, Esq.
> Baker Botts
> The Warner
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2400
> Facsimile: 202-585-1087
>
> Theodore V. Wells, Esq.
> Paul Weiss
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> Facsimile: 212-373-2217
>
> Joseph A. Tate, Esq.
> Dechert LLP
> 4000 Bell Atlantic Tower
> 1717 Arch Street
> Philadelphia, PA 19103-2793
> Facsimile: 215-994-2222
>
> John D. Cline, Esq.
> Jones Day
> 555 California Street
> San Francisco, CA 94104
> Facsimile: 415-875-5700

> Patrick J. Fitzgerald
> Special Counsel
> U.S. Department of Justice
> 10th & Constitution Ave., NW
> Washington, D.C.  20530
> 202-514-1187
>
> By:   /s/ Peter R. Zeidenberg
>        Deputy Special Counsel