UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Criminal No. 05-394 (RBW) |
| I. LEWIS LIBBY, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Currently before the Court is the government's Motion for Clarification of the Opinion of April 5, 2006, Concerning Ex Parte Submissions Under CIPA Section 4, or in the Alternative, Motion for Reconsideration, and the defendant's opposition thereto. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby this 3rd day of May, 2006,

**ORDERED** that the government's motion is **GRANTED**. It is further

**ORDERED** that this Court's April 5, 2005 Opinion, United States v. Libby, ___ F. Supp. 2d ___, 2006 WL 862345 (D.D.C. Apr. 5, 2006) is **AMENDED** by the accompanying Memorandum Opinion.

**SO ORDERED** this 3rd day of May, 2006.

_____
REGGIE B. WALTON
United States District Judge