UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-394 (RBW) |
| I. LEWIS LIBBY, | ) |
| Defendant. | ) |

### ORDER

On May 5, 2006, this Court will conduct a hearing to address the defendant's Third Motion to Compel Discovery Under Rule 16 and <u>Brady</u>.  A substantial number of the defendant's document requests, which are the subject of this motion, are predicated upon the defendant's desire to respond to each factual allegation in the October 28, 2005 indictment.  Accordingly, resolution of many of the issues in the defendant's motion may depend, at least in part, on which factual allegations in the indictment the government intends to introduce evidence about in its case-in-chief.  Accordingly, it is hereby this 3rd day of May, 2006,

**ORDERED** that the government should, at the May 5, 2006 hearing, be prepared to specify which factual allegations contained in the indictment it intends to introduce evidence about in its case-in-chief.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge