UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY, )<br>     also known as "Scooter Libby" ) | CR. NO 05-394 (RBW) |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO THE RESPONSE OF I. LEWIS LIBBY TO
GOVERNMENT'S RESPONSE TO COURT'S INQUIRY REGARDING
NEWS ARTICLES THE GOVERNMENT INTENDS TO OFFER AT TRIAL**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, Special Counsel, hereby moves this Court for a one-day extension of time to file its Reply to the Response of I. Lewis Libby to Government's Response to Court's Inquiry Regarding News Articles the Government Intends to Offer at Trial. In support of the motion, the government states as follows:

On May 15, 2006, the government filed a response to the Court's inquiry during the May 5, 2006 oral argument on the defendant's Third Motion to Compel Discovery, requesting that the government identify the news articles that it anticipates offering in its case in chief at trial. After the May 16, 2006 hearing on the motions to quash subpoenas filed by various media outlets, the Court granted defendant leave to file a response to the government's news article submission on or before Friday, May 19, 2006, and granted the government leave to file a reply on or before Tuesday, May 23, 2006.

On May 23, 2006, the government notified defense counsel and the Court's chambers that, due to unanticipated logistical difficulties, the government would be unable to complete its reply on before the deadline set by the Court. Defense counsel indicated that the defense had no objection to an extension of time for the filing of the government's reply. The government was then informed

that it would be appropriate to file the reply, together with a motion for extension of time, on May 24, 2006.

Wherefore, the government respectfully requests that this Court grant it leave to file its "Reply to the Response of I. Lewis Libby to Government's Response to Court's Inquiry Regarding News Articles the Government Intends to Offer at Trial" on May 24, 2006, one day after it was due.

                                      Respectfully submitted,

                                      /s/
                              PATRICK J. FITZGERALD
                              Special Counsel
                              Office of the United States Attorney
                              Northern District of Illinois
                              219 South Dearborn Street
                              Chicago, Illinois 60604
                              (312) 353-5300

Dated:  May 24, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|     also known as "Scooter Libby" ) | |

## **ORDER**

Upon consideration of the government's Unopposed Motion for Extension of Time to File Reply to the Response of I. Lewis Libby to Government's Response to Court's Inquiry Regarding News Articles the Government Intends to Offer at Trial, it is hereby ORDERED that:

The government is granted leave to file its Reply to the Response of I. Lewis Libby to Government's Response to Court's Inquiry Regarding News Articles the Government Intends to Offer at Trial on or before May 24, 2006.

Dated: _____            _____
                                   HON. REGGIE B. WALTON
                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24th day of May, 2006, I caused true and correct copies of the foregoing motion and proposed order to be served on the following parties by electronic mail:

    William Jeffress, Esq.
    Baker Botts
    The Warner, 1299 Pennsylvania Avenue, N.W.
    Washington, DC 20004-2400
    Facsimile: 202-585-1087

    Theodore V. Wells, Esq.
    Paul Weiss
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Facsimile: 212-373-2217

    Joseph A. Tate, Esq.
    Dechert LLP
    4000 Bell Atlantic Tower, 1717 Arch Street
    Philadelphia, PA 19103-2793
    Facsimile: 215-994-2222

    John D. Cline, Esq.
    Jones Day
    555 California Street
    San Francisco, CA 94104
    Facsimile: 415-875-5700

    Patrick J. Fitzgerald
    Special Counsel
    Office of the United States Attorney
    Northern District of Illinois
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300

    By: _____/s/_____
    Debra Riggs Bonamici
    Deputy Special Counsel