UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)   CR. NO 05-394 (RBW)
v. )
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby" )

FILED

MAY 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's Unopposed Motion for Extension of Time to File Reply to the Response of I. Lewis Libby to Government's Response to Court's Inquiry Regarding News Articles the Government Intends to Offer at Trial, it is hereby ORDERED that:

The government is granted leave to file its Reply to the Response of I. Lewis Libby to Government's Response to Court's Inquiry Regarding News Articles the Government Intends to Offer at Trial on or before May 24, 2006.

Dated: May 25, 2006

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE