UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In light of the production ordered by the Court in response to the discovery motions filed by the defendant, and in order for the parties to appraise the Court of the status of the discovery process, it is hereby this 2nd day of June, 2006,

**ORDERED** that the parties shall appear for a status conference on June 12, 2006, at 1:30 p.m., in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that the parties shall be prepared to discuss, among other things, (1) the status of discovery; (2) whether additional motions (other than motions in limine) will be filed; (3) whether the government will be asserting any claims of executive privilege; and (4) whether the parties believe it is necessary to issue early returnable trial subpoenas to resolve anticipated claims of testimonial privilege.

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge