## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby." | ) | |
| | ) | |

## UNOPPOSED MOTION OF I. LEWIS LIBBY FOR EXTENSION OF TIME IN WHICH TO FILE MOTION CONCERNING MORNING INTELLIGENCE BRIEFING MATERIALS

Defendant I. Lewis Libby moves for an extension of time through July 11, 2006 in which to file his motion for an Order requiring the government to provide specifics concerning Mr. Libby's morning intelligence briefing materials. The government's response will be due July 31, and Mr. Libby's reply will be due August 9. The extension of the briefing schedule should not affect the hearing date, now set for August 16. The government does not oppose the requested relief.

As grounds for this motion, we state the following:

1.     In his January 31, 2006 motion to compel, Mr. Libby sought production of materials from the morning intelligence briefings that he received as National Security Advisor to the Vice President. On March 10, the Court ordered the government to produce certain materials for specified time periods. Order, March 10, 2006; see also Consent Order, March 24, 2006.

2.     On May 17, 2006, the government produced morning intelligence briefing materials for the June 7, 2003 through July 14, 2003 period. On June 2, defense counsel

requested by letter that the government furnish further information concerning a number of the items listed in the May 17 production.

3.      At the June 12, 2006 status conference, the defense noted that it considered the government's production of the morning intelligence briefing materials inadequate and stated its intention to move the Court for additional information. With the parties' agreement, the Court set June 30 as the date for filing the motion.

4.      On June 13, 2006, the government produced morning intelligence briefing materials for the dates between October 2003 and March 2004 identified in the Court's Orders. On June 23, defense counsel requested by letter that the government furnish further information concerning a number of items listed in the June 13 production.

5.      We understand that the government will provide some, but not all, of the additional information that the defense requested in its June 2 and June 23 letters. As of the close of business on Tuesday, June 27, the defense had not received that additional information.

6.      We do not expect the additional information that the government intends to provide to eliminate the need for Mr. Libby's motion to compel. We anticipate, however, that the information will narrow the scope of the motion and affect certain arguments. Accordingly, we believe that it will conserve the resources of the Court and the parties to delay the filing of the motion until we have received and reviewed the additional information.

7.      Undersigned counsel will be on a long-planned family vacation through July 5. Defense counsel K.C. Maxwell, who is also working on the morning intelligence briefing materials motion, will be on a long-planned vacation through July 7.

8.      Under the circumstances, we ask the Court to extend the filing date for Mr. Libby's motion to compel to July 11, 2006, with the government's response due July 31 and Mr.

2

Libby's reply due August 9.  The extension of the briefing schedule should not affect the hearing date, now set for August 16.

9.    The government, through Special Counsel Patrick J. Fitzgerald, does not oppose the relief requested in this motion.

Respectfully submitted,


_____/s/_____
John D. Cline
DC Bar No. 403824
K.C. Maxwell
(pro hac vice)
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94101
(415) 626-3939