UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby." ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion of I. Lewis Libby for Extension of Time in Which to File Motion Concerning Morning Intelligence Briefing Materials, the absence of opposition to the motion, and the entire record in this case, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the defendant shall have through July 11, 2006 in which to file his motion for an Order requiring the government to provide specifics concerning the morning intelligence briefing materials. The government's response will be due July 31, and the defendant's reply will be due August 9. The hearing on the motion shall be held, as originally scheduled, on August 16.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350