UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
also known as "Scooter Libby." )
)

[PROPOSED] ORDER

Upon consideration of the Unopposed Motion of I. Lewis Libby for Extension of Time in Which to File Motion Concerning Morning Intelligence Briefing Materials, the absence of opposition to the motion, and the entire record in this case, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the defendant shall have through July 11, 2006 in which to file his motion for an Order requiring the government to provide specifics concerning the morning intelligence briefing materials. The government's response will be due July 31, and the defendant's reply will be due August 9. The hearing on the motion shall be held, as originally scheduled, on August 16.

SO ORDERED.

June 28, 2006

REGGIE B. WALTON
United States District Judge