UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby," | ) | |
|     Defendant. | ) | |

**MOTION TO CONTINUE TRIAL DATE**

Defendant I. Lewis Libby, through his attorneys, respectfully moves this Court for a modest continuance of the trial date, from January 8, 2007 to February 12, 2007. This continuance is requested to avoid potential scheduling conflicts for the Court and the parties.

The January 8 trial date was set with the understanding that Theodore V. Wells, Jr., Mr. Libby's trial counsel, is scheduled to begin representing a defendant in a criminal trial in the Northern District of California on September 11, 2006, and that this trial (the "California trial") was likely to last approximately 10 weeks. In the California trial, the government has brought multiple securities fraud charges that involve complex accounting issues, and the alleged loss, according to the government, was approximately $9 billion in market capitalization.

As the September trial date approaches, it has become apparent the California trial may very well extend as long as twelve weeks, and possibly even longer. To provide further context for the possible length of the California trial, a related case of a named co-conspirator, who was charged in a separate indictment, was tried before the same judge in the Northern District of California in early 2005. That related trial, which was a bench trial, lasted six weeks, during which 39 witnesses testified. In addition, the

related trial involved only one defendant and focused on the accounting for only one of the transactions that is alleged in the California trial. That particular transaction occurred over the course of approximately one week. In contrast, the California trial, which will be a jury trial, involves two defendants, and the indictment against them refers to 321 separate transactions that occurred over approximately 17 months.

Mr. Libby requests a continuance at this time to avoid last-minute scheduling difficulties for the Court, the government, and defense counsel. The defense believes it would not be prudent to wait to apply for a continuance until December because by that time the Court, counsel for the government, and other defense counsel will likely have set their calendars and scheduled other events for early 2007. In addition, by December the Court may already have sent out notices to potential jurors based on a January trial date. Accordingly, judicial resources might be unnecessarily expended if the defense delays requesting a continuance until December.

An extension of 35 days until February 12 will provide the Court and the parties with much needed certainty with respect to the trial date. The defense has not previously requested a continuance and has been working diligently to prepare for trial based on the schedule set by the Court at the February 3 status conference.

The government has advised defense counsel that it has no objection to this motion for a continuance of the trial date, with the following conditions, to which the defendant agrees:

1. The government may revisit its position regarding the continuance after an August 31, 2006 pretrial conference is held in the California case, in the event that the September 11 trial date changes at that time;

  2. Mr. Libby consents to the exclusion of the period of delay resulting from this continuance under the Speedy Trial Act, 18 U.S.C. § 1361; and

  3. The Court's schedule permits the trial to begin by February 12 and not later.

  For the foregoing reasons, I. Lewis Libby respectfully requests that the Court issue the attached order.

Dated:  June 29, 2006          Respectfully submitted,

| | |
|---|---|
| /s/ Theodore V. Wells, Jr. | /s/ William H. Jeffress, Jr. |
| Theodore V. Wells, Jr. | William H. Jeffress, Jr. |
| (DC Bar No. 468934) | (DC Bar No. 041152) |
| James L. Brochin | Alex J. Bourelly |
| (DC Bar No. 455456) | (DC Bar No. 441422) |
| Paul, Weiss, Rifkind, Wharton | Baker Botts LLP |
|   & Garrison LLP | 1299 Pennsylvania Avenue, NW |
| 1285 Avenue of the Americas | Washington, DC  20004 |
| New York, NY  10019-6064 | Tel:  (202) 639-7751 |
| Tel:  (212) 373-3089 | Fax: (202) 585-1087 |
| Fax: (212) 373-2217 | |
| | |
| /s/ Joseph A. Tate | /s/ John D. Cline |
| Joseph A. Tate | John D. Cline |
| Dechert LLP | (D.C. Bar No. 403824) |
| 2929 Arch Street | Jones Day |
| Cira Centre | 555 California Street, 26th Floor |
| Philadelphia, PA  19104 | San Francisco, CA  94104 |
| Tel:  (215) 994-2350 | Tel:  (415) 626-3939 |
| Fax: (215) 994-2222 | Fax: (415) 875-5700 |