UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|    also known as "Scooter Libby," | ) | |
|    Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion to Continue Trial Date, it is hereby

**ORDERED** that the trial date be and hereby is continued from January 8, 2007 to February 12, 2007.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
Ninth Floor
1400 New York Ave., NW
Washington, DC  20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350