UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                    )<br>)<br>)<br>I. LEWIS LIBBY,                              )<br>    also known as "Scooter Libby."  ) | CR. NO. 05-394 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion of I. Lewis Libby for Extension of Time in Which to Complete Disclosure Concerning Expert Testimony on Memory, the absence of opposition to the motion, and the entire record in this case, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the defendant shall have through July 31, 2006 in which to complete his disclosure concerning his proposed expert testimony on memory and to file his motion for admission of the expert testimony.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Jude

DC01:449501.1

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

William H. Jeffress, Jr., Esq.
Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350