UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTIONS IN LIMINE BASED ON EXECUTIVE PRIVILEGE
WITH RESPECT TO UNCLASSIFIED DOCUMENTS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, Special

Counsel, hereby moves this Court for a one-week extension of time to file any Motions In Limine

based on executive privilege with respect to unclassified documents provided to the defense in

discovery. In support of the motion, the government states as follows:

On April 4, 2006, this Court entered an agreed order setting forth a procedure for the

assertion of executive privilege with respect to unclassified documents provided to the defense in

discovery which the defense may want to use as exhibits in this case.

Pursuant to the Court's order, on May 15, 2006, government counsel identified the

unclassified documents to which the executive branch believes a valid claim of executive privilege

could be invoked. On June 15, 2006, defense counsel designated some of the potentially privileged

documents identified by the government as documents the defense may wish to use as exhibits at

trial or in pretrial proceedings.

Since June 15, 2006, counsel have been engaged in discussions with a view toward obviating

the necessity of asserting claims of executive privilege with respect to unclassified documents.

Progress has been made toward this goal, but the parties have not been able to finalize an agreement

by July 17, 2006 (the first business day after the date set for the filing of any assertions of executive

privilege with respect to non-classified documents).  The parties anticipate that, within one week,

they will be able to finalize an agreement that would eliminate the need to assert any claim of

privilege with respect to unclassified documents or, at a minimum, significantly reduce the number

of documents to which a claim of privilege would need to be asserted.

On July 17, 2006, the government and defense counsel notified the Court's chambers of the

foregoing, and of the parties' agreement to the entry of an order extending the time for filing any

claims of privilege with respect to unclassified documents by one week, or to July 24, 2006, and the

Special Counsel's intention to file a motion seeking such an extension.

Wherefore, the government respectfully requests that this Court grant it leave to file any

motions in limine based on executive privilege with respect to unclassified documents on or before

July 24, 2006.

Respectfully submitted,


_____/s/_____

PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300


Dated:   July 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )        CR. NO 05-394 (RBW)
              v.                      )
                                      )
I. LEWIS LIBBY,                       )
       also known as "Scooter Libby"  )

## **ORDER**

Upon consideration of the government's Unopposed Motion for Extension of Time to File

Motions in Limine Based on Executive Privilege with Respect to Unclassified Documents, it is

hereby ORDERED that:

The government is granted leave to file any Motions in Limine based on executive privilege

with respect to unclassified documents on or before July 24, 2006.


Dated:  _____          _____
                                      HON. REGGIE B. WALTON
                                      UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 17th day of July, 2006, I caused true and correct

copies of the foregoing motion and proposed order to be served on the following parties by electronic

mail:

William Jeffress, Esq.
Baker Botts
The Warner, 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower, 1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

By: _____/s/_____
Debra Riggs Bonamici
Deputy Special Counsel