UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
also known as "Scooter Libby." )

[~~PROPOSED~~] ORDER

Upon consideration of the Unopposed Motion of I. Lewis Libby for Extension of Time in Which to Complete Disclosure Concerning Expert Testimony on Memory, the absence of opposition to the motion, and the entire record in this case, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the defendant shall have through July 31, 2006 in which to complete his disclosure concerning his proposed expert testimony on memory and to file his motion for admission of the expert testimony.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Jude

July 17, 2006

DC01:449501.1