UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**FILED**
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's Unopposed Motion for Extension of Time to File Motions in Limine Based on Executive Privilege with Respect to Unclassified Documents, it is hereby ORDERED that:

The government is granted leave to file any Motions in Limine based on executive privilege with respect to unclassified documents on or before July 24, 2006.

Dated: July 18, 2006

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE