# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| | ) | |
| I. LEWIS LIBBY | ) | |
| also known as "Scooter Libby" | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of the Motion of I. Lewis Libby to Admit Expert Testimony Under

Federal Rule of Evidence 702, and of the government's response thereto, it is hereby

ORDERED that the defendant's Motion To Admit Expert Testimony Under Federal Rule

Of Evidence 702 is GRANTED.

Date: _____              _____

REGGIE B. WALTON
United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Alexandra M. Walsh, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350