UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-394 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **I. LEWIS LIBBY,** | : | |
| a/k/a "Scooter Libby" | : | |
| | : | |

**GOVERNMENT'S SUBMISSION PURSUANT TO THE COURT'S
MEMORANDUM OPINION OF MARCH 10, 2006**

The United States of America, by Patrick J. Fitzgerald, Special Counsel, hereby respectfully submits the attached Declaration of Marilyn A. Dorn, Information Review Officer, Central Intelligence Agency, as required by this Court's Memorandum Opinion of March 10, 2006.

Respectfully submitted,

/s/
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on this 10th day of August, 2006, I caused true and correct copies of the foregoing motion and proposed order to be served on the following parties by electronic mail:

        William Jeffress, Esq.
        Baker Botts
        The Warner, 1299 Pennsylvania Avenue, N.W.
        Washington, DC 20004-2400
        Facsimile: 202-585-1087

        Theodore V. Wells, Esq.
        Paul Weiss
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Facsimile: 212-373-2217

        Joseph A. Tate, Esq.
        Dechert LLP
        4000 Bell Atlantic Tower, 1717 Arch Street
        Philadelphia, PA 19103-2793
        Facsimile: 215-994-2222

        John D. Cline, Esq.
        Jones Day
        555 California Street
        San Francisco, CA 94104
        Facsimile: 415-875-5700

                                  Patrick J. Fitzgerald
                                  Special Counsel
                                  Office of the United States Attorney
                                  Northern District of Illinois
                                  219 South Dearborn Street
                                  Chicago, Illinois 60604
                                  (312) 353-5300

                                  By: _____/s/_____
                                   Debra Riggs Bonamici
                                   Deputy Special Counsel