IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF MARILYN A. DORN
INFORMATION REVIEW OFFICER,
CENTRAL INTELLIGENCE AGENCY**

I, MARILYN A. DORN, hereby declare and state:

1. I continue to serve as the Information Review Officer (IRO) for the National Clandestine Service (NCS) of the Central Intelligence Agency (CIA). My background, duties, and responsibilities are described in my declaration dated 2 March 2006, which I hereby incorporate by reference.

2. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

3. In its 10 March 2006 Order, the Court ordered the Government to produce to the defendant either (1) redacted versions of the documents provided to the defendant during his morning intelligence briefing that were also viewed by the Vice President, or (2) topic overviews of the subject matter

contained in those documents, for the time periods 7 June - 14 July 2003, 12-16 October 2003, 24-28 November 2003, 3-7 March 2004, and 22-26 March 2004.

    4. The CIA provided the defendant with classified topic overviews of the documents provided during his morning intelligence briefing for the required dates in two installments on 17 May 2006 and 13 June 2006. Following consultation between counsel for the Government and the defendant, the CIA provided revised versions of the topic overviews in two installments on 7 July 2006 and 8 August 2006.

    5. At pages 22-23 of its 10 March 2006 Memorandum Opinion that accompanied its Order of the same date, the Court ordered that the Government's production be accompanied by an affidavit from the individual(s) who either redacted the documents or who compiled the topic overviews of the documents attesting that the production is an accurate representation of the topics that comprise the original documents. The purpose of this declaration is to provide the attestation required by the Court's order.

    6. I hereby certify that the revised topic overviews produced to the defendant are an accurate representation of the topics that comprise the subject matter contained in the original documents provided to the defendant during his morning intelligence briefing for the dates specified.

\* \* \* \*

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of August, 2006.

_____
Marilyn A. Dorn
Information Review Officer
National Clandestine Service
Central Intelligence Agency

3