UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) CR. NO. 05-394 (RBW) | |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby." ) | |
| ) | |

**DEFENDANT'S CONSOLIDATED CIPA § 5 NOTICE**