UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED WITH
COURT SECURITY OFFICER
Mac1sso
DATE 8/15/06

FILED
AUG 15 2006
NANCY MAYER WHITTINGTON, CL
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby." ) | |

**MEMORANDUM CONCERNING USE, RELEVANCE, AND
ADMISSIBILITY OF CLASSIFIED DOCUMENTS AND INFORMATION
LISTED IN DEFENDANT'S CONSOLIDATED CIPA § 5 NOTICE**