UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

**FILED**

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On July 31, 2006, the defendant filed a Motion to Admit Expert Testimony Under Federal Rule of Evidence 702. Accordingly, it is hereby this 16th day of August, 2006,

**ORDERED** that the government shall file a response to the defendant's motion by September 7, 2006, and the defendant shall file any reply thereto by September 15, 2006.

**SO ORDERED.**

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge