UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE CIPA § 6(b) NOTICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD,

Special Counsel, hereby moves this Court for a one-week extension of time to file its notice pursuant

to Section 6 (b) of the Classified Information Procedures Act (CIPA), Title 18, United States Code,

Appendix 3. In support of the motion, the government states as follows:

On April 21, 2006, this Court issued an order setting the following schedule for the conduct

of proceedings under CIPA in this case:

| | |
|---|---|
| August 15, 2006 | Defendant to file a final CIPA § 5 Notice identifying the classified information the defense reasonably intends or expects to disclose during pretrial proceedings or trial; |
| August 29, 2006 | Government to file a CIPA § 6(b) Notice identifying the classified information that will be at issue at the subsequent CIPA § 6(a) hearing; |
| September 12, 2006 | Government to file an omnibus response brief to defendant's use, relevance and admissibility arguments; |
| September 18, 2006 | Defense to file a reply to the government's response brief; |
| September 20, 2006 | CIPA § 6(a) hearing to be held. |

Subsequently, the CIPA § 6(a) hearing was rescheduled to September 25, 2006.

Defendant filed a Consolidated CIPA § 5 Notice on August 15, 2006. The relevant agencies

have been working since that time to complete a classification review of all documents identified

in defendant's Consolidated Notice.  Government counsel has been informed that, given the nature and volume of documents, it will not be possible to complete the classification review before August 29, 2006; however, such review could be completed on or before September 5, 2006.  Consequently, an extension of the deadline for filing the government's CIPA § 6(b) Notice is requested.  An extension will not necessitate a delay in the filing of the government's omnibus response brief on September 12, 2006, or in the CIPA § 6(a) hearing scheduled for September 25, 2006.

On August 24, 2006, government counsel advised defense counsel of the foregoing, and defense counsel indicated that the defense had no objection to an extension of time for the filing of the government's CIPA § 6(b) Notice.

Wherefore, the government respectfully requests that this Court grant it leave to file its CIPA § 6(b) Notice on or before September 5, 2006.

Respectfully submitted,


_____/s/_____
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300


Dated:   August 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**<u>ORDER</u>**

Upon consideration of the Government's Unopposed Motion for Extension of Time to File

CIPA § 6(b) Notice, it is hereby ORDERED that:

The government is granted leave to file its CIPA § 6(b) Notice on or before September 5,

2006.

Dated: _____          _____

                                    HON. REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 25th day of August, 2006, I caused true and correct copies of the foregoing motion and proposed order to be served on the following parties by electronic mail:

William Jeffress, Esq.
Baker Botts
The Warner, 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower, 1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

By: _____/s/_____
Debra Riggs Bonamici
Deputy Special Counsel