UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**FILED**

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Unopposed Motion for Extension of Time to File CIPA § 6(b) Notice, it is hereby ORDERED that:

The government is granted leave to file its CIPA § 6(b) Notice on or before September 5, 2006.

Dated: August 25, 2006

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE