UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

**MOTION TO SEAL GOVERNMENT'S CIPA SECTION 6(b) NOTICE**

The government hereby moves to seal the above-captioned filing because it refers to classified information and documents.

Respectfully submitted,

/s/
PETER R. ZEIDENBERG
Deputy Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated:   September 5, 2006.