THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
|     also known as Scooter Libby ) | |

### PETITION FOR *IN CAMERA* HEARING

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, Special Counsel, pursuant to Section 6(a) of CIPA, respectfully requests that this Court conduct an *in camera* hearing for the purpose of making all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during trial or pretrial proceedings in this matter. In support of this petition, the government submits the attached Certification in Support of Petition for *In Camera* Hearing.

Respectfully submitted,

/s/
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: September 5, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of September, 2006, I caused true and correct copies of the foregoing Petition for *In Camera* Hearing, together with the attached Certification in Support of Petition for *In Camera* Hearing, to be served on the following parties by electronic mail:

William Jeffress, Esq.
Baker Botts
The Warner, 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower, 1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

          Patrick J. Fitzgerald
          Special Counsel
          Office of the United States Attorney
          Northern District of Illinois
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-5300

          By: _____/s/_____
          Debra Riggs Bonamici
          Deputy Special Counsel