THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
|    also known as Scooter Libby ) | |

### CERTIFICATION IN SUPPORT OF PETITION FOR *IN CAMERA* HEARING

This certification is based upon review and consideration of documents and information at issue, including Defendant's Consolidated Section 5 Notice, and documents and other materials submitted by the pertinent agencies of the Government discussing the information sought to be disclosed by the defendant. This certification is also based upon discussions had with other Justice Department officials.

The undersigned certifies that a public proceeding under Section 6(a) of the Classified Information Procedures Act ("CIPA") in this matter may result in the disclosure of classified information.

Accordingly, the undersigned respectfully requests this Court, pursuant to Section 6(a) of CIPA, to conduct an *in camera* hearing and make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during trial or pretrial proceedings in this matter.

_____
PATRICK J. FITZGERALD
United States Attorney
Acting as Special Counsel

Subscribed and Sworn to before me
this 5th day of **September, 2006.**

_____
NOTARY PUBLIC

My Commission Expires: 04/25/2010

"OFFICIAL SEAL"
Margaret R. Cusack
Notary Public, State of Illinois
My Commission Exp. 04/25/2010