UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 05-394(RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY ) | |
|    also know as Scooter Libby ) | |

**GOVERNMENT'S REQUEST FOR AN *IN CAMERA* HEARING PURSUANT TO SECTION 6(a) OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

THE UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, SPECIAL COUNSEL, respectfully requests this Court to hold an *in camera* hearing pursuant to Section 6(a) of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3, to make all determinations concerning the use, relevance and admissibility of classified information that would otherwise be made during the trial of this case. In support of this motion, the Special Counsel has submitted a Petition certifying that a public proceeding may result in the disclosure of classified information. Pursuant to the provisions of CIPA Section 6 (b), the Special Counsel has also submitted, separately and under seal, a Notice which identifies for the Court and the Defendant the classified information that is at issue.

Respectfully submitted,

      /s/
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: September 5, 2006

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 5th day of September, 2006, I caused true and correct copies of the foregoing Request for an *In Camera* Hearing Pursuant to Section 6(a) of the Classified Information Procedures Act to be served on the following parties by electronic mail:

William Jeffress, Esq.
Baker Botts
The Warner, 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower, 1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

By: _____/s/_____
 Debra Riggs Bonamici
 Deputy Special Counsel