UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

### ORDER

Upon consideration of the government's Motion to Seal Government's CIPA Section 6(b) Notice, it is hereby,

**ORDERED** that this pleading shall be placed under seal in the Court files.

**SO ORDERED** this 6th day of September, 2006.

_____
REGGIE B. WALTON
United States District Judge