UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Criminal No. 05-394 (RBW)

I. LEWIS LIBBY,

        Defendant.

FILED
SEP 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's Petition for In Camera Hearing and the Government's Request for an In Camera Hearing Pursuant to Section 6(a) of the Classified Information Procedures Act, it is hereby this 6th day of September, 2006,

**ORDERED** that the government's motions are **GRANTED**. It is further

**ORDERED** that, as previously ordered, hearings to determine the use, relevance, or admissibility of the classified information at issue pursuant to CIPA Section 6(a) will commence on September 25, 2006, and continue everyday thereafter until completed. It is further

**ORDERED** that hearings pursuant to Section 6(c) will commence on October 10, 2006, and continue everyday thereafter until completed. It is further

**ORDERED** that the government's declassification team must be present during all Section 6(c) proceedings.

**SO ORDERED.**

                                            REGGIE B. WALTON
                                            United States District Judge