UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 05-394 (RBW) |
| | ) |
| I. LEWIS LIBBY, | ) |
| also known as "Scooter Libby," | ) |
| Defendant. | ) |

**NOTICE REGARDING MOTION TO CONTINUE TRIAL DATE**

Currently before the Court is Defendant I. Lewis Libby's motion requesting a continuance of the trial date from January 8, 2007 to February 12, 2007. This continuance was requested to avoid potential scheduling conflicts that could arise due to the anticipated length of a criminal case to be tried by Theodore V. Wells, Jr., Mr. Libby's trial counsel, in the Northern District of California, beginning on September 11, 2006 (the "California case"). As discussed below, in light of the anticipated schedule for the California case and the Court's staffing concerns, the defense requests that its request for a continuance until February 12 be modified to a request for a continuance until January 22.

In an order dated June 30, 2006, the Court deferred ruling on the pending motion. The Court explained that it had great reservations about granting the requested continuance unless absolutely necessary because such a continuance might cause the Court to lose the services of the clerk assigned to this case before the trial was completed. The Court ordered the defense to provide further notification about the anticipated completion date of the California case after a pretrial conference in the Northern District of California that was scheduled for August 31, 2006.

Case 1:05-cr-00394-RBW   Document 138   Filed 09/07/2006   Page 2 of 4

2

The pretrial conference was postponed to September 6, 2006. Based on the events of that conference and recent orders in the California case, we provide the following scheduling update with respect to that case:

1. Trial will commence on Monday, September 11. The week of September 11 to 15 has been reserved exclusively for jury selection. Prospective jurors will be told that testimony in this case, exclusive of jury deliberations, may last until the end of November.

2. Opening statements will occur on Monday, September 18.

3. The first day of trial testimony is scheduled for Wednesday, September 20.

4. The next day of testimony will occur on Tuesday, September 26, due to scheduling issues including the observance of Rosh Hashanah. However, in general, the Court does not plan to hear testimony on Tuesdays during the trial.

5. The government expects that its case will require four weeks of testimony.

6. The defense anticipates that its case will last approximately four weeks.

7. The government has reserved the right to put on a rebuttal case.

8. Trial proceedings will not be held on October 2 so that counsel can observe Yom Kippur.

The preceding scheduling information suggests that jury deliberations in the California case might not be completed until late November or early December – assuming there are no unforeseen delays. Accordingly, there remains a risk that developments in the California case could cause a scheduling conflict that affects the start of Mr. Libby's trial.

The defense believes that certainty with respect to the commencement of Mr. Libby's trial would greatly benefit the Court and the parties. The defense is also mindful that the Court wishes to avoid the hardship of losing the services of the clerk assigned to this case before the completion of the trial. Accordingly, the defense requests that its request for a continuance be modified from five weeks to two weeks, and that the trial begin on January 22. Such a modest continuance in the trial date will, we hope, avoid last-minute scheduling difficulties for the Court, the government, and defense counsel.

The government has advised defense counsel that it takes no position on this motion for a continuance of the trial date.

Mr. Libby consents to the exclusion of the period of delay resulting from this continuance under the Speedy Trial Act, 18 U.S.C. § 1361.

For the foregoing reasons, I. Lewis Libby respectfully requests that the Court continue the trial date until January 22, 2007.

Dated: September 7, 2006                    Respectfully submitted,

/s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr.
(DC Bar No. 468934)
James L. Brochin
(DC Bar No. 455456)
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:  (212) 373-3089
Fax: (212) 373-2217

/s/ Joseph A. Tate
Joseph A. Tate
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
Tel:  (215) 994-2350
Fax: (215) 994-2222

/s/ William H. Jeffress, Jr.
William H. Jeffress, Jr.
(DC Bar No. 041152)
Alex J. Bourelly
(DC Bar No. 441422)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 639-7751
Fax: (202) 585-1087

/s/ John D. Cline
John D. Cline
(D.C. Bar No. 403824)
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
Tel:  (415) 626-3939
Fax: (415) 875-5700