UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I.  LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## MOTION TO SEAL GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S ARGUMENTS REGARDING THE USE, RELEVANCE AND ADMISSIBILITY OF CLASSIFIED DOCUMENTS

The government hereby moves to seal the above-captioned filing because it refers to classified information and documents.

Respectfully submitted,

_____/s/_____
KATHLEEN M. KEDIAN
Deputy Special Counsel
Office of Special Counsel
1400 New York Ave., NW
Washington, D.C. 20005
202-514-1187

Dated:   September 12, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I.  LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**<u>ORDER</u>**

Upon consideration of the government's Motion to Seal Government's Memorandum in

Opposition to Defendant's Arguments Regarding the Use, Relevance and Admissibility of

Classified Documents, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: _____

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

_____

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12th day of September, 2006, I caused true

and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700


Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
202-514-1187

By:     /s/ Kathleen M. Kedian
        Deputy Special Counsel