UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED WITH THE
COURT SECURITY OFFICE
CSO: _Eric Hewitt_
DATE: _9-15-2006_

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.        )<br>)<br>I. LEWIS LIBBY,        )<br>    also known as "Scooter Libby."        )<br>) | CR. NO. 05-394 (RBW)<br><br>**FILED**<br><br>SEP 1 5 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**REPLY MEMORANDUM CONCERNING USE, RELEVANCE, AND
ADMISSIBILITY OF CLASSIFIED DOCUMENTS AND INFORMATION
LISTED IN DEFENDANT'S CONSOLIDATED CIPA § 5 NOTICE**