FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 10/10/06

RECEIVED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :   Criminal No. 05-0394 RBW
                                     :
v.                                   :   September 28, 2006
                                     :
I. LEWIS LIBBY,                      :   10:30 p.m.
                                     :
            Defendant                :
. . . . . . . . . . . . . . . . . . :

FILED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PATRICK FITZGERALD, ESQUIRE
                       DEBRA R. BONAMICI, ESQUIRE
                       OFFICE OF THE SPECIAL COUNSEL
                       219 Dearborn Street
                       Room 500
                       Chicago, Illinois  60604
                       (312) 353-5300

                       PETER ZEIDENBERG, ESQUIRE
                       KATHLEEN KEDIAN, ESQUIRE
                       U.S. DEPARTMENT OF JUSTICE
                       1400 New York Avenue, NW
                       Room 9422
                       Washington, D.C.  20005
                       (202) 353-4473

*Rebecca Stonestreet*         (202) 354-3249         kingreporter2@verizon.net