RECEIVED
OCT 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 10/10/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-0394 RBW |
| | : | |
| v. | : | September 27, 2006 |
| | : | |
| I. LEWIS LIBBY, | : | 1:30 p.m. |
| | : | |
| Defendant | : | |

FILED
OCT 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    PATRICK FITZGERALD, ESQUIRE
                       DEBRA R. BONAMICI, ESQUIRE
                       OFFICE OF THE SPECIAL COUNSEL
                       219 Dearborn Street
                       Room 500
                       Chicago, Illinois  60604
                       (312) 353-5300

                       PETER ZEIDENBERG, ESQUIRE
                       KATHLEEN KEDIAN, ESQUIRE
                       U.S. DEPARTMENT OF JUSTICE
                       1400 New York Avenue, NW
                       Room 9422
                       Washington, D.C.  20005
                       (202) 353-4473

*Rebecca Stonestreet*          (202) 354-3249          kingreporter2@verizon.net