FILED WITH THE
COURT SECURITY OFFICER
CSO: _MPC/SSO_    1
DATE: _10/17/06_

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        . Docket No. CR-05-0394 (RBW)
                                 .
        Plaintiff,                .
                                 . Washington, D.C.
        v.                        . October 3, 2006
                                 . 9:30 a.m.         FILED
I. LEWIS LIBBY,                  .
                                 .                OCT 17 2006
        Defendant.                .
. . . . . . . . . . . . .         NANCY MAYER WHITTINGTON, CLERK
            TRANSCRIPT OF CIPA HEARING    U.S. DISTRICT COURT
        BEFORE THE HONORABLE REGGIE B. WALTON
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      Office of the United States
                        Attorney For The Northern
                        District of Illinois
                        By: Patrick Fitzgerald, Esquire
                        219 South Dearborn Street
                        Chicago, Illinois 60604

                        U.S. Department of Justice.
                        By:  Peter R. Zeidenberg, Esquire.
                        1400 New York Avenue, Northwest.
                        Room 9422.
                        Washington, D.C. 20005.

For the Defendant:      Jones Day
                        By: John DeWitt Cline, Esquire
                        555 California Street
                        San Francisco, California 94104

                        Baker Botts, LLP
                        William H. Jeffress, Jr., Esquire
                        The Warner Building
                        1299 Pennsylvania Avenue, Northwest
                        Washington, D.C. 20004

Court Reporter:         Linda L. Russo, RPR
                        Official Court Reporter
                        Room 6403, U.S. Courthouse
                        Washington, D.C. 20001
                        202.354.3244
Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription
```

Linda L. Russo, RPR
Official Court Reporter