1

FILED WITH THE
COURT SECURITY OFFICER
GSO: _MARICCO_
DATE: 10/17/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
        Plaintiff,                  :   Docket No. CR 05-0394
                                    :
        v.                          :
                                    :
I. LEWIS LIBBY,                     :   Washington, D.C.
                                    :
        Defendant.                  :   Wednesday, October 4, 2006
                                    :   10:31 a.m.
                                    :

FILED
OCT 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF MOTION HEARING PROCEEDINGS
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the United States:      OFFICE OF THE UNITED STATES
                            ATTORNEY FOR THE NORTHERN
                            DISTRICT OF ILLINOIS
                            Patrick Fitgerald, Assistant US
                            Attorney
                            Debra R. Bonamici, Special Counsel
                            219 South Dearborn Street,
                            Chicago, Illinois  60604


                            U.S. DEPARTMENT OF JUSTICE
                            Kathleen Kedian, Assistant US
                            Attorney,
                            Peter Robert Zeidenberg, Assistant
                            US Attorney
                            1400 New York Avenue, NW
                            Room 9422
                            Washington, DC  20005

For the Defendant:          JONES DAY
                            John DeWitt Cline, Esq.
                            555 California Street,
                            26th Floor
                            San Francisco, CA  94104

FILED WITH THE
COURT SECURITY OFFICER
CSO: MADISSO
DATE: 10/17/06

```
(Cont.)
For the Defendant:          BAKER BOTTS, LLP
                            Alex Joseph Bourelly, Esq.
                            William H. Jeffress, Jr., Esq.
                            Alexandra M. Walsh, Esq.
                            The Warner Building
                            1299 Pennsylvania Avenue, NW
                            Washington, DC  20004

                            PAUL, WEISS, RIFKIND, WHARTON &
                            GARRISON
                            Theodore V. Wells, Esq.
                            James Lewis Brochin, Esq.
                            1285 Avenue of the Americas
                            New York, NY  10019

                            DECHERT, LLP
                            Joseph A. Tate, Esq.
                            2929 Arch Street
                            Cira Centre
                            Philadelphia, PA  19104


Court Reporter:             Scott L. Wallace, RDR, CRR
                            Official Court Reporter
                            Room 6413, U.S. Courthouse
                            Washington, D.C. 20001
                            202.326.0566

 Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```