**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby," | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND TIME TO FILE MOTIONS *IN LIMINE***

Defendant I. Lewis Libby, through his attorneys, and the United States of America, by Patrick J. Fitzgerald, Special Counsel, respectfully and jointly move this Court for an extension of time to file motions *in limine*.

The parties in the above-styled action currently are scheduled to file motions *in limine* by October 26, 2006, with responses due November 9, 2006, and replies due November 15, 2006. Given the parties' intense preoccupation with CIPA matters and preparations for the *Daubert* hearing on October 26, 2006, the parties respectfully request that motions *in limine* be due on November 9, 2006, with responses due on December 1, 2006, and replies due on December 8, 2006. The parties previously have not moved to extend these deadlines. The parties do not believe this schedule will affect the trial date.

For the foregoing reasons, the parties respectfully request that the Court issue the attached order.

Dated: October 19, 2006                          Respectfully submitted,


_____/s/_____                 _____/s/_____
Patrick J. Fitzgerald                            William H. Jeffress, Jr.
Office of the Special Counsel                    (D.C. Bar No. 041152)
Bond Building                                    Alex J. Bourelly
1400 New York Avenue, Ninth Floor                (D.C. Bar No. 441422)
Washington, DC NW 20530                          Baker Botts LLP
(202) 514-1187                                   1299 Pennsylvania Ave., NW
                                                 Washington, DC  20004
                                                 (202) 639-7751


                                                 _____/s/_____
                                                 Theodore V. Wells, Jr.
                                                 (D.C. Bar No. 468934)
                                                 James L. Brochin
                                                 (D.C. Bar No. 455456)
                                                 Paul, Weiss, Rifkind, Wharton
                                                   & Garrison LLP
                                                 1285 Avenue of the Americas
                                                 New York, NY  10019-6064
                                                 (212) 373-3089


                                                 _____/s/_____
                                                 John D. Cline
                                                 (D.C. Bar No. 403824)
                                                 Jones Day
                                                 555 California Street, 26th Floor
                                                 San Francisco, CA  94104
                                                 (415) 626-3939


                                                 _____/s/_____
                                                 Joseph A. Tate
                                                 Dechert LLP
                                                 2929 Arch Street
                                                 Cira Centre
                                                 Philadelphia, PA  19104