UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby," | ) | |
|     Defendant. | ) | |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Extend Time to File Motions *in Limine*, it is hereby

ORDERED that the Joint Motion to Extend Time to File Motions *in Limine* is GRANTED, and it is further

ORDERED that motions *in limine* shall be filed by November 9, 2006, responses shall be filed by December 1, 2006, and replies filed by December 8, 2006.


Date: _____                   _____
                                      REGGIE B. WALTON
                                      United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104
(215) 994-2350