UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Currently before the Court is the parties' Joint Motion to Extend Time to File Motions in Limine ("Joint Mot."). In this Court's February 3, 2006 scheduling order, the Court required that any motions in limine be filed by October 26, 2006, with responses due November 9, 2006, and replies due November 15, 2006. Feb. 3, 2006 Order. The parties now seek a two week extension of time for the filing of these motions due to their "intense preoccupation with CIPA matters and preparations for the Daubert hearing on October 26, 2006." Joint Mot. at 1.

While this Court appreciates the diligence of the parties, and the extraordinary efforts they have made to date to comply with the Court's pretrial schedule in this matter, in order for the Court to have sufficient time to fully consider the merits of any motions in limine, the Court cannot grant the parties the time they request.[1] The Court will, however, alter the schedule in order to give the parties slightly more time to file their motions. Accordingly, it is hereby

**ORDERED** that the Joint Motion to Extend Time to File Motions in Limine is

---

[1] As the parties are aware, Judge Walton will be on vacation in Jamaica beginning November 18, 2006 and it is particularly important for the expeditious resolution of these motions that Judge Walton have something to work on while relaxing on the beach.

**GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that the parties shall file motions in limine by October 30, 2006, responses shall be filed by November 13, 2006, and replies shall be filed by noon on November 17, 2006.

**SO ORDERED**  this 19th day of October, 2006.

_____
REGGIE B. WALTON
United States District Judge