UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>I. LEWIS LIBBY,　　　　　　　　　)<br>　　also known as "Scooter Libby"　) | CR. NO 05-394 (RBW) |

**MOTION TO SEAL GOVERNMENT'S SPECIFIC OBJECTIONS TO
CLASSIFIED INFORMATION DEFENDANT SEEKS TO ADMIT AT TRIAL**

The government hereby moves to seal the above-captioned filing because it contains classified information.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Kathleen M. Kedian
　　　　　　　　　　　　　　　　　　　　　　　Deputy Special Counsel
　　　　　　　　　　　　　　　　　　　　　　　1400 New York Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　(202) 353-4473

Dated:   October 22, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

**ORDER**

Upon consideration of the government's Motion to Seal Government's Specific Objections to Classified Information Defendant Seeks to Admit At Trial, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: _____

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 23rd day of October, 2006, I caused true and correct copies of the foregoing to be served on the following parties:

    William Jeffress, Esq.
    Baker Botts
    The Warner
    1299 Pennsylvania Avenue, N.W.
    Washington, DC 20004-2400
    Facsimile: 202-585-1087

    Theodore V. Wells, Esq.
    Paul Weiss
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Facsimile: 212-373-2217

    Joseph A. Tate, Esq.
    Dechert LLP
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA 19103-2793
    Facsimile: 215-994-2222

    John D. Cline, Esq.
    Jones Day
    555 California Street
    San Francisco, CA 94104
    Facsimile: 415-875-5700

    Patrick J. Fitzgerald
    Special Counsel
    U.S. Department of Justice
    10th & Constitution Ave., NW
    Washington, D.C. 20530
    202-514-1187

By:    /s/ Kathleen M. Kedian
    Deputy Special Counsel