UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) CR. NO 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby" )

## ORDER

Upon consideration of the government's Motion to Seal Government's Submission of

Documents in Connection with Government's October 18, 2006 Status Report, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: _October 20, 2006_           _Reggie B. Walton_

                                   HON. REGGIE B. WALTON
                                   UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

2