FILED WITH THE COURT SECURITY OFFICER
CSO: Macisso
DATE: 10/25/06

FILED
OCT 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby." ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S SPECIFIC OBJECTIONS TO CLASSIFIED INFORMATION DEFENDANT SEEKS TO ADMIT AT TRIAL**