UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby," | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

Upon consideration of the Mr. Libby's Motion *In Limine* To Preclude The Government From Offering Any Evidence Or Argument That His Disclosures Of Information From The October 2002 National Intelligence Estimate Was Illegal Or Improper, it is hereby

ORDERED that this motion is GRANTED, and it is further

ORDERED that the government cannot offer at trial any evidence or argument that Mr. Libby's discussions with Judith Miller or any other reporter about information contained in the October 2002 National Intelligence Estimate was in any way illegal or improper.


Date: _____                    _____
                                      REGGIE B. WALTON
                                      United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Alexandra M. Walsh, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939