UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|    also known as "Scooter Libby," | ) | |
|    Defendant. | ) | |

**PROPOSED ORDER**

Upon consideration of the Mr. Libby's Motion *In Limine* To Exclude Evidence And Argument Concerning Valerie Wilson's Employment Status And Actual Or Potential Damage Caused By Disclosure Of That Status, it is hereby

ORDERED that this motion is GRANTED, and it is further

ORDERED that the government cannot offer at trial any evidence or argument that Valerie Wilson's employment status with the Central Intelligence Agency (the "CIA") was, in fact, classified or covert. And it is further

ORDERED that the government cannot offer at trial any evidence or argument relating to actual or potential damage to the national security, the CIA, or Ms. Wilson attributable to the disclosure of Ms. Wilson's affiliation with the CIA, unless it is evidence that Mr. Libby knew of the likelihood of such damage prior to his conversations with reporters in July 2003.

Date: _____          _____
                            REGGIE B. WALTON
                            United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Alexandra M. Walsh, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7700

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939