UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
|     also known as "Scooter Libby," ) | |
|     Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of Mr. Libby's Motion *In Limine* to Exclude Evidence Relating To Reporters' First Amendment Litigation, Contempt Proceedings, And Judith Miller's Incarceration, it is hereby

ORDERED that this motion is GRANTED, and it is further

ORDERED that the government cannot offer at trial any evidence or argument concerning the following topics:

1. Whether any news reporters refused to testify in the government's investigation of the disclosure of Valerie Wilson's identity (the "investigation");

2. Litigation involving news reporters and relating to the investigation, including any news reporters' motions to quash grand jury subpoenas;

3. Threatened or actual contempt proceedings against any news reporter, including Judith Miller and Matthew Cooper, relating to the investigation; and

    4.    Judith Miller's imprisonment for contempt of court, including the letter dated September 15, 2005 that Mr. Libby sent to Ms. Miller in jail.


Date: _____                               _____
                                                        REGGIE B. WALTON
                                                        United States District Judge

| | |
|---|---|
| Patrick J. Fitzgerald, Esq. | William H. Jeffress, Jr., Esq. |
| Office of the Special Counsel | Alex J. Bourelly, Esq. |
| Bond Building | Baker Botts LLP |
| Ninth Floor | 1299 Pennsylvania Ave., NW |
| 1400 New York Ave., NW | Washington, DC  20004 |
| Washington, DC  20530 | Tel:  (202) 639-7751 |
| Tel:  (202) 514-1187 | Fax: (202) 585-1087 |
| Fax: (202) 514-3003 | |
| | Theodore V. Wells, Jr., Esq. |
| | James L. Brochin, Esq. |
| | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | 1285 Avenue of the Americas |
| | New York, NY  10019-6064 |
| | Tel:  (212) 373-3089 |
| | Fax: (212) 373-2217 |
| | |
| | John D. Cline, Esq. |
| | Jones Day |
| | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| | Tel:  (415) 626-3939 |
| | Fax: (415) 875-5700 |