UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## ORDER

Currently before the Court is the Motion of I. Lewis Libby to Admit Expert Testimony Under Federal Rule of Evidence 702. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the defendant's motion is **DENIED**.

**SO ORDERED** this 2nd day of November, 2006.

_____
REGGIE B. WALTON
United States District Judge