FILED WITH THE COURT SECURITY OFFICER
CSO: M Picasso
DATE: 11/2/06

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :   Docket No. CR05-0394
                               :   (RBW)
          Plaintiff,           :   October 26, 2006
                               :
                               :   3:25 p.m.
v.                             :
                               :
I. LEWIS LIBBY,                :
                               :
          Defendant.           :
. . . . . . . . . . . . . .    :
. .

**FILED**

NOV - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        Patrick Fitzgerald, Esq
                          Mr. Peter Zeidenberg, Esq.

For the Defendant:        Mr. Theodore Well, Esq.
                          Mr. William Jeffress,
                          Esq.
                          Mr. John Cline, Esq.
                          ~~Mr. Joseph A. Tate, Esq.~~

Court Reporter:           PATTY ARTRIP GELS, RMR
                          Official Court Reporter
                          Room 4800-C, U.S. Courthouse
                          Washington, D.C. 20001
                          (202) 962-0200