UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**MOTION TO SEAL GOVERNMENT'S MOTION PURSUANT TO CIPA § 6(c)
FOR SUBSTITUTIONS IN LIEU OF THE DISCLOSURE
<u>OF CLASSIFIED INFORMATION</u>**

The government hereby moves to seal the above-captioned filing because it contains classified information.

Respectfully submitted,

_____/s/_____
Kathleen M. Kedian
Deputy Special Counsel
1400 New York Ave., N.W.
Washington, D.C. 20005
(202) 353-4473

Dated:  November 7, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | CR. NO 05-394 (RBW) |
| v.  ) | |
| ) | |
| I. LEWIS LIBBY,  ) | |
|    also known as "Scooter Libby"  ) | |

## ORDER

Upon consideration of the government's Motion to Seal Government's Motion Pursuant to CIPA § 6(c) for Substitutions in Lieu of the Disclosure of Classified Information, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: _____

                                                    HON. REGGIE B. WALTON
                                                    UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 7th day of November, 2006, I caused true and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

                            Patrick J. Fitzgerald
                            Special Counsel
                            U.S. Department of Justice
                            10th & Constitution Ave., NW
                            Washington, D.C.  20530
                            202-514-1187

            By:    /s/ Kathleen M. Kedian
                    Deputy Special Counsel