UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

**MOTION TO SEAL AFFIDAVIT OF THE SPECIAL COUNSEL PURSUANT TO CLASSIFIED INFORMATION PROCEDURES ACT SECTION 6(c)(2)**

The government hereby moves, pursuant to CIPA § 6(c)(2), to submit ex parte and under seal the above-captioned filing.

Respectfully submitted,

_____/s/_____

Kathleen M. Kedian
Deputy Special Counsel
1400 New York Ave., N.W.
Washington, D.C. 20005
(202) 353-4473

Dated:   November 7, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## **ORDER**

Upon consideration of the government's Motion to Seal Affidavit of the Special Counsel

Pursuant to Classified Information Procedures Act Section 6(c)(2), it is hereby

ORDERED that the this pleading be placed under seal in the Court files.


Dated: _____

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

Joseph A. Tate, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Facsimile: 215-994-2222

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 7th day of November, 2006, I caused true

and correct copies of the foregoing to be served on the following parties:

> William Jeffress, Esq.
> Baker Botts
> The Warner
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2400
> Facsimile: 202-585-1087
>
> Theodore V. Wells, Esq.
> Paul Weiss
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> Facsimile: 212-373-2217
>
> Joseph A. Tate, Esq.
> Dechert LLP
> 4000 Bell Atlantic Tower
> 1717 Arch Street
> Philadelphia, PA 19103-2793
> Facsimile: 215-994-2222
>
> John D. Cline, Esq.
> Jones Day
> 555 California Street
> San Francisco, CA 94104
> Facsimile: 415-875-5700

> Patrick J. Fitzgerald
> Special Counsel
> U.S. Department of Justice
> 10th & Constitution Ave., NW
> Washington, D.C.  20530
> 202-514-1187

By:    /s/ Kathleen M. Kedian
      Deputy Special Counsel