FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 11-6-06

FILED
NOV - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby." )
)

**RESPONSE OF DEFENDANT I. LEWIS LIBBY TO GOVERNMENT'S FIRST
SET OF PROPOSED SUBSTITUTIONS**