1

FILED WITH THE
COURT SECURITY OFFICER
CSO: macisen
DATE: 11/7/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV - 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | . |
| Plaintiff, | . |
| | . CR No. 05-0394 (RBW) |
| v. | . |
| | . |
| I. LEWIS LIBBY, | . Washington, D.C. |
| | . Monday, October 30, 2006 |
| Defendant. | . 10:40 a.m. |

. . . . . . . . . . . . . .

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   PATRICK FITZGERALD, ESQUIRE
                      DEBRA R. BONAMICI, ESQUIRE
                      Office of the Special Counsel
                      219 Dearborn Street
                      Room 500
                      Chicago, Illinois  60604
                      312-353-5300

                      PETER ZEIDENBERG, ESQUIRE
                      KATHLEEN KEDIAN, ESQUIRE
                      U.S. Department of Justice
                      1400 New York Avenue, NW
                      Room 9422
                      Washington, D.C.  20005
                      202-353-4473

Bryan A. Wayne, RPR, CRR
Official Court Reporter