UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## ORDER

Currently before the Court is the Government's Motion Pursuant to CIPA Section 6(c) for Substitutions in Lieu of the Disclosure of Classified Information. For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED** that the government's motion is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED** this 13th day of November, 2006.

REGGIE B. WALTON
United States District Judge