FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 11/14/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby." | ) | |

**MEMORANDUM OF DEFENDANT I. LEWIS LIBBY ON LEGISLATIVE HISTORY OF CIPA SUBSTITUTION PROVISION**