UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       )
                                )
                                )
v.                              )   Criminal No. 05-394 (RBW)
                                )
I. LEWIS LIBBY,                 )
                                )
            Defendant.          )
_____)

## ORDER

This Court will place in the possession of the Central Intelligence Agency ("CIA") a copy of a binder containing highly sensitive documents, including topic overviews of the President's Daily Brief and the Terrorism Threat Matrices. This binder was provided to the Court as the use, relevance, and admissibility of these documents was at issue. While this Court is loath to entrust a portion of the official Court record with an agency outside of the judiciary, to ensure that the contents of these documents continue to receive the highest level of protection offered by the government, the Court reluctantly will permit them to be stored with the CIA. However, this binder and its contents will be sealed with this Judge's signature and must remain sealed until such time as this Court or a Court with appellate jurisdiction over this matter requests the documents. Accordingly, it is hereby

**ORDERED** that no party, other than this Court or a Court with appellate jurisdiction over this matter, shall unseal these documents. It is further

**ORDERED** that this binder and the documents contained within shall not be destroyed or altered in any fashion without an express order from this Court. It is further

**ORDERED** that any person who violates this order will be held in contempt of court.

**SO ORDERED** this 13th day of November, 2006.

                                                        REGGIE B. WALTON  
                                                        United States District Judge