FILED WITH THE
COURT SECURITY OFFICER
CSO: [illegible]
DATE: 11/15/06

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :    Docket No. CR05-0394
                                    :    (RBW)
            Plaintiff,              :    November 2, 2006
                                    :
                                    :    9:30 a.m.
v.                                  :
                                    :    **FILED**
I. LEWIS LIBBY,                     :
            Defendant.              :    NOV 15 2006
. . . . . . . . . . . . . . . .     :
                                         NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          PATRICK FITZGERALD, ESQ.
                            Office of the U.S. Attorney
                            Northern District of Illinois
                            219 South Dearborn Street
                            Chicago, Illinois 60604

                            PETER ROBERT ZEIDENBERG, ESQ.
                            KATHLEEN KEDIAN, ESQ.
                            U.S. Department of Justice
                            1400 New York Avenue
                            Washington, D.C. 20005

For the Defendant:          WILLIAM H. JEFFRESS, JR., ESQ.
                            Baker Botts, LLP
                            1299 Pennsylvania Avenue, NW
                            Washington, D.C. 20005