FILED WITH THE
COURT SECURITY OFFICER
CSO: _marissa_
DATE: _11/15/06_

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        :        Docket No. CR05-0394
                                 :        (RBW)
                Plaintiff,       :        November 7, 2006
                                 :
                                 :        2:30 p.m.
v.                               :
                                 :
I. LEWIS LIBBY,                  :        **FILED**
                Defendant.       :
. . . . . . . . . . . . . . .    :        NOV 1 5 2006
. .

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiff:        PATRICK FITZGERALD, ESQ.
                          Office of the U.S. Attorney
                          Northern District of Illinois
                          219 South Dearborn Street
                          Chicago, Illinois 60604

                          PETER ROBERT ZEIDENBERG, ESQ.
                          KATHLEEN KEDIAN, ESQ.
                          U.S. Department of Justice
                          1400 New York Avenue
                          Washington, D.C. 20005

For the Defendant:        WILLIAM H. JEFFRESS, JR., ESQ.
                          Baker Botts, LLP
                          1299 Pennsylvania Avenue, NW
                          Washington, D.C. 20005