UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )
v.                          )   Criminal No. 05-394 (RBW)
                            )
I. LEWIS LIBBY,             )
                            )
            Defendant.      )
_____)

### ORDER

It is well settled that the First Amendment to the Constitution guarantees that "[a]bsent an overriding interest articulated in findings, the trial of a criminal case must be open to the public." Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555, 581 (1980). While this Court has strived to make the proceedings in this action as transparent as possible, because the defendant seeks to introduce at trial evidence that is currently classified, this Court has been required to close to the public many proceedings and seal a substantial number of pleadings. In addition, this Court has issued a sealed opinion because it contains classified information. However, it is this Court's belief that after a classification review by the appropriate national security agencies, a substantial portion of this Court's opinion, the papers filed by the parties, and the transcripts of the closed proceedings will be deemed unclassified and can be made available to the public. To ensure that such review is conducted expeditiously, it is hereby

**ORDERED** that the government shall complete a classification review of this Court's November 15, 2006 Opinion by December 1, 2006. It is further

**ORDERED** that the government shall complete a classification review of the pleadings

filed under seal by January 15, 2007, and the transcripts of the classified proceedings by March 2, 2007.[1] It is further

**ORDERED** that the government shall provide redacted copies of these items to the Court immediately upon their completion.

**SO ORDERED** this 15th day of November, 2006.

REGGIE B. WALTON
United States District Judge

---

[1] The Court recognizes that there has been a substantial amount of classified information that has been discussed in the papers filed with this Court and addressed during the various closed hearings. Thus, upon a showing of good cause, this Court will entertain a motion to extend the time to complete the classification review.