UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        )
                                 )
                                 )
v.                               )   Criminal No. 05-394 (RBW)
                                 )
                                 )
I. LEWIS LIBBY,                  )
                                 )
      Defendant.                 )

## ORDER

On September 27, 2006, this Court commenced a series of hearings pursuant to Section 6(a) of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, § 6(a) (2000), to address the "use, relevance, and admissibility" at trial of certain classified documents and information the defendant desires to use as part of his defense. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the defendant's use of classified information and documents at trial shall be limited as set forth in the accompanying Memorandum Opinion.

**SO ORDERED** this 15th day of November, 2006.

REGGIE B. WALTON
United States District Judge

1