FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 11/15/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV 15 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal No. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## MEMORANDUM OPINION