FILED WITH THE
COURT SECURITY OFFICER
CSO: /s/ MacIsso
DATE: 11/16/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby." | ) | |

**RESPONSE OF DEFENDANT I. LEWIS LIBBY TO GOVERNMENT'S
PROPOSED SUBSTITUTIONS AS REVISED**