FILED WITH THE
COURT SECURITY OFFICER
CSO: __Marissa__
DATE: __11/16/06__

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby." | ) | |
| | ) | |

### MEMORANDUM OF I. LEWIS LIBBY REGARDING CIPA
### EXHIBITS 100, 178, AND 71