UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) CR. NO 05-394 (RBW) | **FILED** |
| v. ) | |
| ) | NOV 1 6 2006 |
| I. LEWIS LIBBY, ) | NANCY MAYER WHITTINGTON, CLERK |
| also known as "Scooter Libby" ) | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's Motion to Seal Government's Motion Pursuant to CIPA § 6(c) for Substitutions in Lieu of the Disclosure of Classified Information, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: 11/15/06

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530
202-514-1187
Facsimile: 202-514-3003

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087