# EXHIBIT A

# CBS NEWS

BACK | PRINT

## Armitage On CIA Leak: 'I Screwed Up'
**WASHINGTON, Sept. 7, 2006**

**(CBS)** In an exclusive interview with **CBS News national security correspondent David Martin**, Richard Armitage, once the No. 2 diplomat at the State Department, couldn't be any blunter.

"Oh I feel terrible. Every day, I think I let down the president. I let down the Secretary of State. I let down my department, my family and I also let down Mr. and Mrs. Wilson," he says.

When asked if he feels he owes the Wilsons an apology, he says, "I think I've just done it."

In July 2003, Armitage told columnist Robert Novak that Ambassador Wilson's wife worked for the CIA, and Novak mentioned it in a column. It's a crime to knowingly reveal the identity of an undercover CIA officer. But Armitage didn't yet realize what he had done.

So, what exactly did he tell Novak?

"At the end of a wide-ranging interview he asked me, 'Why did the CIA send Ambassador (Wilson) to Africa?' I said I didn't know, but that she worked out at the agency," Armitage says.

Armitage says he told Novak because it was "just an offhand question." "I didn't put any big import on it and I just answered and it was the last question we had," he says.

Armitage adds that while the document was classified, "it doesn't mean that every sentence in the document is classified."

"I had never seen a covered agent's name in any memo in, I think, 28 years of government," he says.

He adds that he thinks he referred to Wilson's wife as such, or possibly as "Mrs. Wilson." He never referred to her as Valerie Plame, he adds.

"I didn't know the woman's name was Plame. I didn't know she was an operative," he says.

He says he was reading Novak's newspaper column again, on Oct. 1, 2003, and "he said he was told by a non-partisan gun slinger."

"I almost immediately called Secretary Powell and said, 'I'm sure that was me,'" Armitage says.

Armitage immediately met with FBI agents investigating the leak.

"I told them that I was the inadvertent leak," Armitage says. He didn't get a lawyer, however.

"First of all, I felt so terrible about what I'd done that I felt I deserved whatever was coming to me. And secondarily, I didn't need an attorney to tell me to tell the truth. I as already doing that," Armitage explains. "I was not intentionally outing anybody. As I say, I have tremendous respect for Ambassador. Wilson's African credentials. I didn't know anything about his wife and made an offhand comment. I didn't try to out anybody."

That was nearly three years ago, but the political firestorm over who leaked Valerie Plame's identity continued to burn as Special Counsel Patrick Fitzgerald began hauling White House officials and journalists before a grand jury.

Armitage says he didn't come forward because "the special counsel, once he was appointed, asked me not to discuss this and I honored his request."

"I thought every day about how I'd screwed up," he adds.

Armitage never did tell the president, but he's talking now because Fitzgerald told him he could.

©MMVI, CBS Broadcasting Inc. All Rights Reserved.

Feedback    Terms of Service    Privacy Statement

# EXHIBIT B

# washingtonpost.com

## Armitage Says He Was Source of CIA Leak

He Says He Did Not Know Covert Status

By R. Jeffrey Smith
Washington Post Staff Writer
Friday, September 8, 2006; A03


Advertisement

Former Deputy Secretary of State Richard L. Armitage said yesterday that he believes he was the initial source for a 2003 newspaper column by Robert D. Novak that disclosed the CIA's previously secret employment of Valerie Plame, the wife of a prominent critic of the U.S. war in Iraq.

Armitage said that he learned about Plame's employment from a State Department memo that did not mention her covert status, and that he had no knowledge of it at the time. In 40 years of reading classified materials, Armitage said in a telephone interview, "I have never seen in a memo . . . a covert agent's name."

Novak's disclosure of Plame's CIA employment ultimately led to the appointment of a special counsel to investigate the leak. In October of last year, a grand jury indicted vice presidential chief of staff I. Lewis "Scooter" Libby on charges of lying to investigators about his conversations with reporters about Plame, forcing his resignation and embarrassing the White House.

But Armitage, who said he testified about his actions to a grand jury three times, was not charged for making the disclosure, a circumstance he attributes to his candor in speaking with investigators about his action. He turned over his computers and never even hired an attorney, Armitage said, because "I did not need an attorney to tell me to tell the truth."

The confirmation of Armitage's role has provoked criticism of both him and the special counsel, Patrick J. Fitzgerald, who learned of it shortly after his appointment in 2003. Some have questioned why Armitage waited so long to speak up about it, and why Fitzgerald spent two years appearing to chase a question that had already been answered.

Armitage said yesterday that he did not disclose his role before now because Fitzgerald had asked him not to. But word of his role eventually began to circulate, and on Tuesday, Armitage said, he asked Fitzgerald to be freed of that promise. Fitzgerald agreed.

Armitage said that he was asked, during the course of the investigation, whether he had discussed the leak in advance with other senior administration officials, and that he replied: "Hell, no."

Instead, he said, he divulged Plame's name in an offhand way at the end of his conversation with Novak, whom he had not previously met. Novak had asked him why former ambassador Joseph C. Wilson IV -- Plame's husband -- had been tasked to probe Iraq's alleged interest in acquiring nuclear materials.

"Novak asked me, 'Hey, why did the CIA send Mr. Wilson to Niger?' I said, 'I don't know, but I think his wife worked out there,' " Armitage said.

http://www.washingtonpost.com/wp-dyn/content/article/2006/09/07/AR2006090701781_...    11/16/2006

Case 1:05-cr-00394-RBW    Document 260-2    Filed 11/17/2006    Page 5 of 5

Novak asked because Wilson at the time was accusing the White House of deliberately distorting the intelligence it had received on Iraq's nuclear program to justify its invasion of the country, an allegation that infuriated Vice President Cheney and other top officials.

But Armitage said he did not realize that he was a source for Novak's subsequent column naming Plame until October 2003, when Novak identified one of his sources as someone who was not a "partisan gunslinger." That mention provoked Armitage to tell then-Secretary of State Colin L. Powell, who told the State Department's top lawyer, who in turn arranged for Armitage to speak with the Justice Department.

Armitage also acknowledged making a similar offhand remark about Plame earlier in 2003 to Washington Post Assistant Managing Editor Bob Woodward, who was researching a book about the decision to invade Iraq. Armitage said he deeply regrets embarrassing Powell, the State Department, his friends and family, and the Wilsons.

© 2006 The Washington Post Company

**Ads by Google**

**Fax with eFax - Try Free**
Over 10 million people using eFax. Fax by email. Start instantly.
www.efax.com