# EXHIBIT A

# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR · SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 · FACSIMILE: (415) 875-5700

Direct Number: 415-875-5812
jcline@jonesday.com

November 2, 2006

**VIA HAND-DELIVERY**

Patrick J. Fitzgerald, Esquire
Special Counsel
Office of Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW  20530

Re:    United States v. I. Lewis Libby, No. CR 05-394 (RBW)

Dear Mr. Fitzgerald:

The Court has now ruled that certain classified information on Mr. Libby's CIPA § 5 Notice is relevant and admissible at trial.  In light of the Court's § 6(a) rulings, we request that the government provide reciprocal disclosure under CIPA § 6(f) and acknowledge a continuing obligation to furnish such disclosure.  See, e.g., United States v. Lopez-Lima, 738 F. Supp. 1404, 1415 (S.D. Fla. 1990).

Section 6(f) provides in relevant part:

Whenever the court determines pursuant to subsection (a) that classified information may be disclosed in connection with a trial or pretrial proceeding, the court shall, unless the interests of fairness do not so require, order the United States to provide the defendant with the information it expects to use to rebut the classified information.  The court may place the United States under a continuing duty to disclose such rebuttal information.

CIPA § 6(f).  We note that § 6(f) applies to rebuttal information in the government's case-in-chief, as well as in its rebuttal case.  See United States v. North, 910 F.2d 843, 902 n.40, modified on other grounds, 920 F.2d 940 (D.C. Cir. 1990).  As with the defendant's notice obligation under CIPA § 5(a), the government's duty under § 6(f) extends to "information" in any form, whether testimonial or documentary.  The government's § 6(f) duty includes all

JONES DAY

Patrick J. Fitzgerald, Esquire
November 2, 2006
Page 2


information that the government will use to rebut the classified information that the Court has found relevant and admissible, whether or not the rebuttal information is classified.

We would appreciate a prompt response to this request so we can raise the § 6(f) issue with the Court if necessary.

Very truly yours,

John D. Cline