Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 05-CR-394 |
| ) | |
| I. LEWIS LIBBY, also known as ) | |
| Scooter Libby ) | |

### NOTICE OF APPEAL

Name and address of appellant

United States of America

Name and address of appellant's attorney

Patrick J. Fitzgerald, Special Counsel
United States Attorney's Office
219 South Dearborn, 5th Floor
Chicago, Illinois 60604

Offense: 18 U.S.C. §§ 1503, 1001(a)(2), and 1623

Concise statement of judgment or order, giving date, and any sentence

> Order and Memorandum Opinion filed and entered on the docket on November 15, 2006, pursuant to CIPA § 6(a) of the Classified Information Procedures Act, 18 U.S.C. App. III, § 6(a)(2000), determining the use, relevance and admissibility of certain classified information which defendant seeks to disclose at trial.

Name and institution where now confined, if not on bail: N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

11/22/06
DATE

_United States of America_
APPELLANT

_Patrick J. Fitzgerald / Kmk_
ATTORNEY FOR APPELLANT

CJA, NO FEE  N/A
PAID USDC FEE N/A
PAID USCA FEE N/A

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? No