```
                                          FILED WITH THE
                                          COURT SECURITY OFFICER
                                          CSO: [signature]
                                          DATE: 11/27/06
```

              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         . Docket No. CR-05-0394 (RBW)
                                  .
      Plaintiff,                  .
                                  . Washington, D.C.
      v.                          . November 17, 2006
                                  . 10:00 a.m.
I. LEWIS LIBBY,                   .
                                  .        FILED
      Defendant.                  .
. . . . . . . . . . . . . . . . . .      NOV 27 2006
            TRANSCRIPT OF CIPA HEARING
       BEFORE THE HONORABLE REGGIE B. WALTON    NANCY MAYER WHITTINGTON, CLERK
              UNITED STATES DISTRICT JUDGE         U.S. DISTRICT COURT

APPEARANCES:

For the Plaintiff:          Office of the United States
                            Attorney For The Northern
                            District of Illinois
                            By: Patrick Fitzgerald, Esquire
                            219 South Dearborn Street
                            Chicago, Illinois 60604

                            U.S. Department of Justice.
                            By: Peter R. Zeidenberg, Esquire.
                            1400 New York Avenue, Northwest.
                            Room 9422.
                            Washington, D.C. 20005.

For the Defendant:          Jones Day
                            By: John DeWitt Cline, Esquire
                            555 California Street
                            San Francisco, California 94104

                            Baker Botts, LLP
                            William H. Jeffress, Jr., Esquire
                            The Warner Building
                            1299 Pennsylvania Avenue, Northwest
                            Washington, D.C. 20004

Court Reporter:             Linda L. Russo, RPR
                            Official Court Reporter
                            Room 6403, U.S. Courthouse
                            Washington, D.C. 20001
                            202.354.3244

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription

                        Linda L. Russo, RPR
                       Official Court Reporter