1

FILED WITH THE
COURT SECURITY OFFICER
CSO: *Marisa*
DATE: 11/27/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-0394 RBW |
| v. | : | November 16, 2006 |
| I. LEWIS LIBBY, | : | 1:45 p.m. |
| Defendant | : | AFTERNOON SESSION |

FILED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF CIPA HEARING
AFTERNOON SESSION
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         PATRICK FITZGERALD, ESQUIRE
                            DEBRA R. BONAMICI, ESQUIRE
                            OFFICE OF THE SPECIAL COUNSEL
                            219 Dearborn Street
                            Room 500
                            Chicago, Illinois  60604
                            (312) 353-5300

                            PETER ZEIDENBERG, ESQUIRE
                            KATHLEEN KEDIAN, ESQUIRE
                            U.S. DEPARTMENT OF JUSTICE
                            1400 New York Avenue, NW
                            Room 9422
                            Washington, D.C.  20005
                            (202) 353-4473

*Rebecca Stonestreet          (202) 354-3249          kingreporter2@verizon.net*