1

FILED WITH THE
COURT SECURITY OFFICER
CSO: MAC/SS
DATE: 11/21/06

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :    Docket No. CR05-0394
                    :    (RBW)
       Plaintiff,    :    November 16, 2006
                    :
v.                   :    9:30 a.m.
                    :
I. LEWIS LIBBY,         :
       Defendant.    :

FILED

NOV 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      PATRICK FITZGERALD, ESQ.
                      Office of the U.S. Attorney
                      Northern District of Illinois
                      219 South Dearborn Street
                      Chicago, Illinois 60604

                      PETER ROBERT ZEIDENBERG, ESQ.
                      KATHLEEN KEDIAN, ESQ.
                      U.S. Department of Justice
                      1400 New York Avenue
                      Washington, D.C. 20005

For the Defendant:     WILLIAM H. JEFFRESS, JR., ESQ.
                      Baker Botts, LLP
                      1299 Pennsylvania Avenue, NW
                      Washington, D.C. 20005