FILED WITH THE
COURT SECURITY OFFICER
CSO: MacIsso
DATE: 12/5/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
) FILED
)
I. LEWIS LIBBY, ) DEC - 5 2006
    also known as "Scooter Libby." )
) NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RESPONSE OF DEFENDANT I. LEWIS LIBBY TO GOVERNMENT'S
DECEMBER 4 REVISED SUBSTITUTIONS**

RECEIVED

DEC 0 5 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT