UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )          CR. NO 05-394 (RBW)
          v.                      )
                                  )
I.  LEWIS LIBBY,                  )
     also known as "Scooter Libby"    )


**NOTICE OF FILING**

The United States of America, by and through its attorney, Special Counsel Patrick

Fitzgerald, hereby provides notice that the government has filed an *ex parte* and *in*

*camera* affidavit with the Court pursuant to Section 6(c)(2) of the Classified Information

Procedures Act.

                                        _____/s/_____
                                        Patrick J. Fitzgerald
                                        Special Counsel


Dated:        December 7, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 7th day of December, 2006, I caused true

and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087


John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700



Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
202-514-1187

By:  _____/s/_____
Kathleen M. Kedian
Deputy Special Counsel