UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,         )
                                  )
                                  )
v.                                )   Criminal No. 05-394 (RBW)
                                  )
                                  )
I. LEWIS LIBBY,                   )
                                  )
        Defendant.                )
_____)

## ORDER

On November 7, 2006, the Court commenced hearings pursuant to Section 6(c) of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III (2000), to assess whether the substitutions proposed by the government for the documents and information this Court had ruled are relevant and admissible during the CIPA Section 6(a) proceedings "provide the defendant substantially the same ability to make his defense as would disclosure of the specific classified information." For the reasons set forth during the CIPA Section 6(c) proceedings and in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the Government's Supplemental Motion Pursuant to CIPA Section 6(c) for Substitutions in Lieu of Disclosure of Classified Information is **GRANTED**. It is further

**ORDERED** that the government shall complete a classification review of this Court's December 8, 2006 Opinion by December 22, 2006.

**SO ORDERED** this 8th day of December, 2006.

REGGIE B. WALTON
United States District Judge