FILED WITH THE
COURT SECURITY OFFICER
CSO: _Maciesco_
DATE: _12/11/06_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Criminal No. 05-394 (RBW) |
|  | ) |
| I. LEWIS LIBBY, | ) |
|  | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**