

# Office of Special Counsel

---

*Patrick J. Fitzgerald*  *Chicago Office*: Dirksen Federal Building      *Washington Office*: Bond Federal Building
*Special Counsel*                   219 South Dearborn Street, Fifth Floor                    1400 New York Avenue, Ninth Floor
                                    Chicago, Illinois 60604                                   Washington, DC  20530
                                    (312) 353-5300                                            (202) 514-1187

*Please address all correspondence to the Washington Office*

October 25, 2006

William Jeffress, Esquire
BAKER BOTTS
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

Re: United States v. I. Lewis Libby

Dear Bill,

    This letter is in response to your letter of October 20, 2006, in which you inquire whether it remains the government's intention to introduce at trial the entirety of Mr. Libby's grand jury testimony. We have reflected on this matter and the short answer to your question is, "Yes, we do."

    Although we do not presently plan to play a tape or read to the jury the entirety of the transcripts, we do intend to introduce both of Mr. Libby's transcripts, so that the jury can, if they wish, review them in their entirety. We intend to publish to the jury selected portions of the transcript in our case-in-chief. We will, prior to trial, advise you of the transcript portions we have selected for publication, but we are not likely to make those selections until much closer to the trial date. Obviously, any decisions we make pre-trial regarding what we will seek to publish to the jury may well be affected by what occurs at trial.

    Should you have any questions or comments regarding any of the foregoing, or should you wish to discuss this matter generally, please do not hesitate to call me at the number listed above.

Very truly yours,

*[signature: Peter Zeidenberg (for)]*

PATRICK J. FITZGERALD
Special Counsel