UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
|     also known as "Scooter Libby," ) | |
|     Defendant. ) | |

**NOTICE OF SUPPLEMENTAL EXHIBITS IN CONNECTION WITH MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO REPORTERS' FIRST AMENDMENT LITIGATION, CONTEMPT PROCEEDINGS, AND JUDITH MILLER'S INCARCERATION**

I. Lewis Libby, by and through his counsel, hereby notices his intent to supplement the record. On October 30, 2006, Mr. Libby filed his Motion *in Limine* to Exclude Evidence Relating to Reporters' First Amendment Litigation, Contempt Proceedings, and Judith Miller's Incarceration. Mr. Libby attached several articles and letters to that motion as exhibits.

Mr. Libby now seeks to supplement the record for this motion with his letter of September 15, 2005, to Judith Miller; a September 16, 2005 letter from his counsel, Joseph A. Tate, to Floyd Abrams, then counsel to Ms. Miller; an October 16, 2005 *New York Times* article written about Ms. Miller by Don van Natta, Jr., Adam Liptak, and Clifford Levy; and a July 12, 2006 column written by Robert Novak titled *My Leak Case Testimony* so that the Court has a complete record. These documents are attached as Exhibits A to D of this notice.

Dated: December 19, 2006                    Respectfully submitted,

|  |  |
|---|---|
| /s/ | /s/ |
| Theodore V. Wells, Jr. | William H. Jeffress, Jr. |
| (D.C. Bar No. 468934) | (D.C. Bar No. 041152) |
| James L. Brochin | Alex J. Bourelly |
| (D.C. Bar No. 455456) | (D.C. Bar No. 441422) |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Baker Botts LLP |
| 1285 Avenue of the Americas | 1299 Pennsylvania Ave., NW |
| New York, NY 10019-6064 | Washington, DC 20004 |
| (212) 373-3089 | (202) 639-7751 |

/s/
John D. Cline
(D.C. Bar No. 403824)
K.C. Maxwell
(*pro hac vice*)
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
 (415) 626-3939