UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.                                    Criminal No. 05-394 (RBW)

I. LEWIS LIBBY,

        Defendant.

## ORDER

On January 10, 2007 at 9:30 a.m., this Court will hold a further status conference in this matter. As part of that hearing, the Court anticipates discussing whether the public and the press should have limited access to portions of the voir dire process consistent with Cable News Network, Inc. v. United States, 824 F.2d 1046 (D.C. Cir. 1987). Specifically, the Court anticipates limiting the number of journalists[1] who can be present in the Courtroom for the voir dire process[2] and pursuant to Cable News Network, 824 F.2d at 1048, conducting portions of the individual voir dire in camera. To ensure that all interested parties are heard on this matter, it is hereby,

**ORDERED** that any interested party who wishes to be heard on this matter shall file an Application for Relief pursuant to Local Criminal Rule 57.6 by January 4, 2007.

**SO ORDERED** this 19th day of December, 2006.

REGGIE B. WALTON
United States District Judge

---

[1] The Court anticipates allowing two journalists to view the voir dire proceedings from the courtroom.

[2] Although only a limited number of journalists will be permitted to have access to the courtroom during the voir dire process, a closed circuit video feed of these proceedings will be broadcast to a media room located in the courthouse for others journalists to view.