UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

### MOTION TO SEAL NOTICE OF FILING OF SUBSTITUTIONS / REDACTIONS TO CLASSIFIED GOVERNMENT EXHIBITS

The government hereby moves to seal the above-captioned filing because it contains classified information.

Respectfully submitted,

_____
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: December 22, 2006.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 22nd day of December, 2006, I caused true and correct copies of the foregoing to be served on the following parties:

> William Jeffress, Esq.
> Baker Botts
> The Warner
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2400
> Facsimile: 202-585-1087
>
> Theodore V. Wells, Esq.
> Paul Weiss
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> Facsimile: 212-373-2217
>
> John D. Cline, Esq.
> Jones Day
> 555 California Street
> San Francisco, CA 94104
> Facsimile: 415-875-5700

> Patrick J. Fitzgerald
> Special Counsel
> U.S. Department of Justice
> 10th & Constitution Ave., NW
> Washington, D.C. 20530
> 202-514-1187

By: _____/s/_____
 Kathleen M. Kedian
 Deputy Special Counsel