FILED WITH THE
COURT SECURITY OFFICER
CSO: Mousen
DATE: 1/3/07

FILED

JAN - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby." ) | |

**DEFENDANT'S SECOND SUPPLEMENTAL CIPA § 5 NOTICE**