FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 05-394 (RBW) |
| ) | FILED |
| I. LEWIS LIBBY,           ) | JAN - 4 2007 |
|     also known as "Scooter Libby."  ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

## DEFENDANT'S SUPPLEMENTAL CIPA § 5 NOTICE

RECEIVED

JAN - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT