FILED WITH THE
COURT SECURITY OFFICER
CSO: Morissa
DATE: 1/3/07

RECEIVED
JAN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
JAN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby." ) | |

**MOTION FOR RECONSIDERATION OF COURT'S DECEMBER 8 RULING
ON SUBSTITUTION FOR DOCUMENT 217**