FILED WITH THE COURT SECURITY OFFICER
CSO: [signature]
DATE: 1/2/07

FILED
JAN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby." | ) | |

**MEMORANDUM CONCERNING SUPPLEMENTAL CIPA § 5 NOTICE, OBJECTIONS TO GOVERNMENT'S PROPOSED SUBSTITUTIONS FOR GOVERNMENT EXHIBITS, AND REQUEST FOR CLARIFICATION**