FILED WITH THE COURT SECURITY OFFICER
CSO: [signature]
DATE: 1/3/07

FILED
JAN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
    also known as "Scooter Libby." )
)

**MEMORANDUM CONCERNING SUPPLEMENTAL CIPA § 5 NOTICE,
OBJECTIONS TO GOVERNMENT'S PROPOSED SUBSTITUTIONS FOR
GOVERNMENT EXHIBITS, AND REQUEST FOR CLARIFICATION**