UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-394 (RBW) |
| I. LEWIS LIBBY, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the government's Motion to Seal Government's Notice of Filing of Substitutions/Redactions to Classified Government Exhibits, it is hereby

**ORDERED** that this filing shall be placed under seal in the Court files.

**SO ORDERED** this 27th day of December, 2006.

_____
REGGIE B. WALTON
United States District Judge