UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )

## ORDER

On November 18, 2005, this Court issued an Order allowing the defense access to the E. Barrett Prettyman Courthouse outside of normal business hours in order to adequately prepare for the defense in this case. Nov. 18, 2005 Order. The government has requested a similar Order permitting it access to the E. Barrett Prettyman Courthouse, and specifically its litigation support room, outside of normal business hours during the course of the trial in order to adequately prepare for the prosecution of this case. Accordingly, it is hereby this 5th day of January, 2007,

**ORDERED** that the following individuals shall be granted access to the E. Barrett Prettyman Courthouse 24 hours a day/7 days per week from the date of this Order until the conclusion of the trial of this matter: Patrick Fitzgerald, Peter Zeidenberg, Kathleen Kedian, Debra Bonamici, Debbie Bond, Gerard Francisco, Jared Richards, Katie Hance, Bonnie Hansen, and Harry Brady.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge