UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## ORDER

This Court has not yet requested that the parties submit proposed verdict forms. Accordingly, it is hereby this 11th day of January, 2007,

**ORDERED** that the parties shall, by January 29, 2007, submit proposed verdict forms. The proposed verdict form should, for each count of the indictment, delineate the specific conduct that the jury must consider in deciding whether the government has proven beyond a reasonable doubt that the defendant is guilty of the charged offenses.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge