FILED WITH THE
COURT SECURITY OFFICER
CSO: Macisso
DATE: 1/12/07

1

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       . Docket No. CR-05-0394 (RBW)
                                .
     Plaintiff,                 .
                                . Washington, D.C.
     v.                         . January 10, 2007
                                . 10:30 a.m.
I. LEWIS LIBBY,                 .
                                .
     Defendant.                 .
. . . . . . . . . . . . . . . . .
              TRANSCRIPT OF CIPA HEARING
       BEFORE THE HONORABLE REGGIE B. WALTON
              UNITED STATES DISTRICT JUDGE
APPEARANCES:

For the Plaintiff:        Office of the United States
                          Attorney For The Northern
                          District of Illinois
                          By: Patrick Fitzgerald, Esquire
                          219 South Dearborn Street
                          Chicago, Illinois 60604

                          U.S. Department of Justice.
                          By:  Peter R. Zeidenberg, Esquire.
                          1400 New York Avenue, Northwest.
                          Room 9422.
                          Washington, D.C. 20005.

For the Defendant:        Jones Day
                          By: John DeWitt Cline, Esquire
                          555 California Street
                          San Francisco, California 94104

                          Baker Botts, LLP
                          William H. Jeffress, Jr., Esquire
                          The Warner Building
                          1299 Pennsylvania Avenue, Northwest
                          Washington, D.C. 20004

Court Reporter:           Linda L. Russo, RPR
                          Official Court Reporter
                          Room 6403, U.S. Courthouse
                          Washington, D.C. 20001
                          202.354.3244

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription
```

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                    Linda L. Russo, RPR
                    Official Court Reporter