UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

### MOTION TO EXTEND TIME FOR COMPLETION
### OF CLASSIFICATION REVIEW

The government hereby moves to extend time for completion of the classification review of the pleadings filed under seal in this matter. In an order dated November 15, 2006, the Court ordered that the classification review of the Court's November 15, 2006 opinion be completed by December 1, 2006; that the classification review of the pleadings filed under seal in this matter be completed by January 15, 2007; and that the classification review of the transcripts of the classified proceedings be completed by March 2, 2007. In addition, in an order dated December 11, 2006, the Court ordered that a classification review of the Court's December 8, 2006 opinion be completed by December 22, 2006.

With great efforts by the appropriate national security agencies, the government met both the Court's December 1, 2006 and December 22, 2006 classification review deadlines. The national security agencies have continued to work diligently on the classification review of the pleadings and the transcripts; however, they have given priority to activities necessary to avoid a delay in the trial start date of January 16, 2007.

In light of those activities, and the fact that there are a very limited number of personnel responsible for conducting the necessary classification reviews, the government is unable to meet the January 15, 2006 deadline for completion of the classification review of the pleadings. The government respectfully requests that the Court extend the deadline for completion of the classification review of the pleadings until March 2, 2007.

Respectfully submitted,

_____
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: January 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

**ORDER**

Upon consideration of the government's Motion to Extend Time for Completion of Classification Review, it is hereby,

ORDERED that the Motion to Extend Time for Completion of Classification Review is GRANTED.

Dated: _____       _____
                                                         HON. REGGIE B. WALTON
                                                         UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 13th day of January 2007, I caused true and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

                                      Patrick J. Fitzgerald
                                      Special Counsel
                                      U.S. Department of Justice
                                      10th & Constitution Ave., NW
                                      Washington, D.C.  20530
                                      202-514-1187

By:         /s/         
               Kathleen M. Kedian
               Deputy Special Counsel