UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )  CR. NO 05-394 (RBW)
     v.                  )
                         )
I. LEWIS LIBBY,          )
     also known as "Scooter Libby" )

**FILED**

JAN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the government's Motion to Seal Government's Response to Defendant's Motion in Limine to Redact Portions of Defendant's Grand Jury Testimony, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: January 18, 2007

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE