UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,           )
                                    )
                                    )
                                    )
v.                                  )   Criminal No. 05-394 (RBW)
                                    )
I. LEWIS LIBBY,                     )
                                    )
            Defendant.              )
                                    )

## ORDER

To ensure that the jury selection process is not tainted by the public disclosure of discussions between the Court and counsel that occur at the bench and to ensure that such revelations do not impair the parties' right to receive a fair trial from the jurors selected to serve on this case, it is on this 18th day of January, 2007, hereby

**ORDERED** that the bench conferences conducted during the jury selection process and during the trial will be placed under seal until the completion of the trial in this matter.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge