FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: __1/25/07__                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      . Docket No. CR-05-0394 (RBW)

     Plaintiff,           .

                    . Washington, D.C.
       v.             . January 19, 2007
                    . 3:00 p.m.

I. LEWIS LIBBY,

     Defendant.        .

. . . . . . . . . . . . .

TRANSCRIPT OF CIPA HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

FILED

JAN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPEARANCES:

For the Plaintiff:      Office of the United States
                        Attorney For The Northern
                        District of Illinois
                        By: Patrick Fitzgerald, Esquire
                        219 South Dearborn Street
                        Chicago, Illinois 60604

                        U.S. Department of Justice.
                        By:  Peter R. Zeidenberg, Esquire.
                        1400 New York Avenue, Northwest.
                        Room 9422.
                        Washington, D.C. 20005.

For the Defendant:      Jones Day
                        By: John DeWitt Cline, Esquire
                        555 California Street
                        San Francisco, California 94104

                        Baker Botts, LLP
                        William H. Jeffress, Jr., Esquire
                        The Warner Building
                        1299 Pennsylvania Avenue, Northwest
                        Washington, D.C. 20004

Court Reporter:        Linda L. Russo, RPR
                        Official Court Reporter
                        Room 6403, U.S. Courthouse
                        Washington, D.C. 20001
                        202.354.3244

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription