UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY, )<br>    also known as "Scooter Libby," )<br>    Defendant. ) | CR. NO. 05-394 (RBW) |

**PROPOSED ORDER**

Upon consideration of Mr. Libby's January 26, 2006 Motion *In Limine* it is hereby ORDERED that this motion is GRANTED.

Date: _____

_____
REGGIE B. WALTON
United States District Judge

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
Ninth Floor
1400 New York Ave., NW
Washington, DC  20530
Tel:  (202) 514-1187
Fax: (202) 514-3003

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
Tel:  (202) 639-7751
Fax: (202) 585-1087

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:  (212) 373-3089
Fax: (212) 373-2217

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
Tel:  (415) 626-3939
Fax: (415) 875-5700