UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## NOTICE OF FILING

The United States of America, by and through its attorney, Special Counsel Patrick Fitzgerald, hereby provides notice that the government has filed an *ex parte* and *in camera* affidavit in support of its Memorandum in Opposition to the Defendant's Dual Requests Concerning the Testimony of Witness Ari Fleischer.

/s/
Patrick J. Fitzgerald
Special Counsel

Dated: January 28, 2007

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 28th day of January, 2007, I caused a true and correct copy of the foregoing to be served on the following parties by electronic mail:

      William Jeffress, Esq.
      Baker Botts
      The Warner
      1299 Pennsylvania Avenue, N.W.
      Washington, DC 20004-2400
      Facsimile: 202-585-1087

      Theodore V. Wells, Esq.
      Paul Weiss
      1285 Avenue of the Americas
      New York, NY 10019-6064
      Facsimile: 212-373-2217

      John D. Cline, Esq.
      Jones Day
      555 California Street
      San Francisco, CA 94104
      Facsimile: 415-875-5700

      Patrick J. Fitzgerald
      Special Counsel
      U.S. Department of Justice
      1400 New York Ave., N.W.
      Washington, D.C. 20530
      202-514-1187

      By: _____/s/_____
      Debra Riggs Bonamici
      Deputy Special Counsel