UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby" | ) | |

**VERDICT FORM**

**Count One**

      Count One alleges that Mr. Libby obstructed justice. To be found Guilty of this count, the jury <u>must</u> unanimously agree that the government proved beyond a reasonable doubt that Mr. Libby corruptly endeavored to influence, obstruct, or impede the due administration of justice by knowingly and deliberately making materially false and intentionally misleading statements to the grand jury, and that Mr. Libby knew the statements were false at the time he made them.

      With respect to each of the three statements listed below, we the jury unanimously find that the government **[has failed to prove/has proved]** beyond a reasonable doubt that the statement was materially false and intentionally misleading, and that Mr. Libby knew this when he made the statement to the grand jury:

| | |
|---|---|
| When Mr. Libby spoke with Tim Russert of *NBC News* on July 10 or 11, 2003, Mr. Russert asked Mr. Libby if Mr. Libby knew that Joseph Wilson's wife worked for the CIA and that all the reporters knew it; and, that at the time of this conversation, Mr. Libby was surprised to hear that Mr. Wilson's wife worked for the CIA. | Failed to Prove ___  Proved ___ |
| Mr. Libby advised Matthew Cooper of *Time* magazine on or about July 12, 2003 that he had heard that other reporters were saying that Mr. Wilson's wife worked for the CIA, and further advised him that Mr. Libby did not know whether this assertion was true. | Failed to Prove ___  Proved ___ |
| Mr. Libby advised Judith Miller of the *New York Times* on or about June 12, 2003 that he had heard that other reporters were saying that Mr. Wilson's wife worked for the CIA, but that Mr. Libby did not know whether that | Failed to Prove ___  Proved ___ |

assertion was true.

With respect to the offense of obstruction of justice, we the jury unanimously find Mr. Libby:

**Not Guilty** _____        **Guilty** _____

**Count Two**

Count Two alleges that Mr. Libby made false statements to the Federal Bureau of Investigation. For Mr. Libby to be found Guilty of this count, the jury must unanimously agree that the government has proved beyond a reasonable doubt that Mr. Libby willfully made a false, fictitious, or fraudulent statement or representation concerning a material fact, knowing that it was false at the time he made it, when he told the FBI that:

> During a conversation with Tim Russert of *NBC News* on July 10 or 11, 2003, Mr. Russert asked Mr. Libby if Mr. Libby was aware that Mr. Wilson's wife worked for the CIA. Mr. Libby responded to Mr. Russert that he did not know that, and Mr. Russert replied that all the reporters knew it. Mr. Libby was surprised by this statement because, while speaking with Mr. Russert, Mr. Libby did not recall that he previously learned about Mr. Wilson's wife's employment from the Vice President.

To be found Not Guilty, the jury must unanimously agree that the government did not prove this beyond a reasonable doubt.

With respect to the offense of making false statements to the Federal Bureau of Investigation, we the jury unanimously find Mr. Libby:

**Not Guilty** _____        **Guilty** _____

**Count Three**

Count Three alleges that Mr. Libby made false statements to the Federal Bureau of Investigation. For Mr. Libby to be found Guilty of this count, the jury must unanimously agree that the government has proved beyond a reasonable doubt that Mr. Libby willfully made a false, fictitious, or fraudulent statement or representation concerning a material fact, knowing that it was false at the time he made it, when he told the FBI that

> During a conversation with Matthew Cooper of *Time* magazine on July 12, 2003, Mr. Libby told Mr. Cooper that reporters were telling the administration that Mr. Wilson's wife worked for the CIA, but Mr. Libby did not know if this was true.

To be found Not Guilty, the jury must unanimously agree that the government did not prove this beyond a reasonable doubt.

With respect to the offense of making false statements to the Federal Bureau of Investigation, we the jury unanimously find Mr. Libby:

**Not Guilty** _____        **Guilty** _____

**Count Four**

With respect to the first charged offense of perjury, we the jury unanimously find Mr. Libby:

**Not Guilty** _____       **Guilty** _____

**Count Five**

With respect to the second charged offense of perjury, we the jury unanimously find Mr. Libby:

**Not Guilty** _____     **Guilty** _____