THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                               ) | CR. NO. 05-394 (RBW) |
| v.                            ) | |
|                               ) | |
| I. LEWIS LIBBY,               ) | |
|    also known as Scooter Libby ) | |

**GOVERNMENT'S PROPOSED VERDICT FORMS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, Special Counsel, respectfully submits the attached proposed Verdict Forms.

                                                   Respectfully submitted,


                                                       /s/
                                                   PATRICK J. FITZGERALD
                                                   Special Counsel

                                                   Debra Riggs Bonamici
                                                   Kathleen M. Kedian
                                                   Peter R. Zeidenberg
                                                   *Deputy Special Counsels*

                                                   Office of the Special Counsel
                                                   U.S. Department of Justice
                                                   1400 New York Ave., N.W.
                                                   Washington, D.C.  20530
                                                   202-514-1187

Dated:   January 29, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 29th day of January, 2007, I caused true and correct copies of the foregoing to be served on the following parties by electronic mail:

> William Jeffress, Esq.
> Baker Botts
> The Warner
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2400
> Facsimile: 202-585-1087
>
> Theodore V. Wells, Esq.
> Paul Weiss
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> Facsimile: 212-373-2217
>
> John D. Cline, Esq.
> Jones Day
> 555 California Street
> San Francisco, CA 94104
> Facsimile: 415-875-5700

> Patrick J. Fitzgerald
> Special Counsel
> U.S. Department of Justice
> 1400 New York Ave., N.W.
> Washington, D.C. 20530
> 202-514-1187
>
> By: _____/s/_____
>  Debra Riggs Bonamici
>  Deputy Special Counsel

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>I. LEWIS LIBBY,      )<br>   also known as Scooter Libby )  | CR. NO. 05-394 (RBW) |

## **VERDICT FORM**

We, the jury, find the defendant, I. LEWIS LIBBY, NOT GUILTY as charged in the Indictment.


_____          _____
FOREPERSON


_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     CR. NO. 05-394 (RBW) |
| v. | ) |
| | ) |
| I. LEWIS LIBBY, | ) |
|      also known as Scooter Libby | ) |

**<u>VERDICT FORM</u>**

We, the jury, find the defendant, I. LEWIS LIBBY, GUILTY as charged in the Indictment.

_____

FOREPERSON

_____

_____

_____

_____

_____

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|     also known as Scooter Libby ) | |

**<u>VERDICT FORM</u>**

With respect to Count 1 of the Indictment, in which the defendant I. Lewis Libby is charged with obstruction of justice,

we, the jury, find the defendant, I. LEWIS LIBBY:

    GUILTY   ☐        NOT GUILTY   ☐

With respect to Count 2 of the Indictment, in which the defendant I. LEWIS LIBBY is charged with making false statements to agents of the FBI regarding a conversation with Tim Russert of *NBC News* on or about July 10, 2003,

we, the jury, find the defendant, I. LEWIS LIBBY:

    GUILTY   ☐        NOT GUILTY   ☐

With respect to Count 3 of the Indictment, in which the defendant I. LEWIS LIBBY is charged with knowingly making false statements to agents of the FBI regarding a July 12, 2003 conversation with Matthew Cooper of *Time* magazine,

we, the jury, find the defendant, I. LEWIS LIBBY:

GUILTY   ☐          NOT GUILTY   ☐

With respect to Count 4 of the Indictment, in which the defendant I. LEWIS LIBBY is charged with having knowingly made false declarations to a grand jury, while under oath, regarding a conversation that he represented he had on or about July 10, 2003, with Tim Russert of *NBC News*,

we, the jury, find the defendant, I. LEWIS LIBBY:

GUILTY   ☐          NOT GUILTY   ☐

With respect to Count 5 of the Indictment, in which the defendant I. LEWIS LIBBY is charged with having knowingly made false declarations to a grand jury, under oath, regarding conversations on or about June 12, 2003, between the defendant and Matthew Cooper of *Time* magazine, and between the defendant and other reporters,

we, the jury, find the defendant, I. LEWIS LIBBY:

        GUILTY    ☐             NOT GUILTY    ☐

_____         _____
FOREPERSON

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____