FILED WITH THE
COURT SECURITY OFFICER
CSO: Marisso
DATE: 2/5/07

**FILED**

FEB - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) CR. NO. 05-394 (RBW)
)
)
I. LEWIS LIBBY, )
  also known as "Scooter Libby." )
)

**DEFENDANT'S THIRD SUPPLEMENTAL CIPA § 5 NOTICE**