UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
|     also known as "Scooter Libby" ) | |

## VERDICT FORM

### Count One

With respect to the offense of obstruction of justice, we, the jury, unanimously find Mr. Libby:

Not Guilty _____     Guilty _____

**[If you find Mr. Libby Not Guilty, please continue to Count Two.**

**If you find him Guilty, please fill out the question on the next page before continuing to Count Two.]**

## Count One — Continued

**[Please answer this question <u>only</u> if you found Mr. Libby Guilty of Count One.]**

We, the jury, have found Mr. Libby Guilty of Count One because we have unanimously found that the government proved beyond a reasonable doubt that Mr. Libby corruptly endeavored to influence, obstruct, or impede the due administration of justice by knowingly and deliberately making one or both of the following statements to the grand jury, which Mr. Libby knew to be false when he made it, and which was material to the grand jury investigation:

\_\_\_\_\_ That when Mr. Libby spoke with Tim Russert of *NBC News*, on July 10 or 11, 2003, Mr. Russert asked Mr. Libby if Mr. Libby knew that Joseph Wilson's wife worked for the CIA and that all the reporters knew it; and, that at the time of this conversation, Mr. Libby was surprised to hear that Mr. Wilson's wife worked for the CIA.

\_\_\_\_\_ That Mr. Libby advised Matthew Cooper of *Time* magazine on or about July 12, 2003 that he had heard that other reporters were saying that Mr. Wilson's wife worked for the CIA, and further advised him that Mr. Libby did not know whether this assertion was true.

**[Please continue to Count Two.]**

**Count Two**

**(July 10 or July 11, 2003, Conversation with Mr. Russert)**

With respect to the first offense of making false statements to the Federal Bureau of Investigation, we, the jury, unanimously find Mr. Libby:

**Not Guilty** _____        **Guilty** _____

## Count Three

### (July 12, 2003, Conversation with Mr. Cooper)

With respect to the second offense of making false statements to the Federal Bureau of Investigation, we, the jury, unanimously find Mr. Libby:

**Not Guilty** _____     **Guilty** _____

**Count Four**

**(July 10 or July 11, 2003, Conversation with Mr. Russert)**

With respect to the first charged offense of perjury, we, the jury, unanimously find Mr. Libby:


      **Not Guilty** _____      **Guilty** _____

## Count Five

### (July 12, 2003, Conversation with Mr. Cooper)

With respect to the second charged offense of perjury, we, the jury, unanimously find Mr. Libby:

**Not Guilty** _____        **Guilty** _____

Date:   February 14, 2007                                    Respectfully submitted,


_____/s/_____                                    _____/s/_____
Theodore V. Wells, Jr.                                       William H. Jeffress, Jr.
DC Bar No. 468934                                            DC Bar No. 041152
Paul, Weiss, Rifkind, Wharton                                Alex J. Bourelly
 & Garrison LLP                                              DC Bar No. 441422
1285 Avenue of the Americas                                  Baker Botts LLP
New York, NY  10019-6064                                     1299 Pennsylvania Ave., NW
(212) 373-3089                                               Washington, DC  20004
                                                             (202) 639-7751


_____/s/_____
John D. Cline
DC Bar No. 403824
K.C. Maxwell
(pro hac vice)
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94101