FILED WITH THE
COURT SECURITY OFFICER
CSO: Macisso
DATE: 2/15/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | FEB 1 5 2007 |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| | ) | U.S. DISTRICT COURT |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| | ) | FILED |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby." | ) | FEB 1 5 2007 |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**DEFENDANT I. LEWIS LIBBY'S PROFFER CONCERNING PROVISIONALLY DECLASSIFIED DOCUMENTS AND TESTIMONY**