UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | **FILED** |
|    also known as "Scooter Libby," ) | |
|    Defendant. ) | FEB 1 6 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## NOTICE OF FILING

On February 14, 2007, a compact disc was filed with the Court on behalf of Mr. Libby. That disc was Exhibit B to Mr. Libby's Memorandum of Law in Support of Introducing Additional Evidence to Impeach Government Witness Tim Russert, dated February 14, 2006. It is labeled DX 1813 and contains three clips from three video recordings.

Dated: February 16, 2007

Respectfully submitted,

_____
Theodore V. Wells, Jr.
(DC Bar No. 468934)
James L. Brochin
(D.C. Bar No. 455456)
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3089

_____
John D. Cline
(D.C. Bar No. 403824)
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939

_____
William H. Jeffress, Jr.
(DC Bar No. 041152)
Alex J. Bourelly
(D.C. Bar No. 441422)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-7751

RECEIVED

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT