**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      vs.               Criminal Action No.  05-394

I. LEWIS LIBBY


### JURY NOTES

We would like the following Supplies: Large flip chart
Masking tape
Post-it Notes

Time