UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.    Criminal Action No.  05-394

I. LEWIS LIBBY

**JURY NOTES**

May we please get 'any one of the documents where ~~there~~ There are pictures of the witnesses.

Time