UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-394 (RBW) |
| | ) | |
| I. LEWIS LIBBY, | ) | FILED |
| also known as "Scooter Libby." | ) | FEB 2 6 2007 |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## NOTICE OF FILING

The attached DVD contains the video clips that comprise Exhibit B to Mr. Libby's Memorandum of Law in Support of Introducing Additional Evidence to Impeach Government Witness Tim Russert (Dkt. 282).

Dated: February 26, 2007

*Theodore V. Wells, Jr.* (BJF)
Theodore V. Wells, Jr.
DC Bar No. 468934
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3089

*John D. Cline* (BJF)
John D. Cline
DC Bar No. 403824
K.C. Maxwell
(pro hac vice)
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94101

Respectfully submitted,

*William H. Jeffress, Jr.* (BJF)
William H. Jeffress, Jr.
DC Bar No. 041152
Alex J. Bourelly
DC Bar No. 441422
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751