UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal Action No. 05-394

I. LEWIS LIBBY

### JURY NOTES

We would like clarification on the charge as stated under Count 3, specifically:

Page 74 of the jury instructions, "Count three of the indictment alleges that Mr. Libby falsely told the FBI on October 14 or November 26, 2003, that during a conversation with M. Cooper of Time magazine on July 12, 2003, Mr. Libby told Mr. Cooper that reporters were telling the administration that Mr. Wilson's wife worked for the CIA, but that Mr. Libby did not know if this was true." (i.e. the statement was made or about the content of the statement itself)

Is the charge that

2/27/07
Date

4:30 pm
Time

_____
Foreperson

I am not exactly certain what you are asking me. Can you please clarify your question?

Judge Walton