UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 8 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                    Criminal Action No.  05-394

I. LEWIS LIBBY

### JURY NOTES

After further discussion, we are clear on what we need to do. No further clarification needed. Thank you. We apologize.

2/28/07
Date

10:45am
Time

Foreperson