UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 8 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

Criminal Action No.   05-394

I. LEWIS LIBBY

## JURY NOTES

We would like another big Post-It pad. The
large one for the easel.

2/28/07
Date

3:45
Time