UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

**MOTION TO EXTEND TIME FOR COMPLETION
OF CLASSIFICATION REVIEW**

The government hereby moves to extend time for completion of the classification review of the pleadings and transcripts filed under seal in this matter. Pursuant to prior orders of the Court dated November 15, 2006 and January 17, 2007, the classification reviews of the sealed pleadings and transcripts in this matter were to be completed by March 2, 2007.

A large amount of the classified information set forth in the sealed pleadings and transcripts was only provisionally declassified by the appropriate national security agencies pending the admission of the information at trial. Therefore, whether the information at issue ultimately would be declassified could not be determined until completion of the trial, which occurred on February 20, 2007. A significant amount of the information at issue ultimately was not admitted at trial, and therefore remains classified.

Although the national security agencies have continued to work diligently on the classification review of the pleadings and the transcripts, they have informed the

government that they are unable to complete the classification review of the pleadings and transcripts by March 2, 2007. The government respectfully requests that the Court extend the deadline for completion of the classification review of the pleadings until April 15, 2007, and the completion of the classification review of the transcripts until May 15, 2007.

Respectfully submitted,

_____/s/_____
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: March 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

## ORDER

Upon consideration of the government's Motion to Extend Time for Completion of Classification Review, it is hereby,

ORDERED that the Motion to Extend Time for Completion of Classification Review is GRANTED.

Dated: _____          _____
                                                            HON. REGGIE B. WALTON
                                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 1st day of March 2007, I caused true and correct copies of the foregoing to be served on the following parties:

> William Jeffress, Esq.
> Baker Botts
> The Warner
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2400
> Facsimile: 202-585-1087
>
> Theodore V. Wells, Esq.
> Paul Weiss
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> Facsimile: 212-373-2217
>
> John D. Cline, Esq.
> Jones Day
> 555 California Street
> San Francisco, CA 94104
> Facsimile: 415-875-5700

> Patrick J. Fitzgerald
> Special Counsel
> U.S. Department of Justice
> 10th & Constitution Ave., NW
> Washington, D.C. 20530
> 202-514-1187

By: _____/s/_____
  Kathleen M. Kedian
  Deputy Special Counsel