UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                          Criminal Action No.   05-394

I. LEWIS LIBBY

## JURY NOTES

We the jury respectfully request to be excused at 2pm on Friday, March 2 to attend to personal, professional and medical obligations that can't be addressed during our weekends.

Thank you.

You may be excused at 2:00 pm tomorrow.

Judge Walton

3/1/07
Date

2:40 pm
Time