**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-394 (RBW) |
| I. LEWIS LIBBY, | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth during the trial of this matter, and as expanded upon in the accompanying Memorandum Opinion, it is hereby this 1st day of March, 2007,

**ORDERED** that the Government's Motion in Limine to Preclude Testimony of Andrea Mitchell is **GRANTED.** It is further

**ORDERED** that the Motion of Non-party Andrea Mitchell to Quash Subpoena in Part is **GRANTED.** It is further

**ORDERED** that the defendant shall be permitted to introduce evidence concerning his state of mind to support his memory defense as set forth during the Court's oral ruling and as further memorialized in the accompanying memorandum opinion. It is further

**ORDERED** that the defendant is precluded from introducing additional evidence to impeach government witness Tim Russert.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge