UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                         Criminal Action No.  05-394

I. LEWIS LIBBY

### JURY NOTES

As Court 1 statement 3 (pages 63 & 64)
do not contain quotes, are we supposed
to evaluate the entire Libby transcripts (testimony)
or would the court direct us to specific
pages / lines

Thank you

3/2/07
Date

Time

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR  2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                    Criminal Action No.  05-394

I. LEWIS LIBBY

**JURY NOTES**                    Specifically,

We would like clarification of (the term
"reasonable doubt". ~~as a whole~~, is it
necessary for the government to present
evidence that it is not humanly possible
for someone to recall an event in order
to find/guilt beyond a reasonable doubt.

Not

3/2/07
Date

~~10:30am~~ 2pm
Time

Foreperson