UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

FILED

MAR 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's Motion to Extend Time for Completion of Classification Review, it is hereby,

ORDERED that the Motion to Extend Time for Completion of Classification Review is GRANTED.

Dated: March 1, 2007

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE