UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal Action No. 05-394

I. LEWIS LIBBY

## JURY NOTES

All three questions below relate to Count 3 (pages 74 & 75)

#1 - Is the prosecution alleging that Mr Libby did not make the statement to Cooper as presented to us in the Indictment OR is the allegation that Libby did know Mrs. Wilson worked for the CIA when he spoke to the FBI on 10/14/03 or 11/26/03?

#2 - Is the prosecution's allegation in Count 3, that Mr Libby DID know that Mr Wilson's wife worked for the CIA when he made statements to the FBI on 10/14/03 OR 11/26/03? (pages 74/75 .... "that Mr Libby did not know if this was true"?

#3 - In determining Count 3, are we allowed to consider Mr. Libby's grand jury testimony?

Foreperson

3/5/07
Date

~~3/30/07~~ 3:30 pm
Time