UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 6 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                    Criminal Action No. 05-394

I. LEWIS LIBBY

**JURY NOTES**

> The jury has reached a verdict in each of the five counts.
>
> Thank you
>
> Foreperson

3/6/07
Date

11:15am
Time