UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. )  Criminal No. 05-394 (RBW)
)
I. Lewis Libby, )
)
         Defendant. )
)

## VERDICT FORM

Count One:

As to the offense of obstruction of justice, we the jury find I. Lewis Libby:

    Not Guilty  _____

    Guilty  ✓

Count Two:

As to the offense of making false statements to the Federal Bureau of Investigation, we the jury find I. Lewis Libby:

    Not Guilty  _____

    Guilty  ✓

Count Three:

As to the offense of making false statements to the Federal Bureau of Investigation, we the jury find I. Lewis Libby:

    Not Guilty     ✓ _____

    Guilty     _____

Count Four:

As to the offense of perjury, we the jury find I. Lewis Libby:

    Not Guilty     _____

    Guilty     ✓ _____

Count Five:

As to the offense of perjury, we the jury find I. Lewis Libby:

    Not Guilty     _____

    Guilty     ✓ _____

_____
FOREPERSON

__3/6/07_____
DATE

If you agree with the verdict as indicated by your foreperson, please sign your name below: