UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

## MOTION TO EXTEND TIME FOR COMPLETION
## OF CLASSIFICATION REVIEW

The government hereby moves to extend time for completion of the classification review of the remainder of the pleadings filed under seal in this matter. Pursuant to prior orders of the Court dated November 15, 2006, January 17, 2007, and March 1, 2007, the classification reviews of the sealed pleadings in this matter were to be completed by April 15, 2007.

As of today, April 16, 2007, the classification review for a significant portion of the sealed pleadings has been completed by the relevant national security agencies, and the redacted versions of those pleadings are being filed with the Court today. The remainder of the sealed pleadings have been reviewed by one national security agency, but another agency's review is still pending. The agencies responsible for completing the review have informed the government that they are unable to complete the review of the remaining pages by today. The government respectfully requests that the Court extend the deadline for completion of the classification review of the remaining pleadings until May 1, 2007.

        Respectfully submitted,

        _____/s/_____
        PATRICK J. FITZGERALD
        Special Counsel
        Office of the United States Attorney
        Northern District of Illinois
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300

Dated: April 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

## ORDER

Upon consideration of the government's Motion to Extend Time for Completion of Classification Review, it is hereby,

ORDERED that the Motion to Extend Time for Completion of Classification Review is GRANTED.

Dated: _____          _____
                                  HON. REGGIE B. WALTON
                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of April 2007, I caused true and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

                                      Patrick J. Fitzgerald
                                      Special Counsel
                                      U.S. Department of Justice
                                      10th & Constitution Ave., NW
                                      Washington, D.C.  20530
                                      202-514-1187

By:         /s/        
           Kathleen M. Kedian
           Deputy Special Counsel