UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## MOTION TO EXTEND TIME FOR COMPLETION OF CLASSIFICATION REVIEW

The government hereby moves to extend time for completion of the classification review of the remainder of the pleadings filed under seal in this matter. The defense has advised that it has no objection to this motion.

Pursuant to prior orders of the Court dated November 15, 2006, January 17, 2007, March 1, 2007, and April 18, 2007, the classification reviews of the sealed pleadings in this matter were to be completed by May 1, 2007. As of today, May 2, the classification review for the vast majority of the sealed pleadings has been completed by the relevant national security agencies. In some cases, however, where a government or defense brief has been declassified, review of the attachments to that brief has not been completed. To ensure declassified versions of the pleadings are filed in a comprehensive manner, the government respectfully requests that the Court extend the deadline for completion of the classification review of the remaining pleadings until May 15, 2007.

Respectfully submitted,


_____/s/_____
PATRICK J. FITZGERALD
Special Counsel
Office of the United States Attorney
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300


Dated: May 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 05-394 (RBW) |
| v. | ) | |
| | ) | |
| I.  LEWIS LIBBY, | ) | |
| also known as "Scooter Libby" | ) | |

## **ORDER**

Upon consideration of the government's Motion to Extend Time for Completion of

Classification Review, it is hereby,

ORDERED that the Motion to Extend Time for Completion of Classification Review is

GRANTED.

Dated: _____          _____

HON. REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 2nd day of May 2007, I caused true and

correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
202-514-1187

By:  _____/s/_____

Kathleen M. Kedian
Deputy Special Counsel