UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )
)
)
)
v.  )  Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY,  )
)
Defendant.  )
_____)

### NOTICE

The parties are advised that the Court has received multiple letters concerning the defendant's sentencing in this case. If counsel desires to review the letters, the Court's Chambers shall be contacted to arrange for a date and time for reviewing the letters.[1]

**SO ORDERED** this 11th day of May, 2007.

REGGIE B. WALTON
United States District Judge

---

[1] If the defendant desires to view the letters, the Court will permit defense counsel to make copies of the letters for the defendant's viewing.