UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
|    also known as "Scooter Libby" ) | |

### NOTICE OF FILING OF DECLASSIFIED PLEADINGS

Pursuant to the Court's orders of November 15, 2006, January 17, 2007, March 1, 2007, and April 18, 2007, the government has filed with the clerk's office redacted, declassified versions of previously filed pleadings in this matter. The relevant agencies have determined that the unredacted material is not classified or has been declassified. We have been informed that the declassified pleadings are available for viewing in the clerk's office Monday through Friday between 9 a.m. and 4 p.m.

Respectfully submitted,

PATRICK J. FITZGERALD
Special Counsel

By:  /s/
Kathleen M. Kedian
Deputy Special Counsel

Dated: May 15, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 15th day of May 2007, I caused true and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq. (w/ attachments)
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq. (w/o attachments)
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

John D. Cline, Esq. (w/o attachments)
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
202-514-1187

By:      /s
    Kathleen M. Kedian
    Deputy Special Counsel