## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | )    Criminal No. 05-394 (RBW) |
| | ) |
| I. LEWIS LIBBY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

As a result of the Notice issued in this case on May 11, 2007, regarding the Court's receipt of letters concerning the defendant's sentencing in this case and providing the parties an opportunity to review the letters, a media representative has contacted Chambers and requested that the letters be made available to the press. The Court would like to hear the parties' views on disclosure of the letters to the media as well as the media's position on its entitlement to the letters.[1] It is hereby

ORDERED that the parties, to the extent that they have a position, and the media file with this Court, no later than May 25, 2007, their legal views on disclosure of the letters to the media.

SO ORDERED this 17th day of May, 2007.

_Reggie B. Walton_
REGGIE B. WALTON
United States District Judge

---

[1] The Court notes its particular concern regarding disclosing to the media the names and personal information of the authors of the letters.