UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CR. NO 05-394 (RBW) |
| v.    ) | |
| ) | |
| I. LEWIS LIBBY,    ) | |
|     also known as "Scooter Libby"    ) | |

**MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM**

The government hereby moves to seal parts of the above-captioned filing that refer to certain information contained in the Presentence Investigation Report. The government is filing today both a sealed version of the Sentencing Memorandum and a public version that has the relevant parts redacted, pending a ruling by the Court on whether the information referenced in the redacted parts should be public.

Respectfully submitted,

/s/
KATHLEEN M. KEDIAN
Deputy Special Counsel
Office of Special Counsel
1400 New York Ave., NW
Washington, D.C. 20005
202-514-1187

Dated: May 25, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

### **ORDER**

Upon consideration of the government's Motion to Seal Government's Sentencing Memorandum, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: _____    _____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of May 2007, I caused true and correct copies of the foregoing to be served on the following parties:

>William Jeffress, Esq.
>Baker Botts
>The Warner
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004-2400
>Facsimile: 202-585-1087
>
>Theodore V. Wells, Esq.
>Paul Weiss
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Facsimile: 212-373-2217
>
>John D. Cline, Esq.
>Jones Day
>555 California Street
>San Francisco, CA 94104
>Facsimile: 415-875-5700

>Patrick J. Fitzgerald
>Special Counsel
>U.S. Department of Justice
>10th & Constitution Ave., NW
>Washington, D.C. 20530
>202-514-1187
>
>By:   /s/ Kathleen M. Kedian
>        Deputy Special Counsel