UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>I. LEWIS LIBBY,　　　　　　　　　)<br>　　also known as "Scooter Libby"　　) | CR. NO. 05-394 (RBW) |

## GOVERNMENT'S MEMORANDUM REGARDING DISCLOSURE OF SENTENCING LETTERS

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, Special Counsel, respectfully submits this Memorandum in response to the Court's order of May 17, 2007, which requested the views, if any, of the parties regarding whether the letters submitted on behalf of the defendant should be sealed or instead made public.

The government notes that letters of current and former public officials may be presumptively disclosable and deserving of separate treatment. *United States v. Kushner*, 349 F. Supp.2d 892, 906-907 (D.N.J. 2005). However, at this time the government takes no position regarding the propriety of disclosing the sentencing letters submitted in this case because that issue depends generally on this Court's treatment of the letters in formulating the sentence, (*see id.* at 904-910), a matter that has yet to be determined.

In an abundance of caution, the government has filed a redacted version of its Sentencing Memorandum pending a ruling by the Court on this issue.

Respectfully submitted,

　　　　/s/
PATRICK J. FITZGERALD
Special Counsel
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: May 25, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of May 2007, I caused true and correct copies of the foregoing to be served on the following parties:

>William Jeffress, Esq.
>Baker Botts
>The Warner
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004-2400
>Facsimile: 202-585-1087
>
>Theodore V. Wells, Esq.
>Paul Weiss
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Facsimile: 212-373-2217
>
>John D. Cline, Esq.
>Jones Day
>555 California Street
>San Francisco, CA 94104
>Facsimile: 415-875-5700

>>Patrick J. Fitzgerald
>>Special Counsel
>>U.S. Department of Justice
>>10th & Constitution Ave., NW
>>Washington, D.C.  20530
>>202-514-1187
>
>By:      /s/ Kathleen M. Kedian
>          Deputy Special Counsel