```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

**FILED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
                         )   CR. NO 05-394 (RBW)
        v.               )
                         )
I. LEWIS LIBBY,          )
    also known as "Scooter Libby"  )

### ORDER

Upon consideration of the government's Motion to Seal Government's Sentencing Memorandum, it is hereby

ORDERED that the this pleading be placed under seal in the Court files.

Dated: May 27, 2007

                                    HON. REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE

Patrick J. Fitzgerald
Special Counsel
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C. 20530

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 25th day of May 2007, I caused true and correct copies of the foregoing to be served on the following parties:

William Jeffress, Esq.
Baker Botts
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Facsimile: 202-585-1087

Theodore V. Wells, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

John D. Cline, Esq.
Jones Day
555 California Street
San Francisco, CA 94104
Facsimile: 415-875-5700

                                                Patrick J. Fitzgerald
                                                Special Counsel
                                                U.S. Department of Justice
                                                10th & Constitution Ave., NW
                                                Washington, D.C. 20530
                                                202-514-1187

                    By:     /s/ Kathleen M. Kedian
                                                Deputy Special Counsel