UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
Defendant. )
)

## ORDER

On May 17, 2007, the Court directed the parties and interested representatives of the news media ("the media") to express their legal positions regarding the appropriateness of publicly disclosing, in whole or in part, the contents of the letters that have been submitted to the Court regarding the defendant's June 5, 2007 sentencing in this case. After reviewing the various memoranda filed in response to its May 17, 2007 Order, the Court is inclined to permit at least some form of disclosure of the sentencing letters to the media after the sentencing hearing has taken place. However, the Court believes that further briefing on this issue is warranted. Accordingly, it is hereby

**ORDERED** that the media and, to the extent they have a position on the issue, the parties shall submit to the Court by 5:00 p.m. on May 30, 2007, their legal views regarding what right, if any, the media has to access the sentencing letters <u>prior</u> to the June 5, 2007 imposition of the defendant's sentence.

**SO ORDERED** this 29th day of May, 2007.

REGGIE B. WALTON
United States District Judge