UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-394 (RBW) |
| I. LEWIS LIBBY, | ) |
| Defendant. | ) |

### ORDER

On May 25, 2007, the government submitted its Sentencing Memorandum and its Memorandum of Law In Support of Its Proposed Sentencing Guidelines Calculations regarding the defendant's June 5, 2007 sentencing in this case. Accordingly, it is hereby

**ORDERED** that the defendant's response, if any, to the government's memoranda shall be filed by 5:00 p.m. on May 31st, 2007.

**SO ORDERED** this 30th day of May, 2007.

REGGIE B. WALTON
United States District Judge