LIBBY, I. Lewis                                                                   Page 37

HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :   Docket No.: <u>05-394</u>

vs.                                           :

I. Lewis Libby                               :   Disclosure Date:   4-19-07

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

    ( ) There are no material/factual inaccuracies therein.

    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____5/3/07_____
    Assistant US Attorney                                                  Date

### For the Defendant

(CHECK APPROPRIATE BOX)

    ( ) There are no material/factual inaccuracies therein.

    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment. (Resolved)

_____ 5/4/07                         _____5/4/07_____
Defendant          Date                                      Defense Counsel   Date

Theodore V. Wells, Jr.

## BAKER BOTTS L.L.P.

THE WARNER
1299 PENNSYLVANIA AVE , NW
WASHINGTON, D C
20004-2400

TEL +1 202 639 7700
FAX +1 202 639 7890
www bakerbotts com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
**WASHINGTON**

May 4, 2007

BY HAND DELIVERY

William H. Jeffress, Jr
TEL +1 202-639-7751
FAX +1 202-585-1087
william.jeffress@bakerbotts.com

Kelli Griffin Cave
United States Probation Officer
United States Probation Office
333 Constitution Ave., NW, Suite 2800
Washington, DC 20001

Re:    I. Lewis Libby

Dear Kelli:

This letter is written pursuant to Rule 32(f), F.R.Crim.P., on behalf of Scooter Libby to state any objections to the Pre-sentence Investigation Report furnished to us on April 20.

With respect to paragraph 99 dealing with financial condition, Mr. Libby requests two corrections. First, the balance sheet lists the assets of two trusts – the Irve & Janis Libby Trust and the Irve L. Libby Trust – as unencumbered assets of Mr. Libby. Actually Mr. Libby is an income beneficiary, and his children are the remainder beneficiaries. Accordingly those assets should not be reflected as his, but should be listed separately as trusts of which he is the income beneficiary. Second, we note that the value of Mr. and Mrs. Libby's home is listed at $1,100,000.00, which is the conservative value used by Mr. Libby in financial statements. The appraised value for tax purposes is $1,368,000.00 and it would be proper to use that figure.

Apart from the foregoing, and a few minor inaccuracies that we will call to your attention verbally, Mr. Libby has no objections to the report.

We have received from the government its objections to the report, in which it argues for a different and significantly higher guideline calculation. We intend to reply to its arguments and ask that we be allowed until May 17 to do so.

Sincerely,

William H. Jeffress, Jr.

WHJ:
Enclosures

cc:    Patrick Fitzgerald

DC01:472955.1