## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY ) | |
|   also known as "Scooter Libby," ) | |
|   Defendant.  ) | |

## [PROPOSED] ORDER ON MOTION FOR
## LEAVE TO FILE BRIEF AS AMICI CURIAE

Upon consideration of the Motion for Leave to File Brief as Amici Curiae in connection with defendant's release pending appeal and the entire record in this case, it is hereby

**ORDERED** that the motion is granted.

**SO ORDERED.**

---

REGGIE B. WALTON
United States District Judge