UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN  8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Miscellaneous No. 07-253 |
| v. ) | Criminal No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Motion for Leave to File Brief as Amici Curiae in Connection with Defendant's Motion for Bail Pending Appeal. Because the views expressed by the Amici in their brief may assist the Court in addressing the issue raised therein, it is hereby

**ORDERED** that the Motion for Leave to File is GRANTED.[1]

**SO ORDERED** this 8th day of June, 2007.

REGGIE B. WALTON
United States District Judge

---

[1] It is an impressive show of public service when twelve prominent and distinguished current and former law professors of well-respected schools are able to amass their collective wisdom in the course of only several days to provide their legal expertise to the Court on behalf of a criminal defendant. The Court trusts that this is a reflection of these eminent academics' willingness in the future to step to the plate and provide like assistance in cases involving any of the numerous litigants, both in this Court and throughout the courts of our nation, who lack the financial means to fully and properly articulate the merits of their legal positions even in instances where failure to do so could result in monetary penalties, incarceration, or worse. The Court will certainly not hesitate to call for such assistance from these luminaries, as necessary in the interests of justice and equity, whenever similar questions arise in the cases that come before it.