**ERRATA SHEET**

The following typographical errors, which were in the version of the Government's Response in Opposition to Defendant's Motion for Release Pending Appeal filed earlier today, were corrected in this version of the brief:

P. 2: Changed "I" to "i" in the first full paragraph.

P.8, FN8: Inserted a period between "Officers of the United States" and "That said."

P. 11: Changed "violates" to "violated" in the 6th line of text from the top of the page.

P. 25: Changed "whatever" to "whatsoever" in the 5th line of text from the top

P. 28: Inserted a period after "precedent" and capitalized "Id." in the 8th line of text from the top of the page.

P. 37: Deleted the word "CITE" in the 3rd line of text from the bottom of the page.

P. 39: Deleted "to" after "concerning" in the 6th line of text from the bottom of the page.

P. 41: Deleted the word "a" in between "that" and "the" in the 7th line of text from the bottom of the page.