CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number 05-394 (RBW)

**I. Lewis Libby**
(Defendant)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Lawrence S. Robbins (DC Bar # 420260)
(Attorney & Bar ID Number)

Robbins, Russell, Englert, Orseck & Untereiner LLP
(Firm Name)

**1801 K Street, NW, Suite 411**
(Street Address)

**Washington, DC 20006**
(City)   (State)   (Zip)

**(202) 775-4501**
(Telephone Number)