# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  05-394 (RBW)

## I. Lewis Libby
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

*Mark T. Stancil* (Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Mark T. Stancil (DC Bar # 479012)
*(Attorney & Bar ID Number)*

Robbins, Russell, Englert, Orseck & Untereiner LLP
*(Firm Name)*

1801 K Street, NW, Suite 411
*(Street Address)*

Washington, DC 20006
*(City)   (State)   (Zip)*

(202) 775-4520
*(Telephone Number)*