| Notice of Appeal Criminal | CO-290<br>Rev. 3/88 |
|---|---|

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs )   Criminal No. 05-394 (RBW)
)
I. Lewis Libby )

## NOTICE OF APPEAL

Name and address of appellant:    I. Lewis Libby
670 Live Oak Drive
McLean, Virginia 22101

Name and address of appellant's attorney:    Lawrence Robbins, Esq.
Robbins, Russell, Englert, Orseck & Untereiner, LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006

Offense:   Obstruction of Justice (18 U.S.C. 1503), Perjury (18 U.S.C. 1623), False Statements (18 U.S.C. 1001(a)(2))

Concise statement of judgment or order, giving date, and any sentence:

On June 5, 2007, Judge Reggie Walton sentenced Mr. Libby to 30 months imprisonment, followed by two years supervised release. Judge Walton also imposed a fine of $250,000. The judgment has not yet been entered.

Name and institution where now confined, if not on bail:   Mr. Libby is not currently confined.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

June 19, 2007
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ✓
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✓ | ☐ |
| Has counsel ordered transcripts? | ✓ | ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ✓ | ☐ |