UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY ) | |
|    also known as "Scooter Libby," ) | |
|    Defendant. ) | |

## ORDER

In order to adequately prepare for Mr. Libby's appeal in this case, it is clear to the Court that two members of the defense will require access, outside of normal business hours, to the Secure Area designated as such by the Court Security Officer, which is located at the E. Barrett Prettyman Courthouse. Accordingly, it is hereby

ORDERED that Larry Robbins, Esq., and Mark Stancil, Esq., shall be granted access to the E. Barrett Prettyman Courthouse twenty-four hours a day and seven days a week.

SO ORDERED this 16th day of June, 2007.

_____<br>
REGGIE B. WALTON<br>
United States District Judge