UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal Action No. 05-394 (RBW)
)
I. LEWIS LIBBY, )
)
    Defendant. )
)

## ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendant's Motion for Release Pending Appeal is DENIED. It is further

**ORDERED** that the Clerk of the Court shall forward a copy of the accompanying Memorandum Opinion to the Circuit Court forthwith for its consideration in connection with the defendant's appeal of this Court's denial of his motion for release pending appeal.

**SO ORDERED** this 21st day of June, 2007, nunc pro tunc to June 14, 2007.

REGGIE B. WALTON
United States District Judge