UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                  CR 05-394-RBW

I. LEWIS LIBBY


RECEIPT OF PAYMENT FOR FINE AND SPECIAL ASSESSMENT


FINE IN THE AMOUNT
OF $250,000.00

```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616005261
Cashier ID: lfizer
Transaction Date: 07/05/2007
Payer Name: I LEWIS LIBBY
----------------------------------
CRIMINAL DEBT
  For: I LEWIS LIBBY
  Case/Party: D-DCX-1-05-CR-000394-001
  Amount:        $250,400.00
----------------------------------
CHECK
  Check/Money Order Num: 3388047
  Amt Tendered:  $250,400.00
----------------------------------
Total Due:      $250,400.00
Total Tendered: $250,400.00
Change Amt:     $0.00
```

SPECIAL ASSESSMENT
IN THE AMOUNT OF
$400.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.