NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                      Criminal Number  05-394 (RBW)

I. Lewis Libby
        (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Gregory L. Poe   (DC Bar # 426020)
(Attorney & Bar ID Number)

Robbins Russell Englert Orseck & Untereiner LLP
(Firm Name)

1801 K St NW Ste 411-L
(Street Address)

Washington   DC   20006-1322
(City)           (State)        (Zip)

(202) 775-4490
(Telephone Number)