UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )
v.                          )   Criminal No. 05-394 (RBW)
                            )
I. LEWIS LIBBY,             )
                            )
         Defendant.         )
                            )

## ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendant shall report to the United States Probation Office for the District Court of the District of Columbia before the close of business on July 13, 2007, to begin his two-year term of supervised release.

**SO ORDERED** this 12th day of July, 2007.

REGGIE B. WALTON
United States District Judge