UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO 05-394 (RBW) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, ) | |
| also known as "Scooter Libby" ) | |

### NOTICE OF FILING OF DECLASSIFIED TRANSCRIPTS

Pursuant to the Court's orders of November 15, 2006, January 17, 2007, March 1, 2007, and April 18, 2007, and in addition to the redacted, declassified pleadings filed on May 15 and 17, 2007, the government is filing with the clerk's office today twelve redacted, declassified versions of transcripts of proceedings conducted under the Classified Information Procedures Act in this matter. The relevant agencies have determined that the unredacted material is not classified or has been declassified. We have been informed that the declassified transcripts will be available for viewing in the clerk's office Monday through Friday between 9 a.m. and 4 p.m.

                                                          Respectfully submitted,

                                                          PATRICK J. FITZGERALD
                                                          Special Counsel

                      By:      /s/
                                                          Kathleen M. Kedian
                                                          Deputy Special Counsel

Dated:  September 10, 2007