# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3068**  September Term, 2007

05cr00394-01

Filed On:

United States of America,
    Appellee

v.

I. Lewis Libby,
    Appellant

**FILED**
DEC 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED DEC 1 3 2007
CLERK

## ORDER

Upon consideration of appellant's motion for voluntary dismissal of appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Mark Butler
Deputy Clerk

A True copy:
  United States Courts of Appeals
  for the District of Columbia Circuit
By: _____ Deputy Clerk