UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 05-394 (RBW) |
| ) | |
| LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 20, 2010, the defendant, Lewis Libby, proceeding pro se, requested that the Court return to him property purportedly belonging to him that was allegedly seized by the government. See Motion for Return of Property Under Rule 41G ("Def.'s Mot.") at 1. Specifically, the defendant seeks the return of the following items: (1) a Swatch watch, (2) all blogs and related material to Jonathan Lee Riches, (3) a copy of the indictment belonging to Riches (Case No. h-03-90), (4) a signed autograph by Riches, and (5) the manuscript on the investigation and incarceration of Riches. Id. Since the filing of this motion, over seven years has passed, and the defendant has not further pursued this motion as a means to recover this property allegedly seized by the government.[1] Accordingly, given the significant amount of time that has lapsed since the filing of his motion, it is hereby

**ORDERED** that the parties, on or before October 31, 2017, shall **SHOW CAUSE** in writing as to the defendant's motion should not be denied as moot. It is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order forthwith to the defendant, using the information below, which was obtained from his motion.

---

[1] The Court also notes that the government did not file a response to the defendant's motion.

I. Lewis Libby<br>
P.O. Box 31782<br>
Baltimore, MD 21207-8782

**SO ORDERED** this 10th day of October, 2017.

/s/ Reggie B. Walton<br>
REGGIE B. WALTON<br>
United States District Judge