# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> LEWIS LIBBY, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 05-394 (RBW) |

## ORDER

On April 20, 2010, the defendant, Lewis Libby, proceeding pro se, requested that the Court return to him property purportedly belonging to him that was allegedly seized by the government. See Motion for Return of Property Under Rule 41G ("Def.'s Mot.") at 1. Specifically, the defendant seeks the return of the following items: (1) a Swatch watch, (2) all blogs and related material to Jonathan Lee Riches, (3) a copy of the indictment belonging to Riches (Case No. h-03-90), (4) a signed autograph by Riches, and (5) the manuscript on the investigation and incarceration of Riches. Id. Because over seven years had elapsed during which time the defendant had not further pursued his motion as a means to recover his property allegedly seized by the government,[1] on October 10, 2017, the Court issued an Order requiring the parties to show cause in writing why the defendant's motion should not be denied as moot on or before October 31, 2017. See generally Order (Oct. 10, 2017), ECF No. 394. Neither the defendant nor the government has yet to respond to the Court's October 10, 2017 Show Cause Order.[2] Accordingly, given the significant amount of time that has lapsed since the filing of the

---

[1] The Court had also noted that the government did not file a response to the defendant's motion.

[2] It appears that the copy of the Court's October 10, 2017 Show Cause Order that was mailed to the defendant using the address provided in his motion never actually reached the defendant. See Docket Entry No. 395 (copy of envelope indicating that the Court's mailing was returned due to providing the wrong P.O. Box number).

defendant's motion and the parties' failure to respond to the Court's October 10, 2017 Show Cause Order as to the status of the defendant's request for the return of his property purportedly seized by the government, it is hereby

**ORDERED** that the defendant's Motion for Return of Property Under Rule 41G is **DENIED WITHOUT PREJUDICE** as moot.[3]

**SO ORDERED** this 4th day of December, 2017.[4]

_____
REGGIE B. WALTON
United States District Judge

---

[3] Because it appears that the defendant, who filed this motion pro se, did not receive a copy of the Court's October 10, 2017 Show Cause Order, the Court, in the interests of justice, will deny the defendant's motion without prejudice to provide the defendant an opportunity to reassert his claim at a later point if he has not yet received the alleged property he seeks and still seeks the return of that property.

[4] Because the Court does not have the correct mailing address for the defendant, the Court will not require the Clerk of the Court to mail a copy of this Order to the defendant.