UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 05-CR-00394 RBW |
| ) | |
| LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

## I. LEWIS LIBBY'S RESPONSE TO COURT'S ORDER

Mr. Libby's counsel has received via ECF the Court's Order of December 4, 2017, denying without prejudice a "Motion for Return of Property Under Rule 41G." To correct the record, Mr. Libby never filed such a motion, and does not know who did so. The address reflected in the motion filed April 23, 2010, is unknown to Mr. Libby.

Respectfully submitted,

William H. Jeffress, Jr.
D.C. Bar No. 041152
BAKER BOTTS, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751
William.jeffress@bakerbotts.com

*Attorney for Defendant*

Active 36696453.1